FEE PAID

I/S

FILED
CLERK, U.S. DISTRICT COURT
10/23/2025
CENTRAL DISTRICT OF CALIFORNIA
BY GSA DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SCOTT BAKER,

PLANTIFF,

v.

BILLDON LLC, A WASHINGTON CORPORATION (dba BILLY FOOTWEAR)

DEFENDANT

2:25-cv-10286-HDV-(MBKx)

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF:**

1. **PATENT INFRINGEMENT**
2. **WILLFUL INFRINGEMENT**

**JURY TRIAL DEMANDED**

Plaintiff Scott Baker, (Plaintiff) for its Complaint against Defendant Billdon LLC (dba Billy Footwear) alleges the following:

## JURISDICTION AND VENUE

**1.** This action arises out of Defendant's complicit and unlawful acts constituting patent infringement and willful patent infringement arising under patent laws of the United States 35 U.S.C. § 1, *et seq.* and violations of any other applicable federal statute.

**2.** This Court has subject matter jurisdiction over the federal claims asserted in this action under 28 U.S.C. §§ 1331 and 1338(a).

**3.** This Court has personal jurisdiction over Defendant because Defendant conducts continuous and systematic business in this district, placed infringing products in the stream of commerce through the Defendant's online presence and retail outlets directed to residents of this district (**EXHIBITS M-P**), derived commercial benefits from the sale of infringing products, and caused injuries to Plaintiff within the Central District of California.

**4.** Venue is proper under 28 U.S.C. §§ 1391(b)-(c) because a substantial art of the events or omissions giving rise to the claims alleged occurred in this judicial district and Plaintiff is located and has been injured in the judicial district, and 28 U.S.C. § 1400(b) because Defendant committed acts of infringement in this judicial district.

## THE PARTIES

**5.** Plaintiff Scott Baker ("Plaintiff") resides in the state of California, invented innovative footwear technology which is covered by the six U.S. Utility Patents asserted in this Complaint.

Patent No. 10,178,893 (893) SHOE, issued Jan. 15, 2019,   Exhibit A

Patent No. 10,791,796 (796) SHOE, issued Oct. 6, 2020,    Exhibit B

Patent No. 11,172,733 (733) SHOE, issued Nov. 16, 2021,  Exhibit C

Patent No. 11,751,630 (630) SHOE, issued Sep. 12, 2023,   Exhibit D

Patent No. 11,849,806 (806) SHOE, issued Dec. 26, 2023,  Exhibit E

Patent No. 11,992,089 (089) SHOE WITH EXPANDABLE TOP,  issued May 28, 2024,

Exhibit F

**6.** Upon information and belief, Defendant Billdon LLC is a corporation organized and existing under the laws of the state of Washington doing business in the state of California, with an office and principal place of business located at 7112 South 212th Street, Kent, WA 98032.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

**7.** The Plaintiff invented innovative wheelchair technology which led to three U.S Utility Patents.

Patent No. 7,963,539 WHEELCHAIR issued Jun. 21, 2011

Patent No. 8,540,266 WHEELCHAIR issued Sep. 24, 2013

Patent No. 9,408,762 DRIVE SYSTEM FOR A WHEELCHAIR issued Aug. 9, 2016

Over the course of several years interacting with hundreds of wheelchair users, the need for better shoes became apparent. When one puts on their shoes they first hold their toes out straight, this is a subconscious action for most. For those in a wheelchair without the ability to move their feet or hold their toes out straight, when the foot is placed in the shoe, or the shoe is placed on the foot, the toes bend and twist resulting in blood flow restriction which results in tissue swelling which creates more blood flow restriction.

**8.** The Plaintiff spent years developing innovative footwear technology which resulted in six U.S. Utility Patents being granted. This technology allows persons with limited or no ability to move their feet or toes to wear any style or type of shoe without their toes being bent or twisted inside the shoe. Footwear technology that allows the top portion of the shoe to open as a "large flap" by way of a zipper.

The zipper having a starting point at the ankle opening, the zipper path traversing from the ankle opening down the side of the shoe towards the toe portion of the shoe and then around the toe portion of the shoe and continuing on the other side of the shoe towards the heel portion of the shoe for a minimal distance.

When utilizing the full capability of the zipper, the top portion of the shoe is able to be flipped open in a direction from the fully unzippered side across the shoe towards the less than fully unzippered side as a "large flap". The "large flap" top portion of the shoe when opened reveals the internal area of the shoe allowing the user that has no ability to move their feet or toes to place their foot inside the shoe

and then adjust their foot and toes into a straight and healthy position with their hands before closing the top portion of the shoe by reversing the path of the zipper pull. (Exemplar below)

*U.S. Pat. No. 10,178,893 Figs.1-2*

## Defendant's Infringing Activities

**9.** This lawsuit arises from Defendant's design, manufacture, importation, distribution, advertisement, marketing, offering for sale, and sale in the U.S. of certain products from their branded Billy Footwear product lines, which incorporate a zipper starting from the ankle opening and traversing the side of the shoe towards the toe portion of the shoe then across the toe portion of the shoe continuing on the other side of the shoe towards the heel portion of the shoe for a minimal distance.

When utilizing the full capability of the zipper, the top portion of the shoe is able to be flipped open in a direction from the fully unzippered side across the shoe towards the less than fully unzippered side as a "large flap". The "large flap" top portion of the shoe when opened reveals the internal area of the shoe allowing the user that has no ability to move their feet or toes to place their foot inside the shoe and then adjust their foot and toes into a straight and healthy position with their hands before closing the top portion of the shoe by reversing the path of the zipper pull.

**10.** Upon information and belief, Defendant Billdon LLC is engaged in the retail sale of a wide range of footwear under the Billy Footwear brand and Billy Footwear sub-category labels. Exemplars; Billy Classic high, Billy CS high, Billy Short wrap low, Billy Short wrap high top, Billy Lugs II, Billy

Limitless, Billy Sport Inclusion, Billy Classic Lace High, Billy Street High, Billy Cozy II, Billy Ice boots, Billy Cozy slippers, Billy Joggers, Billy Leather Classic high, Billy Leather Classic low, Billy Work Comfort lows, Billy Comfort Jogger, Billy Comfort Cuffs, Billy Comfort Chukkas, Comfort plush, Billy Inclusion Trail Boot, Billy Classic low, and Billy Goat leather classic high, all of which incorporate the Plaintiff's patented footwear technology.

**11.** Upon information and belief, Defendant Billdon LLC is engaged in the retail sales of a wide range of footwear under its Billy Footwear brand and Billy Footwear sub-categories through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of brick and mortar locations in this Judicial district below:



**12.** The Plaintiff has not granted Defendant a license to practice nor given Defendant any form of permission to use the Plaintiff's Patent Nos. 10,178,893, 10,791,796, 11,172,733, 11,751,630, 11,849,806, or 11,992,089.

## 1. DEFENDANT'S INFRINGEMENT of PATENTS

**Nos. 10,178,893, 10,791,796, 11,172,733, 11,751,630, 11,849,806, and 11,992,089.**

**13.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Classic High" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:

Sale
SALE - Red BILLY Classic D|R II High

**14.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy CS High" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:

Men's White/Black BILLY CS High

**15.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Short wrap Low Tops" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:

Sale
FINAL SALE - Grey BILLY D|R Short Wrap Low Tops

**16.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Lugs II" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:

Sale
SALE - Tan BILLY Lug II

**17.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Limitless" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:

**18.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Sport Inclusion" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:




**19.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Classic Lace High" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:

BILLY
White Rainbow BILLY Classic Lace High

**20.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Street High" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:

Sale
SALE - Earth BILLY Street High

BILLY

**21.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Cozy II" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:

**22.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Ice Boot" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:

**23.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Cozy Slipper" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:

Chestnut BILLY Cozy Slipper

**24.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Classic low" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:

Sale
SALE - Black to the Floor Leather BILLY Classic D|R II Low

**25.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Joggers" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:



**26.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Leather Classic High" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:



**27.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Leather Classic Low" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:

**28.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Work Comfort Low" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:



**29.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Comfort Jogger" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:

**30.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Comfort Cuff" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:

**31.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Comfort Chukka" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:



**32.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Comfort Plush" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:




**33.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Inclusion Trail Boot" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:



Men's Taupe BILLY Inclusion Trail Boot

**34.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Leather Goat Classic High" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:




Black Leather BILLY Goat Classic High

**35.** Upon information and belief, Defendant imported into the U.S., advertised, marketed, offered for sale, and/or sold at least the Accused Products identified by name as Billy Footwear sub-category brand "Billy Short Wrap High" through Billy Footwear's website (www.billyfootwear.com) to consumers Worldwide, including consumers located within this judicial district, as well as through retail partners to consumers located within this judicial district. Exemplar of the Accused Product below:

Black to the Floor BILLY D|R II
Short Wrap High
(33)

## FIRST CLAIM FOR RELIEF

(Patent Infringement – U.S. Pat. No. 10,178,893)

**36.** Plaintiff incorporates by reference each and every one of the preceding paragraphs as though fully set forth herein.

**37.** The innovative footwear technology invented by the Plaintiff was granted U.S. Pat. No. 10,178,893 (the '893 Patent) issued Jan. 19th 2019 (filed provisionally June 14th 2013), a true and correct copy of which is attached hereto as **Exhibit A** and incorporated herein. The patented technology allows the upper portion of a shoe, of any style, to open as a "large flap" exposing the internal space of the shoe by way of a zipper. The zipper with a starting position at the ankle opening, the zipper path then traversing the side of the shoe towards the toe portion of the shoe and then around the toe portion of the shoe continuing along the other side of the shoe towards the heel portion of the shoe for a minimal distance allowing the top portion of the shoe to open as a "large flap", as shown in photographs below.

This technology allows a user that has limited or no movement control of their feet or toes to place their foot and toes in a straight and healthy position inside the shoe before closing the shoe. Exemplar of the ‘893 Patent footwear technology displayed below:

**38.** Defendant has produced, imported in the U.S., distributed, advertised, marketed, offered for sale, and/or sold within the United States the Accused Products which utilize technology accurate to the ‘893 Patent in violation of 35 U.S.C. § 271.

**39.** Plaintiff has not granted a license or given Defendant any form of permission to the ‘893 Patent and Defendant’s infringement of the ‘893 Patent is without Plaintiff’s permission or authority and in total disregard of Plaintiff’s intellectual property rights.

**40.** As a direct and proximate result of the foregoing acts, the Plaintiff has suffered and will continue to suffer significant injuries in an amount to be determined at trial. Plaintiff is entitled to recover all damages sustained on account of Defendant’s infringement, and all gains, profits, and advantages obtained by Defendant under 35 U.S.C. § 284.

**41.** Furthermore, unless Defendant’s unlawful acts are enjoined by this Court there is no adequate remedy at law that can fully compensate the Plaintiff for the harm caused by Defendant’s

infringement of the ‘893 Patent, which is ongoing. Accordingly, Plaintiff is entitled to injunctive relief under 35 U.S.C. § 283 prohibiting Defendant from continuing to infringe the ‘893 Patent.

## SECOND CLAIM FOR RELIEF

(Patent Infringement – U.S. Pat. No. 10,791,796)

**42.** Plaintiff incorporates by reference each and every one of the preceding paragraphs as though fully set forth herein.

**43.** In order to protect the innovative footwear technology the Plaintiff owns a number of patents covering all aspects of the aforementioned technology. These patents include U.S. Pat. No. 10,791,796 (the ‘796 patent) issued Oct. 6th 2020, a true and correct copy of which is attached hereto as **Exhibit B** and incorporated herein. The patented technology allows the upper portion of a shoe, of any style, to open as a “large flap" exposing the internal space of the shoe by way of a zipper with a starting position at the ankle opening, the zipper path then traversing the side of the shoe towards the toe portion of the shoe and then around the toe portion of the shoe continuing along the other side of the shoe towards the heel portion of the shoe for a minimal distance allowing the top portion of the shoe to open as a “large flap”, as shown in photographs below. This technology allows a user that has limited or no movement control of their feet or toes to place their foot and toes in a straight and healthy position inside the shoe before closing the shoe. Exemplar of the ‘796 Patent footwear technology displayed below:



**44.** Defendant has produced, imported in the U.S., distributed, advertised, marketed, offered for sale, and/or sold within the United States the Accused Products which utilize technology accurate to the '796 Patent in violation of 35 U.S.C. § 271.

**45.** Plaintiff has not granted a license or given Defendant any form of permission to the '796 Patent and Defendant's infringement of the '796 Patent is without Plaintiff's permission or authority and in total disregard of Plaintiff's intellectual property rights.

**46.** As a direct and proximate result of the foregoing acts, the Plaintiff has suffered and will continue to suffer significant injuries in an amount to be determined at trial. Plaintiff is entitled to recover all damages sustained on account of Defendant's infringement, and all gains, profits, and advantages obtained by Defendant under 35 U.S.C. § 284.

**47.** Furthermore, unless Defendant's unlawful acts are enjoined by this Court there is no adequate remedy at law that can fully compensate the Plaintiff for the harm caused by Defendant's infringement of the '796 Patent, which is ongoing. Accordingly, Plaintiff is entitled to injunctive relief under 35 U.S.C. § 283 prohibiting Defendant from continuing to infringe the '796 Patent.

## THIRD CLAIM FOR RELIEF

(Patent Infringement – U.S. Pat. No. 11,172,733)

**48.** Plaintiff incorporates by reference each and every one of the preceding paragraphs as though fully set forth herein.

**49.** In order to protect the innovative footwear technology the Plaintiff owns a number of patents covering all aspects of the aforementioned technology. These patents include U.S. Pat. No. 11,172,733 (the '733 patent) issued Nov. 16th, a true and correct copy of which is attached hereto as **Exhibit C** and incorporated herein. The patented technology allows the upper portion of a shoe, of any style, to open as a flap exposing the internal space of the shoe by way of a zipper with a starting position at the ankle opening, the zipper path then traversing the side of the shoe towards the toe portion of the shoe and then around the toe portion of the shoe continuing along the other side of the shoe towards the heel portion of the shoe for a minimal distance allowing the top portion of the shoe to open as a "large flap", as shown in photographs below. This technology allows a user that has limited or no movement control of their feet or toes to place their foot and toes in a straight and healthy position inside the shoe before closing the shoe. Exemplar of the '733 Patent footwear technology displayed below:

 

**50.** Defendant has produced, imported in the U.S., distributed, advertised, marketed, offered for sale, and/or sold within the United States the Accused Products which utilize technology accurate to the '733 Patent in violation of 35 U.S.C. § 271.

**51.** Plaintiff has not granted a license or given Defendant any form of permission to the '733 Patent and Defendant's infringement of the '733 Patent is without Plaintiff's permission or authority and in total disregard of Plaintiff's intellectual property rights.

**52.** As a direct and proximate result of the foregoing acts, the Plaintiff has suffered and will continue to suffer significant injuries in an amount to be determined at trial. Plaintiff is entitled to recover all damages sustained on account of Defendant's infringement, and all gains, profits, and advantages obtained by Defendant under 35 U.S.C. § 284.

**53.** Furthermore, unless Defendant's unlawful acts are enjoined by this Court there is no adequate remedy at law that can fully compensate the Plaintiff for the harm caused by Defendant's infringement of the '733 Patent, which is ongoing. Accordingly, Plaintiff is entitled to injunctive relief under 35 U.S.C. § 283 prohibiting Defendant from continuing to infringe the '733 Patent.

## FOURTH CLAIM FOR RELIEF

(Patent Infringement – U.S. Pat. No. 11,751,630)

**54.** Plaintiff incorporates by reference each and every one of the preceding paragraphs as though fully set forth herein.

**55.** In order to protect the innovative footwear technology the Plaintiff owns a number of patents covering all aspects of the aforementioned technology. These patents include U.S. Pat. No. 11,751,630 (the "630" patent) issued Sept. 12th 2023, a true and correct copy of which is attached hereto as **Exhibit D** and incorporated herein the patented technology allows the upper portion of a shoe, of any style, to open as a flap exposing the internal space of the shoe by way of a zipper with a starting position at the ankle opening, the zipper path then traversing the side of the shoe towards the toe portion of the shoe and then around the toe portion of the shoe continuing along the other side of the shoe towards the heel portion of the shoe for a minimal distance allowing the top portion of the shoe to open as a "large flap", as shown in photographs below. This technology allows a user that has limited or no movement control of their feet or toes to place their foot and toes in a straight and healthy position inside the shoe before closing the shoe. Exemplar of the '630 Patent footwear technology displayed below:



**56.** Defendant has produced, imported in the U.S., distributed, advertised, marketed, offered for sale, and/or sold within the United States the Accused Products which utilize technology accurate to the '630 Patent in violation of 35 U.S.C. § 271.

**57.** Plaintiff has not granted a license or given Defendant any form of permission to the '630 Patent and Defendant's infringement of the '630 Patent is without Plaintiff's permission or authority and in total disregard of Plaintiff's intellectual property rights.

**58.** As a direct and proximate result of the foregoing acts, the Plaintiff has suffered and will continue to suffer significant injuries in an amount to be determined at trial. Plaintiff is entitled to recover all damages sustained on account of Defendant's infringement, and all gains, profits, and advantages obtained by Defendant under 35 U.S.C. § 284.

**59.** Furthermore, unless Defendant's unlawful acts are enjoined by this Court there is no adequate remedy at law that can fully compensate the Plaintiff for the harm caused by Defendant's infringement of the '630 Patent, which is ongoing. Accordingly, Plaintiff is entitled to injunctive relief under 35 U.S.C. § 283 prohibiting Defendant from continuing to infringe the '630 Patent.

## FIFTH CLAIM FOR RELIEF

(Patent Infringement – U.S. Pat. No. 11,849,806)

**60.** Plaintiff incorporates by reference each and every one of the preceding paragraphs as though fully set forth herein.

**61.** In order to protect the innovative footwear technology the Plaintiff owns a number of patents covering all aspects of the aforementioned technology. These patents include U.S. Pat. No. 11,849,806 (the "806" patent) issued Dec. 26th, 2023, a true and correct copy of which is attached hereto as **Exhibit E** and incorporated herein. The patented technology allows the upper portion of a shoe, of any style, to open as a flap exposing the internal space of the shoe by way of a zipper with a starting position at the ankle opening, the zipper path then traversing the side of the shoe towards the toe portion of the shoe and then around the toe portion of the shoe continuing along the other side of the shoe towards the heel portion of the shoe for a minimal distance allowing the top portion of the shoe to open as a "large flap", as shown in photographs below. This technology allows a user that has limited or no movement control of their feet or toes to place their foot and toes in a straight and healthy position inside the shoe before closing the shoe. Exemplar of the '806 Patent footwear technology displayed below:



**62.** Defendant has produced, imported in the U.S., distributed, advertised, marketed, offered for sale, and/or sold within the United States the Accused Products which utilize technology accurate to the '806 Patent in violation of 35 U.S.C. § 271.

**63.** Plaintiff has not granted a license or given Defendant any form of permission to the '806 Patent and Defendant's infringement of the '806 Patent is without Plaintiff's permission or authority and in total disregard of Plaintiff's intellectual property rights.

**64.** As a direct and proximate result of the foregoing acts, the Plaintiff has suffered and will continue to suffer significant injuries in an amount to be determined at trial. Plaintiff is entitled to recover all damages sustained on account of Defendant's infringement, and all gains, profits, and advantages obtained by Defendant under 35 U.S.C. § 284.

**65.** Furthermore, unless Defendant's unlawful acts are enjoined by this Court there is no adequate remedy at law that can fully compensate the Plaintiff for the harm caused by Defendant's infringement of the '806 Patent, which is ongoing. Accordingly, Plaintiff is entitled to injunctive relief under 35 U.S.C. § 283 prohibiting Defendant from continuing to infringe the '806 Patent.

## SIXTH CLAIM FOR RELIEF

(Patent Infringement – U.S. Pat. No. 11,992,089)

**66.** Plaintiff incorporates by reference each and every one of the preceding paragraphs as though fully set forth herein.

**67.** In order to protect the innovative footwear technology the Plaintiff owns a number of patents covering all aspects of the aforementioned technology. These patents include U.S. Pat. No. 11,992,089 (the "089" patent) issued May 28th, 2024, a true and correct copy of which is attached hereto as **Exhibit F** and incorporated herein. The patented technology allows the upper portion of a shoe, of any style, to open as a flap exposing the internal space of the shoe by way of a zipper with a starting position at the ankle opening, the zipper path then traversing the side of the shoe towards the toe portion of the shoe and then around the toe portion of the shoe continuing along the other side of the shoe towards the heel portion of the shoe for a minimal distance allowing the top portion of the shoe to open as a "large flap", as shown in photographs below. This technology allows a user that has limited or no movement control of their feet or toes to place their foot and toes in a straight and healthy position inside the shoe before closing the shoe. Exemplar of the '089 Patent footwear technology displayed below:

**68.** Defendant has produced, imported in the U.S., distributed, advertised, marketed, offered for sale, and/or sold within the United States the Accused Products which utilize technology accurate to the '089 Patent in violation of 35 U.S.C. § 271.

**69.** Plaintiff has not granted a license or given Defendant any form of permission to the '089 Patent and Defendant's infringement of the '089 Patent is without Plaintiff's permission or authority and in total disregard of Plaintiff's intellectual property rights.

**70.** As a direct and proximate result of the foregoing acts, the Plaintiff has suffered and will continue to suffer significant injuries in an amount to be determined at trial. Plaintiff is entitled to recover all damages sustained on account of Defendant's infringement, and all gains, profits, and advantages obtained by Defendant under 35 U.S.C. § 284.

**71.** Furthermore, unless Defendant's unlawful acts are enjoined by this Court there is no adequate remedy at law that can fully compensate the Plaintiff for the harm caused by Defendant's infringement of the '089 Patent, which is ongoing. Accordingly, Plaintiff is entitled to injunctive relief under 35 U.S.C. § 283 prohibiting Defendant from continuing to infringe the '089 Patent.

## 2. DEFENDANT'S WILLFUL INFRINGEMENT of PATENTS Nos. 10,178,893,  10,791,796,  11,172,733,  11,751,630,  11,849,806, and 11,992,089.

## FIRST CLAIM FOR RELIEF

(Willful Patent Infringement – U.S. Pat. No. 10,178,893)

**72.** Plaintiff incorporates by reference each and every one of the preceding paragraphs under "1. Defendant's Infringement of Patent Nos. 10,178,893,  10,791,796, 11,172,733,  11,751,630, 11,849,806, and 11,992,089." as though fully set forth herein.

**73.** Plaintiff incorporates by reference each and every one of the preceding paragraphs under "FIRST CLAIM FOR RELIEF (Patent Infringement – U.S. Pat. No. 10,178,893)" as though fully set forth herein.

**74.** The Defendant acted with a subjective awareness of the risk of infringement and continued their infringing conduct anyway. These allegations are supported by the Cease and Desist letter dated Jan. 25, 2019 (**Exhibit G**) sent to the Defendant after the Plaintiff's '893 patent issued**.**

Upon information and belief, Defendant's infringing acts were willful, deliberate, and taken in reckless disregard of the '893 Patent despite having been put on notice through Plaintiff's Cease and Desist letter. As Defendant's willful acts render this an exceptional case, the Plaintiff is entitled to enhanced damages and reasonable attorney fees under 35 U.S.C. § 284.

## SECOND CLAIM FOR RELIEF

(Willful Patent Infringement – U.S. Pat. No. 10,791,796)

**75.** Plaintiff incorporates by reference each and every one of the preceding paragraphs under "1. Defendant's Infringement of Patent Nos. 10,178,893,  10,791,796, 11,172,733,  11,751,630, 11,849,806, and 11,992,089." as though fully set forth herein.

**76.** Plaintiff incorporates by reference each and every one of the preceding paragraphs under "SECOND CLAIM FOR RELIEF (Patent Infringement – U.S. Pat. No. 10,791,796)" as though fully set forth herein.

**77.** The Defendant acted with a subjective awareness of the risk of infringement and continued their infringing conduct anyway. These allegations are supported by the Cease and Desist letter dated 10/16/2020 (**Exhibit H**) sent to the Defendant after the Plaintiff's '796 patent issued**.**

Upon information and belief, Defendant's infringing acts were willful, deliberate, and taken in reckless disregard of the '893 Patent despite having been put on notice through Plaintiff's Cease and Desist letter. As Defendant's willful acts render this an exceptional case, the Plaintiff is entitled to enhanced damages and reasonable attorney fees under 35 U.S.C. § 284.

## THIRD CLAIM FOR RELIEF

(Willful Patent Infringement – U.S. Pat. No. 11,172,733)

**78.** Plaintiff incorporates by reference each and every one of the preceding paragraphs under "1. Defendant's Infringement of Patent Nos. 10,178,893,  10,791,796, 11,172,733,  11,751,630, 11,849,806, and 11,992,089." as though fully set forth herein.

**79.** Plaintiff incorporates by reference each and every one of the preceding paragraphs under "THIRD CLAIM FOR RELIEF (Patent Infringement – U.S. Pat. No. 11,172,733)" as though fully set forth herein.

**80.** The Defendant acted with a subjective awareness of the risk of infringement and continued their infringing conduct anyway. These allegations are supported by the Cease and Desist letter dated 11/19/2021 (**Exhibit I**) sent to the Defendant after the Plaintiff's '733 patent issued**.**

Upon information and belief, Defendant's infringing acts were willful, deliberate, and taken in reckless disregard of the '733 Patent despite having been put on notice through Plaintiff's Cease and

Desist letter. As Defendant's willful acts render this an exceptional case, the Plaintiff is entitled to enhanced damages and reasonable attorney fees under 35 U.S.C. § 284.

## FOURTH CLAIM FOR RELIEF

(Willful Patent Infringement – U.S. Pat. No. 11,751,630)

**81.** Plaintiff incorporates by reference each and every one of the preceding paragraphs under "1. Defendant's Infringement of Patent Nos. 10,178,893,  10,791,796, 11,172,733,  11,751,630, 11,849,806, and 11,992,089." as though fully set forth herein.

**82.** Plaintiff incorporates by reference each and every one of the preceding paragraphs under "FOURTH CLAIM FOR RELIEF (Patent Infringement – U.S. Pat. No. 11,751,630)" as though fully set forth herein.

**83.** The Defendant acted with a subjective awareness of the risk of infringement and continued their infringing conduct anyway. These allegations are supported by the Cease and Desist letter dated 9/18/2023 (**Exhibit J**) sent to the Defendant after the Plaintiff's '630 patent issued**.**

Upon information and belief, Defendant's infringing acts were willful, deliberate, and taken in reckless disregard of the '630 Patent despite having been put on notice through Plaintiff's Cease and Desist letter. As Defendant's willful acts render this an exceptional case, the Plaintiff is entitled to enhanced damages and reasonable attorney fees under 35 U.S.C. § 284.

## FIFTH CLAIM FOR RELIEF

(Willful Patent Infringement – U.S. Pat. No. 11,849,806)

**84.** Plaintiff incorporates by reference each and every one of the preceding paragraphs under "1. Defendant's Infringement of Patent Nos. 10,178,893,  10,791,796, 11,172,733,  11,751,630, 11,849,806, and 11,992,089." as though fully set forth herein.

**85.** Plaintiff incorporates by reference each and every one of the preceding paragraphs under "FIFTH CLAIM FOR RELIEF (Patent Infringement – U.S. Pat. No. 11,849,806)" as though fully set forth herein.

**86.** The Defendant acted with a subjective awareness of the risk of infringement and continued their infringing conduct anyway. These allegations are supported by the Cease and Desist letter dated 8/27/2024 (**Exhibit K**) sent to the Defendant after the Plaintiff's '806 patent issued**.**

Upon information and belief, Defendant's infringing acts were willful, deliberate, and taken in reckless disregard of the '806 Patent despite having been put on notice through Plaintiff's Cease and Desist letter. As Defendant's willful acts render this an exceptional case, the Plaintiff is entitled to enhanced damages and reasonable attorney fees under 35 U.S.C. § 284.

## SIXTH CLAIM FOR RELIEF

(Willful Patent Infringement – U.S. Pat. No. 11,992,089)

**87.** Plaintiff incorporates by reference each and every one of the preceding paragraphs under "1. Defendant's Infringement of Patent Nos. 10,178,893,  10,791,796, 11,172,733,  11,751,630, 11,849,806, and 11,992,089." as though fully set forth herein.

**88.** Plaintiff incorporates by reference each and every one of the preceding paragraphs under "SIXTH CLAIM FOR RELIEF (Patent Infringement – U.S. Pat. No. 11,992,089)" as though fully set forth herein.

**89.** The Defendant acted with a subjective awareness of the risk of infringement and continued their infringing conduct anyway. These allegations are supported by the Cease and Desist letter dated 7/15/2024 (**Exhibit L**) sent to the Defendant after the Plaintiff's '089 patent issued**.**

Upon information and belief, Defendant's infringing acts were willful, deliberate, and taken in reckless disregard of the '089 Patent despite having been put on notice through Plaintiff's Cease and Desist letter. As Defendant's willful acts render this an exceptional case, the Plaintiff is entitled to enhanced damages and reasonable attorney fees under 35 U.S.C. § 284.

**90.** Each of the six individual Cease and Desist letters (Exhibits G-L) sent to the Defendant and the Defendant's legal council regarding the unauthorized use of the invention found in each of the Plaintiff's six Patents requested the following;

   A.  Past damages
      1.  provide a detailed accounting of all sales from the date the first cease and desist letter was received;
      2.  provide payment covering past damages

   B.  Future revenue
      1.  enter into license agreement on the Plaintiff's Patent in question
         i.  determination of market segment

      ii. determination of exclusive or non-exclusive
iii. royalty structure
iv. length of agreement and possible renewability clause

A true and correct copy of each of the six individual Cease and Desist letters are attached hereto as **Exhibit G, Exhibit H, Exhibit I, Exhibit J, Exhibit K,** and **Exhibit L** and incorporated herein.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgement against Defendant Billdon LLC (dba Billy Footwear) as follows:

**91.** A judgement that Defendant infringed Plaintiff's U.S. Patents 10,178,893, 10,791,796, 11,172,733, 11,751,630, 11,849,806, and 11,992,089.

**92.** An order permanently enjoining and restraining Defendant, their agents, servants, employees, officers, associates, retailers, wholesalers, and all other persons acting in concert with any of them from infringing Plaintiff's intellectual property at issue, including but not limited to infringing acts such as:

a) manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling Accused Products or any other products that infringe the '893 Patent, '796 Patent, '733 Patent, '630 Patent, '806 Patent, and '089 Patent;

b) committing any other act which falsely represents or which has the effect of falsely representing goods and services of Defendant are licensed, authorized, offered, produced, sponsored, or in any other way associated with the Plaintiff's aforementioned patents.

**93.** An order requiring Defendant to recall from any distributors and retailers and to deliver to Plaintiff for destruction any Accused Products, including the means of making such products.

**94.** An order requiring Defendant to file with this Court and serve on Plaintiff within thirty (30) days after entry of injunction, a report in writing and under oath setting forth the manner in which Defendant complied with the injunction.

**95.** An order for an accounting of all gains, profits and advantages derived by Defendant on account of the unlawful acts complained of herein pursuant to 35 U.S.C. §§ 281, 284, and any other applicable federal statute.

**96.** An award of damages equal to Defendant's profits and all damages sustained by Plaintiff as a result of Defendant's wrongful acts.

**97.** An award of damages equal to treble Defendant's profits or Plaintiff's damages, whichever is greater, on account of Defendant's willful infringement.

**98.** An award of punitive damages and Plaintiff's costs, attorney's fees, and interest as allowed under all applicable federal statutes, and

**99.** All other relief that the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Scott Baker hereby demands a trial by jury as to all claims in this Civil Action.

Dated: October 22, 2025 By: /Scott Baker/_____________

Scott Baker, Pro Se Plaintiff
5518 Kester Ave.
Sherman Oaks, CA. 91411
818 523 9193
scott.baker.legal@gmail.com

**EXHIBITS TABLE OF CONTENT**

EXHIBIT

A Patent No. 10,178,893 (893) SHOE, issued Jan. 15, 2019

B Patent No. 10,791,796 (796) SHOE, issued Oct. 6, 2020

C Patent No. 11,172,733 (733) SHOE, issued Nov. 16, 2021

D Patent No. 11,751,630 (630) SHOE, issued Sep. 12, 2023

E Patent No. 11,849,806 (806) SHOE, issued Dec. 26, 2023

F Patent No. 11,992,089 (089) SHOE WITH EXPANDABLE TOP, issued May 28, 2024

G Cease and Desist letter dated Jan. 25, 2019

H Cease and Desist letter dated 10/16/2020

I Cease and Desist letter dated 11/19/2021

J Cease and Desist letter dated 9/18/2023

K Cease and Desist letter dated 8/27/2024

L Cease and Desist letter dated 7/15/2024

M Billy Footwear website showing retail locations in the Central District of California

N Billy Footwear retail partner DSW's website showing retail locations in the Central District of California that sell Billy Footwear

O Billy Footwear retail partner NORDSTROM's website showing retail locations in the Central District of California that sell Billy Footwear

P Billy Footwear retail partner TARGET's website showing retail locations in the Central District of California that sell Billy Footwear

**EXHIBIT A**

US010178893B1

(12) **United States Patent**
**Baker**

(10) **Patent No.: US 10,178,893 B1**
(45) **Date of Patent: Jan. 15, 2019**

(54) **SHOE**

(71) Applicant: **Scott Bradley Baker**, Sherman Oaks, CA (US)

(72) Inventor: **Scott Bradley Baker**, Sherman Oaks, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 729 days.

(21) Appl. No.: **14/297,905**

(22) Filed: **Jun. 6, 2014**

**Related U.S. Application Data**

(60) Provisional application No. 61/835,445, filed on Jun. 14, 2013.

(51) **Int. Cl.**

| | |
|---|---|
| ***A43C 11/12*** | (2006.01) |
| ***A43B 23/02*** | (2006.01) |
| ***A43B 3/02*** | (2006.01) |
| ***A43B 5/00*** | (2006.01) |

(52) **U.S. Cl.**
CPC ............ ***A43B 23/0245*** (2013.01); ***A43B 3/02*** (2013.01); ***A43B 5/00*** (2013.01); ***A43C 11/12*** (2013.01)

(58) **Field of Classification Search**
CPC ....... A43B 3/02; A43B 23/07; A43B 23/0235; A43B 23/0245; A43B 23/06; A43B 23/24; A43B 5/145; A43B 7/12; A43B 7/18; A43B 7/20; A43B 11/00; A43B 13/14; A43B 19/00; A43B 1/10; A43B 23/022; A43B 23/028; A43B 23/042; A43B 23/045; A43B 23/047; A43B 23/081; A43B 5/00; A43B 23/00; A43C 11/12
USPC ............................... 36/109, 101, 112, 45, 15
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,302,596 A * | 11/1942 | Bigio | A43B 3/24 | 36/101 |
| 2,686,376 A * | 8/1954 | Burkholz | A43B 3/02 | 36/101 |
| 4,628,622 A * | 12/1986 | McBarron | A43B 11/00 | 36/112 |
| 4,743,693 A * | 5/1988 | Topfmeier | C07D 213/74 | 546/291 |
| 5,874,256 A * | 2/1999 | Bertina | C12Q 1/6883 | 435/5 |
| 7,127,837 B2 * | 10/2006 | Ito | A43B 1/0027 | 36/101 |

* cited by examiner

*Primary Examiner* — Alissa L Hoey
*Assistant Examiner* — Catherine M Ferreira
(74) *Attorney, Agent, or Firm* — Colin P. Abrahams

(57) **ABSTRACT**

A shoe comprises a sole having an upper surface and a lower surface, and a top member having an outer surface and an inner surface and mounted on the sole. The top member and sole to together define a space for receiving a foot, and the top member further comprises an opening. A fastener is provided in the top member and extends from the opening and continues over the top member such that a portion of the top member is movable between a first position in which the space is substantially closed and a second position in which a portion of the top member is folded back from the sole to provide access to the space.

**15 Claims, 8 Drawing Sheets**

FIG. 1
1
6
3
8
5
7
4
2
24

FIG. 2



FIG. 3



1
7
6
12
11
3
4
5
2
FIG. 4

1
4A
6
3
7
4
2
5

FIG. 5

FIG. 6



A
B
C
D
FIG. 7
8
12
15
16
17
18
19
20
21
22
23



FIG. 8
A
B
C
D
2
7
9
8
15
16
17
18
19
20
21
22
23

# SHOE

## CROSS REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Patent Application No. 61/835,445 filed on Jun. 14, 2013, the contents of which are Incorporated by reference herein in their entirety.

## FIELD AND BACKGROUND OF THE INVENTION

This invention relates to a shoe. More particularly, the invention relates to a shoe which is configured and constructed so that it may be placed on the foot of the wearer in a more convenient manner. While the shoe of the invention may be used in many applications, and certainly has a mainstream use for all or most people, its particular construction may be of special benefit to handicapped or disabled people. In this regard, the shoe of the invention offers a simpler and more natural way to place the foot within the shoe, and may be advantageous for people who have a reduced response to touch on the foot, or a loss of muscular control in the foot, are paralyzed at the foot, or have other medical issues with their feet.

A shoe is of course a common item worn by most people and comes in a plethora of different shapes, forms and sizes. Further, different types of shoe have been manufactured for different purposes. The shoes may be generally closed, partly closed, or substantially open. They may be specially developed for sporting activities, casual wear, dress wear, dancing, to name just a few examples. Additionally, a shoe may be constructed as a heavy duty protective item for the foot, typically used in rugged outdoor activities, or in a military or law enforcement environment.

A conventional closed or partially closed shoe comprises a base or sole and a top stitched or otherwise fastened to the sole. The top will typically have a chamber or housing area for the foot, and an opening through which the foot accesses the chamber. In many shoes, the opening may be of adjustable size so that it can be larger when inserting the foot, and reduced in size when the foot is inside the shoe. The opening is adjusted by the user by means of shoelaces, Velcro straps or elasticized portions around the opening, to name some examples.

The opening in the top of a conventional shoe is positioned such that the foot must be inserted into the chamber or housing area for the foot through the opening toe first, followed by the remainder of the foot. In many cases, this will work well and the average person is able to position and wiggle the toes and foot so that it is properly contained within the generally snug fitting chamber or housing. However, the wearer must have the capacity and ability to flex and move the foot and toes to put on the shoe. This may be a particular challenge for a person who may have muscular weakness of the foot or legs or is in fact paralyzed. The effect of a paralysis is that a person will not, of course, have any feeling in the foot or toes, which makes the putting on of a shoe much more of a challenge. Children may also find it difficult to put on a closed or partially closed shoe of conventional structure. While most people take for granted the ability to use the foot as necessary to put on a shoe, there are many who lack this ability due to foot paralysis or some other medical condition, or young age, and conventional shoes with the type of opening as described above will therefore be difficult to put on. It is conceivable that a person

with a paralyzed foot may be able to squeeze the foot into the shoe, but if the toes were cramped or bent as a result, the user may not even know this but would nevertheless have to deal with possible consequences including reduced circulation and swelling.

Therefore, individuals with disabilities that inhibit all or most of the movement and muscular control of their lower extremities often suffer circulatory problems caused by wearing shoes. The problem tends to occur when a person puts his foot into a shoe of any type without the muscular ability or strength to hold his toes out straight and then slide his foot into the chamber of the shoe. Without this muscular control, the toes may bend and curl and bind thus causing circulation to the foot or other parts to be limited causing swelling, potential pain, and a deterioration of extremity health. The longer the foot is in this position the worse the condition becomes. This invention allows for the entire front and top of the shoe to open up and out of the way thus allowing the wearer to slide the front of the shoe across the bottom of the foot starting at the wearer's heel and moving towards the toes. By moving the shoe in this direction, it automatically maintains the toes in the correct and flat and natural position, which is essential for proper circulation and continued health of the foot.

## SUMMARY OF THE INVENTION

According to one aspect of the invention, there is provided a shoe comprising: a sole having an upper surface and a lower surface; a top member having an outer surface and an inner surface and mounted on the sole, the top member and sole defining a space for receiving a foot, the top member further having an opening; and a fastener in the top member extending from the opening and continuing over the top member such that a portion of the top member is movable between a first position in which the space is substantially closed and a second position in which a portion of the top member is folded back from the sole to provide access to the space.

In one embodiment, the opening in the top member is located at one end of the shoe and sized so as to permit the leg or ankle of the wearer to extend therethrough. The fastener may comprise a zipper, a Velcro fastener, a combination thereof, or some other structure such as a snap.

Preferably, the fastener commences in the top member at the opening thereof, extends from the opening in a downward taper towards the sole, and continues around the top member near the junction of the top member and sole and continues in the top member along the inner side of the shoe to and around the front end thereof and partially along the outer side of the shoe.

In one embodiment, the shoe has a heel end, a generally opposite front end, an inner side and an outer side, the opening being located near the heel end, the fastener commencing in the top member at the opening thereof, extends from the opening downwardly toward the sole, and continues in the top member along the inner side of the shoe to and around the front end thereof and partially along the outer side of the shoe. The outer side of the shoe is, therefore, on the opposite side of the shoe than that which the fastener traveled down.

The shoe may comprise a boot and the top portion includes a foot component and an upwardly extending tubular component with the opening at a free end thereof, the fastening means extending from the opening down the tubular component and over the foot component of the top portion. In another form, the shoe may comprise a sneaker

style shoe including laces and a tongue on the top portion, or a high heel style shoe with an enlarged opening.

In the latter case, the fastening means may be a zipper, the zipper may be concealed or hidden by a decorative strip, and the zipper includes a zipper tab which may have a decorative configuration.

In yet another form, the shoe comprises a biker style short boot, the top portion comprises a foot component and an upwardly extending tubular component with the opening at the free end thereof, and the fastener comprises a Velcro fastener extending from the opening to a lower point near the sole and a zipper extending from the lower point near the sole around the top portion. The zipper continues in the top member along the inner side of the shoe to and around the front end thereof and partially along the outer side of the shoe.

The shoes may have laces which are of a decorative nature, or the laces may be adjustable to vary the size of the space according to the nature of the foot that will be accommodated therein.

According to a further aspect of the invention, there is provided a method of making a shoe comprising the following steps: forming a sole or base having an upper surface and a lower surface; mounting a top portion having an opening over the upper surface of the sole such that the sole and top portion define a space for accommodating a foot; and inserting a fastener in the top portion extending from the opening and continuing around the top portion and around the front end thereof and partially along the outer/opposite side of the shoe, so that at least a part of the top portion can be selectively moved between a first closed position in which the fastener is closed and a second open position to provide access to the space from the front of the shoe.

In yet a further aspect of the invention, there is provided a method of putting on a shoe having a sole, a top portion mounted on the sole so as to define a space, and a fastener in the top portion so that a part thereof can be folded between an open and closed position, the method comprising: moving the part of the top portion into the open position to provide access to the space from the front of the shoe; placing the foot on the sole and positioning the foot thereon; and moving the part of the top portion into the closed position to capture the foot in the space defined between the sole and the top portion. Preferably, the heel is placed on the sole at or near the front end of the shoe, and the shoe and/or foot are moved relative to each other so that the foot slides over the sole until it reaches the back of the shoe.

This invention therefore relates to a shoe with a unique structure and configuration which enables it to be placed on the foot and removed therefrom in a more convenient and natural movement.

The invention provides for a shoe having a base or sole, a top mounted on the sole so that sole and top together define a space for receiving a foot, an opening on the top, and fastening means whereby at least a part of the top may be selectively separated from the sole to allow the foot to be inserted into or removed from the shoe, and fastened to the sole when the foot is in the space defined by the shoe so as to keep the foot securely within the space.

For the most part, when a person puts on shoes, he or she without even giving it much conscious thought is holding their toes out straight and sliding the foot into the shoe. Without muscular control, the toes are likely to bend under, fold and bind. When the toes are in a folded position, the entire skeletal structure of the foot must make adjustments. An inherent problem in this regard is the restricted circulation of blood that may occur, and with this restriction comes the swelling of tissue. These conditions may have a domino or compounding effect, in that the more the foot swells, the more restriction is likely, in turn producing yet more swelling. This of course leads to the diminished health of the foot, and the various tissues and components which form it.

When placing the heel of the foot at the front of an open shoe constructed in accordance with the present invention and sliding the shoe forward and/or the foot backward, this action directs the toes to lay out in a flat and normal position, thus maintaining unimpaired circulation and not resulting in any swelling, both of which can occur in conventional shoes with conventional entry procedures. In accordance with one embodiment of the invention, the top of the shoe is connected to the base or sole by means of a zipper extending from the opening toward the base and partly around the shoe. In one embodiment, the zipper when closed is designed to be on the inside of the foot and at the opening that encircles the ankle (using the low rise style of shoe as an example in this case), and the zipper tab is pulled towards the front of the shoe, around the front of the shoe, and toward and alongside the outside of the foot. This is of course just one embodiment, and the zipper and zipper tab can be conveniently located on any part of the shoe so as to give effect to the purpose of the present invention, namely, to move at least a part of the top of the shoe away from the base or sole to provide easy access to the space when inserting the foot into the shoe. As long as the front of the shoe is opened up for heel entry, as will be described further below, the precise positioning of the zipper or other mechanism to effect opening and closing may vary according to the design of the shoe, and the preference of wearers who may have different needs and requirements. Regardless of the shoe style, the opening mechanism may be pulled down and towards the front and then across the entire front of the shoe thus allowing the entire front and top of the shoe to open away much like a flap.

This configuration or platform can be utilized for any and all shoe styles, from sneakers to boots to heels to dress shoes. While most of the accompanying drawings show for the most part a zipper configuration, it is not the only configuration that is available or may be used. For example, and as will be described, FIG. **6** demonstrates a zipper to open the front and side of a boot, and Velcro fastening up the side of the boot to open that portion. Snaps, velcro, hooks, zippers, as well as other fastening materials as well as a combination of any can be utilized based on design requirements.

When a person has a disability, either from birth or by accident at some point in life, their needs tend to be viewed through a medical filter only. For example, a person who may have suddenly lost muscular control of his lower extremities would continue to desire normal and conventional comforts, as well as clothing and shoes which may be fashionable and stylish. These needs would not diminish, but often the emphasis is on treatment and rehabilitation while normal creature comforts and preferences may sometimes be overlooked. Those in wheelchairs with limited or no muscular control of their lower extremities still have a need for well-designed and comfortable shoes, and the present invention can be used in a wide range of shoe types and designs, providing practical comfort and access without sacrificing fashion and style, and without the shoe being clearly identifiable as some type of medical device. Therefore, a shoe constructed in accordance with the present invention allows the world of fashion and style to once again be opened up to persons who are disabled or those who are born with such disabilities.

The present invention therefore provides for a shoe which is both a medical device as well as an item of fashion, all in the same product. With this marriage of form following function pre-emptive accommodations in sizing for swelling and incorrect extremity positioning may no longer be required.

In another arena completely, it appears that parents of small children can struggle significantly with putting shoes on little feet, specifically getting little toes to be pointed straight so the shoe can be put on correctly, and the foot and toes will be in a natural and unstressed position when inside the shoe. The utility of this shoe can also be used to accommodate this struggle by removing the need for co-operation with a 2 year old.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings:

FIG. **1** is a top perspective view of a shoe in the closed position in one embodiment of the invention;

FIG. **2** is a top perspective view of the shoe illustrated in FIG. **1** of the drawings, in the open position;

FIG. **3** is a side perspective view of a tall boot style shoe, in the closed position, in accordance with a further aspect of the invention;

FIG. **4** is a side perspective view of a sneaker style shoe, in the closed position, illustrating a tongue and laces to maintain a visually "normal" shoe, in accordance with a further aspect of the invention;

FIG. **5** is a side perspective view of a high heel style shoe, in the closed position, in accordance with a further aspect of the invention;

FIG. **6** is a side perspective view of a short boot style shoe, in the closed position, utilizing multiple fastener types for opening and closing the shoe in accordance with a further aspect of the invention;

FIGS. **7**A, **7**B, **7**C and **7**D are section views through a shoe of conventional style illustrating in series the insertion of a foot which may have limited or no muscular control into the shoe; and

FIGS. **8**A, **8**B, **8**C and **8**D are section views through a shoe constructed in accordance with the present invention illustrating in series the insertion of a foot which may have limited or no muscular control into the shoe.

## DETAILED DESCRIPTION OF THE INVENTION

Reference is now made to the accompanying drawings which illustrate a shoe in accordance with the present invention in various designs and styles. Note that the drawings herein show the potential range and application of a shoe of the present invention, and the invention is not to be considered in any way limited or restricted to the specific embodiments illustrated herein.

Reference is now made to FIG. **1** of the drawings which shows a shoe **1** in accordance with one aspect of the invention. The shoe **1** in this drawing is one of generally conventional style and size, but is adapted and configured to open and close in a unique way to facilitate easier insertion and removal of the foot from the shoe **1**. The shoe **1** comprises a top flap **2** which is mounted on a sole **4** which forms the base of the shoe **1** upon which the foot will rest when inserted in the shoe **1**. The top flap **2** comprises a side and bottom **3** which is fastened to the sole **4**. The shoe **1** further comprises an ankle opening **7** and an interior **8** or space for accommodating the foot.

A zipper **5** is formed within the top flap **2**, and extends from the rim which forms part of the ankle opening **7**. As seen in FIGS. **1** and **2** of the drawings, the zipper **5** extends from a starting point at the rim of the ankle opening **7**, continues gradually downwardly along the inside edge of the top flap **2**, and curves around the front **24** of the shoe **1**. As best seen in FIG. **2** of the drawings, the zipper **5** thereafter extends a short way around the outer side of the shoe **1**.

The opening and closing of the zipper **5** has the effect of opening the shoe **1** and providing access to the interior **8** of the shoe **1** in a manner which substantially facilitates putting on the shoe particularly, but also helps to remove the foot from the shoe more easily. In effect, and as is clearly illustrated in FIG. **2** of the drawings, the top flap **2** can be bent away from the sole **4** providing almost unfettered access to the upper part of the sole **4**. FIG. **1** shows the shoe **1** in the closed position in which the zipper **5** is closed, while FIG. **2** of the drawings shows the shoe **1** in the open or accessible position in which the zipper **5** has been completely unzipped to provide the simple and advantageous access as described, and enabling the foot to be placed within the shoe without having to the pushed through the ankle opening **7**. As will be described with reference to other figures herebelow, forcing the foot into the shoe through the ankle opening **7** may twist or scrunch the toes, especially for a person with disabilities or young children having less control over foot muscles, inhibiting circulation and causing possible swelling and discomfort.

FIG. **2** of the drawings shows that the top flap **2** can be opened or moved away from the upper part of the sole **4** by any desired amount, revealing and exposing the underside **9** of the top flap **2**. In this position, the shoe **1** is also in a much better position to facilitate airing and cleaning, as may be desired by the user.

The embodiment illustrated in FIGS. **1** and **2** show a shoe **1** which does not have laces or a tongue. In this embodiment, the opening **7** is provided for the ankle and the upper part of the sole **4** receives the foot. The zipper is exposed, and easily operated by a zipper tab **6** to open and close the shoe **1**. While the zipper **5** is exposed in this embodiment, it tends to run for the most part along the inside of the shoe, so that it is not as visible or obvious as it would be if it ran around the outside of the shoe. However, it is certainly within the scope of the present invention that the zipper **5** may be positioned in any convenient location on the shoe so as to give effect to the objective of the invention, namely, to provide a shoe where the top flap **2** can be moved relative to the sole **4** to provide the additional access, as described.

In the illustration shown in FIG. **2** of the drawings, a user would typically insert the foot in the shoe by first placing the heel of the foot near the open front end, and either sliding the foot backward over the upper surface of the sole **4**, or sliding the shoe itself under the foot so that the heel of the foot moves over the upper surface of the sole **4** until it reaches the back of the shoe. With the foot properly and easily located in this way, the zipper **5** can be closed to fasten the top flap **2** to the sole **4** as illustrated in FIG. **1**, with the foot comfortably and naturally positioned within the shoe without distorting the foot.

Reference is now made to FIG. **3** of the drawings which shows the invention configured on a tall style boot, whereby the shoe can be adjusted between a closed position with the look of a normal conventional boot and an open position in which the top flap can be moved away to provide a much more substantial opening for improved access to the shoe. In FIG. **3**, the boot **1** has a sole **4** upon which is mounted a top flap **2** which includes the side and bottom portion **3**. The

zipper **5** extends from the opening **7** all the way down the length of the boot, along the inside thereof and around the front of the boot **1**, and thereafter a short distance around the other side of the boot **1**, in a similar manner to that illustrated in FIG. **2** of the drawings.

The boot in FIG. **3** of the drawings is shown only in the closed position (as are the other embodiments and examples described below in FIGS. **4** to **6** of the drawings). However, the principle and mechanism for zipping and unzipping the zipper **5** to close and open the shoe respectively is the same as that illustrated above, to thereby provide ready access so that the foot can be inserted in the boot **1** in its natural an extended position, and held in the boot in that way once the zipper **5** has been closed.

FIG. **4** of the drawings shows a sneaker style of shoe **1** which retains its laces **11** and tongue **12**. However, in this embodiment, the laces **11** and tongue **12** are more for cosmetic and design purposes and would not have any function in terms of putting on and removing the shoe **1**. In this embodiment, the entire combination of laces **11** and shoe tongue **12** are permanently sewn into place, which allows the sneaker to maintain its aesthetic looks, and present the normal look of a sneaker. However, the sneaker **1** has, as illustrated, a zipper **5** which extends from the opening **7** down the side of the sneaker **1**, around the front, and a short distance along the other side, as previously described, so that the top flap **2**, which in this case includes the shoelaces **11** and shoe tongue **12**, can be moved away when the zipper **5** has been unzipped. Ample access is thus provided so that the heel of foot can be moved from the front of the shoe towards the rear thereof, or, alternatively, the shoe can be pushed under the foot so the foot slides into the shoe. In yet another possibility, such as for those with some or limited muscular control over their toes and feet, the opening of the top flap **2** provides sufficient access so that the foot can simply be generally dropped in position on the sole **4**, adjusted to ensure proper location, and the zipper **5** closed so as to capture the foot within the sneaker **1**.

In FIG. **4**, it is also shown that the zipper can be smaller in size when needed. As already mentioned, the starting point for the zipper **5** at the opening **7** can be at any convenient location at the opening **7** and need not be at the precise points or locations as illustrated in any of the drawings.

FIG. **5** of the drawings shows a high heel type shoe with a "princess" style zipper **5**. This shoe **1** includes a high heel **4***a*, and a generally larger opening **7**, as is conventional for a woman's high heel shoe. In the embodiment illustrated in FIG. **5**, the zipper **5** has its starting point about midway along the opening **7**, and extends downwardly along the side of the shoe, and around the front thereof, as described. In the shoe **1** illustrated in this figure, material may be provided which actually covers the zipper making it more difficult to perceive with a casual glance. The material covering the zipper may actually be configured as part of the style and fashion of the shoe so as to make it even less obvious that the shoe has any special structure which facilitates easier and better access. Further, the zipper tab **6** can be of a decorative nature in an effort to further detract from its more utilitarian function.

FIG. **6** of the drawings shows a biker style short boot shoe type **1**. The boot **1** has a sole **4**, a top flap **2**, laces **11** and a tongue **12**. While the laces **11** may be decorative and nonfunctional, they may also be functional in another embodiment, so that they can be loosened or tightened by the wearer to accommodate a foot and ankle of different sizes. In the latter case, the user would tend to set the laces only occasionally, and set the size of the space.

In the embodiment illustrated in FIG. **6** of the drawings, a zipper **5** extends around the base of the top flap **2**, along the inside of the shoe, around the front thereof, and continuing a short distance around the other side of the shoe. Further, there is provided a Velcro fastening, comprising a female strip **14** and a male strip **14***a*, the Velcro fastening extending from the opening **7** down the side of the boot **1** to the point where the zipper **5** starts. In this embodiment, opening the shoe to provide access as described above requires grasping the zipper tab **6** so as to open the zipper **5** around the shoe, and then separating the Velcro fastening by pulling apart the female strip **14** and male strip **14***a*. Once these two operations have been executed, the top flap **2** can be easily moved over so as to provide the access opening to the shoe for easy and convenient insertion of the foot in a manner which ensures that the foot and ankle are in as natural a position as possible.

FIGS. **7**A, **7**B, **7**C and **7**D of the drawings show a cross-section through a conventional shoe, and illustrates some of the difficulties that may result when a person who may be disabled or paralyzed tries to push the foot into the shoe through the opening. FIG. **7**A shows a foot having a heel **20**, arch **22**, top **18**, ankle bone **21**, big toe **15** and toenail **17**. The big toe **15** has a top side of the first joint **16** and a bottom of the first joint **19**. The initial placement of the foot in the shoe through the opening continues normally until the opening of the shoe constrains the top of the foot **18** and the heel **20**, which is located over the back of the shoe. By further forcing the foot into the shoe, as illustrated in FIG. **7**B, the big toe **15** and other toes do not move easily, and the top of the foot **18** curves around. As seen in FIG. **7**C, further forcing of the foot into the shoe causes the big toe to become bent or curled into an unnatural position, and FIG. **7**D shows the foot inserted in the shoe with the toe hooked in an unnatural and uncomfortable position. Disabled or paralyzed persons would not have the ability to feel that the foot has been incorrectly placed in the shoe, but there may nevertheless be associated discomfort, swelling, as well as a reduction in circulation which may cause pain and even bruising.

FIG. **7** therefore illustrates the situation where a foot having no muscular control is being pushed into a normal shoe, and the subsequent effect on the toes, the arch, and the top of the foot. The foot becomes cramped and distorted within the shoe, and the toenail may be loosened or injured from rubbing the insole. The end of the toe can become calloused, and the big toe joints may rub up against the shoe due to the absence of space. The joint in the big toe as well as all of the other toes are bent, impeding proper blood flow which may cause the swelling as mentioned above, leading to deterioration of the toe and foot tissue.

FIGS. **8**A, **8**B, **8**C and **8**D of the drawings illustrates the situation where a foot having no muscular control may be more easily and comfortably inserted in a shoe constructed in accordance with the present invention. In FIG. **8**A, with the top flap **2** in the open or unzipped position, the heel **20** of the foot is placed on the interior bottom of the shoe **8** at the front end thereof, and to which there is easy access. The shoe can then be moved forward in the direction of the arrow on the shoe, and/or the foot moved rearwardly in the direction of the arrow illustrated on the foot. FIG. **8**B shows an intermediate position with the heel **20** of the foot moving rearwardly towards the back of the shoe, while FIG. **8**C shows the foot in the near completed position and the toes in their natural state moving easily onto the interior bottom

of the shoe. Finally, in FIG. **8**D, the shoe is comfortably positioned around the foot, with the ankle, arch and toes in a natural comfortable position, and the top flap **2** is closed by closing the zipper **5** to capture and hold the foot snugly within the shoe. With the shoe of the invention, being put on the foot in the manner sequentially illustrated in FIGS. **8**A, B, C and D of the drawings, there is little possibility of distortion, cramping or scrunching of the foot and toes. The health of the foot would therefore be preserved, and proper blood circulation can be achieved, while any swelling of the foot can be readily avoided or reduced.

FIG. **8** therefore clearly illustrates the effectiveness and operation of the reverse entry shoe, allowing the toes to maintain the straight joints that are important for robust circulation and tissue health. The space **23** is maintained, unlike the situation as illustrated with respect to a conventional type shoe. When the toes are rolled under the foot, such as shown in FIG. **7**D, the entire skeletal structure of the foot changes, the arch rises, and the top of the foot abuts against the top and tongue of the shoe causing an unnatural hump to the shape of the foot. This result can be readily and conveniently avoided entirely when a shoe constructed in accordance with the present invention is used.

Throughout this description, the embodiments and examples shown should be considered as exemplars, rather than limitations on the apparatus and procedures disclosed or claimed. Although many of the examples presented herein involve specific combinations of method acts or system elements, it should be understood that those acts and those elements may be combined in other ways to accomplish the same objectives. Acts, elements and features discussed only in connection with one embodiment are not intended to be excluded from a similar role in other embodiments.

As used herein, "plurality" means two or more. As used herein, a "set" of items may include one or more of such items. As used herein, whether in the written description or the claims, the terms "comprising", "including", "carrying", "having", "containing", "involving", and the like are to be understood to be open-ended, i.e., to mean including but not limited to. Only the transitional phrases "consisting of" and "consisting essentially of", respectively, are closed or semi-closed transitional phrases with respect to claims. Use of ordinal terms such as "first", "second", "third", etc., in the claims to modify a claim element does not by itself connote any priority, precedence, or order of one claim element over another or the temporal order in which acts of a method are performed, but are used merely as labels to distinguish one claim element having a certain name from another element having a same name (but for use of the ordinal term) to distinguish the claim elements. As used herein, "and/or" means that the listed items are alternatives, but the alternatives also include any combination of the listed items.

The invention claimed is:

**1**. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a lateral side and a medial side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a distal end and a proximal end and a medial side and a lateral side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member; and

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point at a midpoint between the distal end and the proximal end of the ankle opening on the medial side of the ankle opening, traversing the medial side of the top member at a descending angle directly towards the connection area where the medial side of the top member becomes the distal front end portion

continuing across the distal front end portion of the shoe at the connection area, to where the distal front end portion becomes the lateral side of the top member and then traversing the lateral side of the connection area, the zipper fastener travelling in a direction towards the proximal heel end portion of the shoe to a zipper termination point located midway between the distal front end portion of the shoe and the distal end of the ankle opening on the lateral side of the top member

such that the fold back portion of the top member is movable between a first position where the space is closed when the zipper fastener is closed to the ankle opening starting point and a second position where the space is open when the zipper fastener is unzipped to the zipper termination point thereby allowing the fold back portion of the top member to be folded back while the fixed portion of the top member is positioned to provide foot access to the space when the zipper fastener is open,

the zipper fastener permitting a single and continuous motion to move completely from the ankle opening starting point to the zipper termination point to effect opening of the space and providing foot access to the space, and from the zipper termination point to the ankle opening starting point to effect closing of the space, respectively.

**2**. A shoe as claimed in claim **1** wherein the shoe comprises a sneaker shoe including laces and a tongue on the top member.

**3**. A shoe as claimed in claim **2** wherein the laces are adjusted to vary the size of the space according to the size of the foot accommodated therein.

**4**. A shoe as claimed in claim **1** wherein the top member is positioned to provide foot access over the distal front end portion to the space when the zipper fastener is open.

**5**. A shoe as claimed in claim **1** wherein the fixed portion comprises a part of the top member from the connection area at the upper surface of the sole extending from where the distal front end of the top member meets the medial side of the top member and up to the zipper fastener, traversing the medial side of the top member towards the proximal heel end portion, and once beyond the zipper fastener at the medial side of the ankle opening the fixed portion increases in height to a dorsal portion of the medial side of the ankle opening, across the proximal heel end portion from the connection area to a dorsal plane of the ankle opening and continuing on the lateral side where the fixed portion of the lateral side mirrors that on the medial side of the top member in relation to the ankle opening before reducing in height forward of the lateral side of the ankle opening, the fixed portion then following a descending fold line comprising the distance between the connection area and the fold line beginning at a highest point where the lateral side of the ankle opening and distal end of the ankle opening meet and traversing directly toward to the zipper termination point,

the fixed portion offering lateral, medial, and proximal support to the foot once engaged in the shoe.

6. A shoe as claimed in claim 1 wherein the fold back portion comprises the top member across the entire distal portion of the ankle opening then following the zipper fastener on the medial side from the ankle opening to where the medial side becomes the distal front end portion, further comprising the width of the distal front end portion to where the distal front end portion meets the lateral side and further to the zipper termination point and then following an ascending fold back line on the lateral side from the zipper termination point to the distal lateral corner of the ankle opening at a dorsal position, the fold back portion having four edges defined as the distal ankle opening edge moving towards the distal front end portion, the medial side edge above the zipper fastener, the distal front end edge moving towards the ankle opening, and the lateral side edge above the fold back line.

7. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a lateral side and a medial side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a distal end and a proximal end and a medial side and a lateral side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and of the lower connective edge of the top member; and

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point at a midpoint between the distal end and the proximal end of the ankle opening on the medial side of the ankle opening, traversing the medial side of the top member at a descending angle directly towards the connection area where the medial side of the top member becomes the distal front end portion of the shoe, defining a first wall in the top member between the connection area and the zipper fastener, the first wall being at its highest point, and farthest from the sole of the shoe at the zipper fastener starting point at the ankle opening on its medial side of the top member and descending at a direct angle towards its lowest point closest to the connection area where the medial side of the top member becomes the distal front end portion, the zipper fastener thereafter continuing across the distal front end portion of the shoe at the connection area, to where the distal front end portion becomes the lateral side of the top member and then traversing the lateral side of the top member at the connection area, the zipper fastener travelling in a direction towards the proximal heel end portion of the shoe to a zipper termination point located midway between the distal front end portion of the shoe and the distal end of the ankle opening on the lateral side of the top member

thus defining a second wall from directly behind the zipper termination point and traversing at an ascending angle directly towards a distal lateral corner of the ankle opening at its dorsal position, such that the top member between the first and second walls is movable between a first position where the space is closed when the zipper fastener is closed at the ankle opening starting point and a second position where the top member between the first and second walls is folded back to provide foot access to the space when the zipper fastener is open to the zipper termination point, the first wall on the medial side of the top member and the second wall on the lateral side of the top member forming guide barriers on each side of the space behind the distal front end portion, the zipper fastener permitting a single and continuous motion to move completely between the first position and the second position to effect closing and opening for foot access to the space respectively.

8. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a front end portion, a rear heel end portion, an inner side and an outer side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a front end and a rear end and an inner side and an outer side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member; and

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point at a midpoint between the front end and the rear end of the ankle opening on the inner side of the ankle opening, traversing the inner side of the top member at a descending angle directly towards the connection area where the inner side becomes the front end portion

continuing across the front end portion of the shoe at the connection area, to where the front end portion becomes the outer side of the top member and then traversing the outer side of the connection area, the zipper fastener travelling in a direction towards the rear heel end portion of the shoe to a zipper termination point located midway between the front end portion of the shoe and the front end of the ankle opening on the outer side of the top member

such that the fold back portion of the top member is movable between a first position where the space is closed when the zipper fastener is closed to the ankle opening starting point and a second position where the space is open when the zipper fastener is unzipped to the zipper termination point, thereby allowing the fold back portion of the top member to be folded back while the fixed portion of the top member is positioned to provide foot access to the space when the zipper fastener is open,

the zipper fastener permitting a single and continuous motion to move completely from the ankle opening starting point to the zipper termination point to effect opening of the space and providing foot access to the space, and from the zipper termination point to the ankle opening starting point to effect closing of the space, respectively.

9. A shoe as claimed in claim 8 whereby the front end portion of the shoe serves as the entry location for the foot allowing a heel of a wearer to enter the front end portion of the shoe and slide back toward a heel area of the shoe.

10. A shoe as claimed in claim 8 wherein the top member is positioned to provide foot access over the front end portion to the space when the zipper fastener is open.

11. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a front end portion, a rear heel end portion, an outer side and an inner side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a front end and a rear end and an inner side and an outer side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and of the lower connective edge of the top member; and

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point at a midpoint between the front end and the rear end of the ankle opening on the inner side of the ankle opening, traversing the inner side of the top member at a descending angle directly towards the connection area where the inner side becomes the front end portion of the shoe, defining a first wall in the top member between the connection area and the zipper fastener, the first wall having a highest point, and farthest from the sole of the shoe at the zipper fastener starting point at an inner side of the ankle opening and descending at a direct angle towards a lowest point closest to the connection area where the inner side becomes the front end portion, the zipper fastener thereafter continuing across the front end portion of the shoe at the connection area, to where the front end portion becomes the outer side of the top member and then traversing the outer side at the connection area, the zipper fastener travelling in a direction towards the rear heel end portion of the shoe to a zipper termination point located midway between the front end portion of the shoe and the front end of the ankle opening on the outer side of the top member

thus defining a second wall from directly behind the zipper termination point and traversing at an ascending angle directly towards a front outer side corner of the ankle opening, such that the top member between the first and second walls is movable between a first position where the space is closed when the zipper fastener is closed at the ankle opening and a second position where the top member between the first and second walls is folded back to provide foot access to the space when the zipper fastener is open to the zipper termination point, the first wall on the inner side of the top member and the second wall on the outer side of the top member forming guide barriers on each side of the space behind the front end portion, the zipper fastener permitting a single and continuous motion to move completely between the first position and the second position to effect closing and opening for foot access to the space respectively.

12. A shoe as claimed in claim 8 wherein the fixed portion comprises a part of the top member from the connection area at the upper surface of the sole extending from where the front end of the top member meets the inner side of the top member and up to the zipper fastener, traversing the inner side of the top member towards the rear heel end portion and once beyond the zipper fastener at the ankle opening at the inner side of the ankle opening the fixed portion increases in height to reach the highest portion of the inner side of the ankle opening, across the rear heel end portion from the connection area to the highest plane of the ankle opening before continuing on the outer side where the fixed portion of the outer side mirrors that of the inner side in relation to the ankle opening before reducing in height once beyond the outer side of the ankle opening, the fixed portion comprising the distance between the connection area and a line beginning at a highest point where the outer side of the ankle opening and front end of the ankle opening meet and traversing directly toward to the zipper termination point, the fixed portion offering outer side, inner side, and rear heel end support to the foot once engaged in the shoe.

13. A shoe as claimed in claim 8 wherein the fold back portion comprises the top member across an entire front portion of the ankle opening then following the zipper fastener along the inner side to where the inner side becomes the front end portion, further comprising the width of the front end portion to where the front end portion meets the outer side and further to the zipper termination point and then following an ascending fold back line on the outer side from the zipper termination point to where the front edge of the ankle opening meets the outer side ankle opening at a highest position, the fold back portion having four edges defined as the front ankle opening edge moving towards the front end portion, the inner side edge above the zipper fastener, the front end edge moving towards the ankle opening, and the outer side edge above the fold back line.

14. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a lateral side and a medial side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a distal end and a proximal end and a medial side and a lateral side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member; and

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point at a midpoint between the distal end and the proximal end on the medial side of the ankle opening, traversing the medial side of the top member at a descending angle directly towards the connection area where the medial side becomes the distal front end portion

continuing across the distal front end portion of the shoe at the connection area, to where the distal front end portion becomes the lateral side of the shoe and then traversing the lateral side of the connection area, the zipper fastener travelling in a direction towards the proximal heel end portion of the shoe to a zipper termination point located midway between the distal front end portion of the shoe and the distal end of the ankle opening on the lateral side of the top member;

the zipper fastener having an angle of descent that will vary according to the size of a shoe.

15. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a lateral side and a medial side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a distal end and a proximal end and a medial side and a lateral side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member;

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point at a midpoint between the distal end and the proximal end on the medial side of the ankle opening, traversing the medial side of the top member at a descending angle directly towards the connection area where the medial side becomes the distal front end portion

the proximal heel end portion of the top member transitioning to the medial side of the top member and forwardly to the zipper fastener starting point location, and transitioning to the lateral side of the top member and forwardly to a fold over line that begins at the point the distal end of the ankle opening meets the lateral side of the ankle opening at its dorsal position, both lateral and medial sides maintaining a consistent height from the connection area to the dorsal plane of the ankle opening that encompasses and supports the proximal heel end portion from the midpoint of the ankle opening between the distal end and proximal end of the ankle opening on both the medial side and the lateral side of the top member.

* * * * *

**EXHIBIT B**

US010791796B1

(12) **United States Patent**
**Baker**

(10) **Patent No.: US 10,791,796 B1**
(45) **Date of Patent: *Oct. 6, 2020**

(54) **SHOE**

(71) Applicant: **Scott Bradley Baker**, Sherman Oaks, CA (US)

(72) Inventor: **Scott Bradley Baker**, Sherman Oaks, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 12 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/521,875**

(22) Filed: **Jul. 25, 2019**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 16/192,530, filed on Nov. 15, 2018, which is a continuation of application No. 14/297,905, filed on Jun. 6, 2014, now Pat. No. 10,178,893.

(60) Provisional application No. 61/835,445, filed on Jun. 14, 2013.

(51) **Int. Cl.**

| | |
|---|---|
| ***A43B 23/02*** | (2006.01) |
| ***A43B 3/02*** | (2006.01) |
| ***A43C 11/12*** | (2006.01) |
| ***A43B 3/24*** | (2006.01) |
| *A43B 5/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ ***A43B 23/0245*** (2013.01); ***A43B 3/02*** (2013.01); ***A43B 3/242*** (2013.01); ***A43C 11/12*** (2013.01); *A43B 5/00* (2013.01)

(58) **Field of Classification Search**
CPC ........ A43B 23/0245; A43B 3/02; A43B 3/242
USPC .......................................................... 36/109
See application file for complete search history.

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

IT PI2010U000030 12/2010

*Primary Examiner* — Alissa L Hoey
*Assistant Examiner* — Catherine M Ferreira
(74) *Attorney, Agent, or Firm* — Colin P. Abrahams

(57) **ABSTRACT**

A shoe comprises a sole having an upper surface and a lower surface, and a top member having an outer surface and an inner surface and mounted on the sole. The top member and sole to together define a space for receiving a foot, and the top member further comprises an opening. A fastener is provided in the top member and extends from the opening and continues over the top member such that a portion of the top member is movable between a first position in which the space is substantially closed and a second position in which a portion of the top member is folded back from the sole to provide access to the space.

**13 Claims, 8 Drawing Sheets**



U.S. Patent Oct. 6, 2020 Sheet 1 of 8 US 10,791,796 B1

FIG 1
1
6
3
8
5
7
4
2
24



FIG 2
3
5
4
8
7
9
6
5
2
10

U.S. Patent Oct. 6, 2020 Sheet 3 of 8 US 10,791,796 B1

2
4
3
6
5
7
1

FIG. 3

1
7
6
12
11
3
4
5
2

FIG. 4

1
4A
6
3
7
4
2
5

FIG. 5



FIG. 6

U.S. Patent Oct. 6, 2020 Sheet 7 of 8 US 10,791,796 B1

FIG. 7A
FIG. 7B
FIG. 7C
FIG. 7D
20
21
22
19
15
16
17
18
12
8
23

FIG. 8B
FIG. 8A
7
9
2
20
21
22
8

FIG. 8D
FIG. 8C
7
2
9
18
16
17
15
19
23

# SHOE

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation in part of U.S. patent application Ser. No. 16/192,530 filed Nov. 15, 2018, which is a continuation of U.S. patent application Ser. No. 14/297,905 filed Jun. 6, 2014, which claims the benefit of U.S. Provisional Patent Application No. 61/835,445 filed on Jun. 14, 2013, and the contents of all of the above applications are incorporated by reference herein in their entirety.

## FIELD AND BACKGROUND OF THE INVENTION

This invention relates to a shoe. More particularly, the invention relates to a shoe which is configured and constructed so that it may be placed on the foot of the wearer in a more convenient manner. While the shoe of the invention may be used in many applications, and certainly has a mainstream use for all or most people, its particular construction may be of special benefit to handicapped or disabled people. In this regard, the shoe of the invention offers a simpler and more natural way to place the foot within the shoe, and may be advantageous for people who have a reduced response to touch on the foot, or a loss of muscular control in the foot, are paralyzed at the foot, or have other medical issues with their feet.

A shoe is of course a common item worn by most people and comes in a plethora of different shapes, forms and sizes. Further, different types of shoe have been manufactured for different purposes. The shoes may be generally closed, partly closed, or substantially open. They may be specially developed for sporting activities, casual wear, dress wear, dancing, to name just a few examples. Additionally, a shoe may be constructed as a heavy duty protective item for the foot, typically used in rugged outdoor activities, or in a military or law enforcement environment.

A conventional closed or partially closed shoe comprises a base or sole and a top stitched or otherwise fastened to the sole. The top will typically have a chamber or housing area for the foot, and an opening through which the foot accesses the chamber. In many shoes, the opening may be of adjustable size so that it can be larger when inserting the foot, and reduced in size when the foot is inside the shoe. The opening is adjusted by the user by means of shoelaces, Velcro straps or elasticized portions around the opening, to name some examples.

The opening in the top of a conventional shoe is positioned such that the foot must be inserted into the chamber or housing area for the foot through the opening toe first, followed by the remainder of the foot. In many cases, this will work well and the average person is able to position and wiggle the toes and foot so that it is properly contained within the generally snug fitting chamber or housing. However, the wearer must have the capacity and ability to flex and move the foot and toes to put on the shoe. This may be a particular challenge for a person who may have muscular weakness of the foot or legs or is in fact paralyzed. The effect of a paralysis is that a person will not, of course, have any feeling in the foot or toes, which makes the putting on of a shoe much more of a challenge. Children may also find it difficult to put on a closed or partially closed shoe of conventional structure. While most people take for granted the ability to use the foot as necessary to put on a shoe, there are many who lack this ability due to foot paralysis or some other medical condition, or young age, and conventional shoes with the type of opening as described above will therefore be difficult to put on. It is conceivable that a person with a paralyzed foot may be able to squeeze the foot into the shoe, but if the toes were cramped or bent as a result, the user may not even know this but would nevertheless have to deal with possible consequences including reduced circulation and swelling.

Therefore, individuals with disabilities that inhibit all or most of the movement and muscular control of their lower extremities often suffer circulatory problems caused by wearing shoes. The problem tends to occur when a person puts his foot into a shoe of any type without the muscular ability or strength to hold his toes out straight and then slide his foot into the chamber of the shoe. Without this muscular control, the toes may bend and curl and bind thus causing circulation to the foot or other parts to be limited causing swelling, potential pain, and a deterioration of extremity health. The longer the foot is in this position the worse the condition becomes. This invention allows for the entire front and top of the shoe to open up and out of the way thus allowing the wearer to slide the front of the shoe across the bottom of the foot starting at the wearer's heel and moving towards the toes. By moving the shoe in this direction, it automatically maintains the toes in the correct and flat and natural position, which is essential for proper circulation and continued health of the foot.

## SUMMARY OF THE INVENTION

According to one aspect of the invention, there is provided a shoe comprising: a sole having an upper surface and a lower surface; a top member having an outer surface and an inner surface and mounted on the sole, the top member and sole defining a space for receiving a foot, the top member further having an opening; and a fastener in the top member extending from the opening and continuing over the top member such that a portion of the top member is movable between a first position in which the space is substantially closed and a second position in which a portion of the top member is folded back from the sole to provide access to the space.

In one embodiment, the opening in the top member is located at one end of the shoe and sized so as to permit the leg or ankle of the wearer to extend therethrough. The fastener may comprise a zipper, a Velcro fastener, a combination thereof, or some other structure such as a snap.

Preferably, the fastener commences in the top member at the opening thereof, extends from the opening in a downward taper towards the sole, and continues around the top member near the junction of the top member and sole and continues in the top member along the inner side of the shoe to and around the front end thereof and partially along the outer side of the shoe.

In one embodiment, the shoe has a heel end, a generally opposite front end, an inner side and an outer side, the opening being located near the heel end, the fastener commencing in the top member at the opening thereof, extends from the opening downwardly toward the sole, and continues in the top member along the inner side of the shoe to and around the front end thereof and partially along the outer side of the shoe. The outer side of the shoe is, therefore, on the opposite side of the shoe than that which the fastener traveled down.

The shoe may comprise a boot and the top portion includes a foot component and an upwardly extending tubular component with the opening at a free end thereof, the

fastening means extending from the opening down the tubular component and over the foot component of the top portion. In another form, the shoe may comprise a sneaker style shoe including laces and a tongue on the top portion, or a high heel style shoe with an enlarged opening.

In the latter case, the fastening means may be a zipper, the zipper may be concealed or hidden by a decorative strip, and the zipper includes a zipper tab which may have a decorative configuration.

In yet another form, the shoe comprises a biker style short boot, the top portion comprises a foot component and an upwardly extending tubular component with the opening at the free end thereof, and the fastener comprises a Velcro fastener extending from the opening to a lower point near the sole and a zipper extending from the lower point near the sole around the top portion. The zipper continues in the top member along the inner side of the shoe to and around the front end thereof and partially along the outer side of the shoe.

The shoes may have laces which are of a decorative nature, or the laces may be adjustable to vary the size of the space according to the nature of the foot that will be accommodated therein.

According to a further aspect of the invention, there is provided a method of making a shoe comprising the following steps: forming a sole or base having an upper surface and a lower surface; mounting a top portion having an opening over the upper surface of the sole such that the sole and top portion define a space for accommodating a foot; and inserting a fastener in the top portion extending from the opening and continuing around the top portion and around the front end thereof and partially along the outer/opposite side of the shoe, so that at least a part of the top portion can be selectively moved between a first closed position in which the fastener is closed and a second open position to provide access to the space from the front of the shoe.

In yet a further aspect of the invention, there is provided a method of putting on a shoe having a sole, a top portion mounted on the sole so as to define a space, and a fastener in the top portion so that a part thereof can be folded between an open and closed position, the method comprising: moving the part of the top portion into the open position to provide access to the space from the front of the shoe; placing the foot on the sole and positioning the foot thereon; and moving the part of the top portion into the closed position to capture the foot in the space defined between the sole and the top portion. Preferably, the heel is placed on the sole at or near the front end of the shoe, and the shoe and/or foot are moved relative to each other so that the foot slides over the sole until it reaches the back of the shoe.

This invention therefore relates to a shoe with a unique structure and configuration which enables it to be placed on the foot and removed therefrom in a more convenient and natural movement.

The invention provides for a shoe having a base or sole, a top mounted on the sole so that sole and top together define a space for receiving a foot, an opening on the top, and fastening means whereby at least a part of the top may be selectively separated from the sole to allow the foot to be inserted into or removed from the shoe, and fastened to the sole when the foot is in the space defined by the shoe so as to keep the foot securely within the space.

For the most part, when a person puts on shoes, he or she without even giving it much conscious thought is holding their toes out straight and sliding the foot into the shoe. Without muscular control, the toes are likely to bend under, fold and bind. When the toes are in a folded position, the entire skeletal structure of the foot must make adjustments. An inherent problem in this regard is the restricted circulation of blood that may occur, and with this restriction comes the swelling of tissue. These conditions may have a domino or compounding effect, in that the more the foot swells, the more restriction is likely, in turn producing yet more swelling. This of course leads to the diminished health of the foot, and the various tissues and components which form it.

When placing the heel of the foot at the front of an open shoe constructed in accordance with the present invention and sliding the shoe forward and/or the foot backward, this action directs the toes to lay out in a flat and normal position, thus maintaining unimpaired circulation and not resulting in any swelling, both of which can occur in conventional shoes with conventional entry procedures. In accordance with one embodiment of the invention, the top of the shoe is connected to the base or sole by means of a zipper extending from the opening toward the base and partly around the shoe. In one embodiment, the zipper when closed is designed to be on the inside of the foot and at the opening that encircles the ankle (using the low rise style of shoe as an example in this case), and the zipper tab is pulled towards the front of the shoe, around the front of the shoe, and toward and alongside the outside of the foot. This is of course just one embodiment, and the zipper and zipper tab can be conveniently located on any part of the shoe so as to give effect to the purpose of the present invention, namely, to move at least a part of the top of the shoe away from the base or sole to provide easy access to the space when inserting the foot into the shoe. As long as the front of the shoe is opened up for heel entry, as will be described further below, the precise positioning of the zipper or other mechanism to effect opening and closing may vary according to the design of the shoe, and the preference of wearers who may have different needs and requirements. Regardless of the shoe style, the opening mechanism may be pulled down and towards the front and then across the entire front of the shoe thus allowing the entire front and top of the shoe to open away much like a flap.

This configuration or platform can be utilized for any and all shoe styles, from sneakers to boots to heels to dress shoes. While most of the accompanying drawings show for the most part a zipper configuration, it is not the only configuration that is available or may be used. For example, and as will be described, FIG. **6** demonstrates a zipper to open the front and side of a boot, and Velcro fastening up the side of the boot to open that portion. Snaps, velcro, hooks, zippers, as well as other fastening materials as well as a combination of any can be utilized based on design requirements.

When a person has a disability, either from birth or by accident at some point in life, their needs tend to be viewed through a medical filter only. For example, a person who may have suddenly lost muscular control of his lower extremities would continue to desire normal and conventional comforts, as well as clothing and shoes which may be fashionable and stylish. These needs would not diminish, but often the emphasis is on treatment and rehabilitation while normal creature comforts and preferences may sometimes be overlooked. Those in wheelchairs with limited or no muscular control of their lower extremities still have a need for well-designed and comfortable shoes, and the present invention can be used in a wide range of shoe types and designs, providing practical comfort and access without sacrificing fashion and style, and without the shoe being clearly identifiable as some type of medical device. Therefore, a shoe constructed in accordance with the present invention allows

the world of fashion and style to once again be opened up to persons who are disabled or those who are born with such disabilities.

The present invention therefore provides for a shoe which is both a medical device as well as an item of fashion, all in the same product. With this marriage of form following function pre-emptive accommodations in sizing for swelling and incorrect extremity positioning may no longer be required.

In another arena completely, it appears that parents of small children can struggle significantly with putting shoes on little feet, specifically getting little toes to be pointed straight so the shoe can be put on correctly, and the foot and toes will be in a natural and unstressed position when inside the shoe. The utility of this shoe can also be used to accommodate this struggle by removing the need for co-operation with a 2 year old.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings:

FIG. **1** is a top perspective view of a shoe in the closed position in one embodiment of the invention;

FIG. **2** is a top perspective view of the shoe illustrated in FIG. **1** of the drawings, in the open position;

FIG. **3** is a side perspective view of a tall boot style shoe, in the closed position, in accordance with a further aspect of the invention;

FIG. **4** is a side perspective view of a sneaker style shoe, in the closed position, illustrating a tongue and laces to maintain a visually "normal" shoe, in accordance with a further aspect of the invention;

FIG. **5** is a side perspective view of a high heel style shoe, in the closed position, in accordance with a further aspect of the invention;

FIG. **6** is a side perspective view of a short boot style shoe, in the closed position, utilizing multiple fastener types for opening and closing the shoe in accordance with a further aspect of the invention;

FIGS. **7**A, **7**B, **7**C and **7**D are section views through a shoe of conventional style illustrating in series the insertion of a foot which may have limited or no muscular control into the shoe; and

FIGS. **8**A, **8**B, **8**C and **8**D are section views through a shoe constructed in accordance with the present invention illustrating in series the insertion of a foot which may have limited or no muscular control into the shoe.

## DETAILED DESCRIPTION OF THE INVENTION

Reference is now made to the accompanying drawings which illustrate a shoe in accordance with the present invention in various designs and styles. Note that the drawings herein show the potential range and application of a shoe of the present invention, and the invention is not to be considered in any way limited or restricted to the specific embodiments illustrated herein.

Reference is now made to FIG. **1** of the drawings which shows a shoe **1** in accordance with one aspect of the invention. The shoe **1** in this drawing is one of generally conventional style and size, but is adapted and configured to open and close in a unique way to facilitate easier insertion and removal of the foot from the shoe **1**. The shoe **1** comprises a top flap **2** which is mounted on a sole **4** which forms the base of the shoe **1** upon which the foot will rest when inserted in the shoe **1**. The top flap **2** comprises a side and bottom **3** which is fastened to the sole **4**. The shoe **1** further comprises an ankle opening **7** and an interior **8** or space for accommodating the foot.

A zipper **5** is formed within the top flap **2**, and extends from the rim which forms part of the ankle opening **7**. As seen in FIGS. **1** and **2** of the drawings, the zipper **5** extends from a starting point at the rim of the ankle opening **7**, continues gradually downwardly along the inside edge of the top flap **2**, and curves around the front **24** of the shoe **1**. As best seen in FIG. **2** of the drawings, the zipper **5** thereafter extends a short way around the outer side of the shoe **1**.

The opening and closing of the zipper **5** has the effect of opening the shoe **1** and providing access to the interior **8** of the shoe **1** in a manner which substantially facilitates putting on the shoe particularly, but also helps to remove the foot from the shoe more easily. In effect, and as is clearly illustrated in FIG. **2** of the drawings, the top flap **2** can be bent away from the sole **4** providing almost unfettered access to the upper part of the sole **4**. FIG. **1** shows the shoe **1** in the closed position in which the zipper **5** is closed, while FIG. **2** of the drawings shows the shoe **1** in the open or accessible position in which the zipper **5** has been completely unzipped to provide the simple and advantageous access as described, and enabling the foot to be placed within the shoe without having to the pushed through the ankle opening **7**. As will be described with reference to other figures herebelow, forcing the foot into the shoe through the ankle opening **7** may twist or scrunch the toes, especially for a person with disabilities or young children having less control over foot muscles, inhibiting circulation and causing possible swelling and discomfort.

FIG. **2** of the drawings shows that the top flap **2** can be opened or moved away from the upper part of the sole **4** by any desired amount, revealing and exposing the underside **9** of the top flap **2**. In this position, the shoe **1** is also in a much better position to facilitate airing and cleaning, as may be desired by the user.

The embodiment illustrated in FIGS. **1** and **2** show a shoe **1** which does not have laces or a tongue. In this embodiment, the opening **7** is provided for the ankle and the upper part of the sole **4** receives the foot. The zipper is exposed, and easily operated by a zipper tab **6** to open and close the shoe **1**. While the zipper **5** is exposed in this embodiment, it tends to run for the most part along the inside of the shoe, so that it is not as visible or obvious as it would be if it ran around the outside of the shoe. However, it is certainly within the scope of the present invention that the zipper **5** may be positioned in any convenient location on the shoe so as to give effect to the objective of the invention, namely, to provide a shoe where the top flap **2** can be moved relative to the sole **4** to provide the additional access, as described.

In the illustration shown in FIG. **2** of the drawings, a user would typically insert the foot in the shoe by first placing the heel of the foot near the open front end, and either sliding the foot backward over the upper surface of the sole **4**, or sliding the shoe itself under the foot so that the heel of the foot moves over the upper surface of the sole **4** until it reaches the back of the shoe. With the foot properly and easily located in this way, the zipper **5** can be closed to fasten the top flap **2** to the sole **4** as illustrated in FIG. **1**, with the foot comfortably and naturally positioned within the shoe without distorting the foot.

Reference is now made to FIG. **3** of the drawings which shows the invention configured on a tall style boot, whereby the shoe can be adjusted between a closed position with the look of a normal conventional boot and an open position in which the top flap can be moved away to provide a much

more substantial opening for improved access to the shoe. In FIG. **3**, the boot **1** has a sole **4** upon which is mounted a top flap **2** which includes the side and bottom portion **3**. The zipper **5** extends from the opening **7** all the way down the length of the boot, along the inside thereof and around the front of the boot **1**, and thereafter a short distance around the other side of the boot **1**, in a similar manner to that illustrated in FIG. **2** of the drawings.

The boot in FIG. **3** of the drawings is shown only in the closed position (as are the other embodiments and examples described below in FIGS. **4** to **6** of the drawings). However, the principle and mechanism for zipping and unzipping the zipper **5** to close and open the shoe respectively is the same as that illustrated above, to thereby provide ready access so that the foot can be inserted in the boot **1** in its natural an extended position, and held in the boot in that way once the zipper **5** has been closed.

FIG. **4** of the drawings shows a sneaker style of shoe **1** which retains its laces **11** and tongue **12**. However, in this embodiment, the laces **11** and tongue **12** are more for cosmetic and design purposes and would not have any function in terms of putting on and removing the shoe **1**. In this embodiment, the entire combination of laces **11** and shoe tongue **12** are permanently sewn into place, which allows the sneaker to maintain its aesthetic looks, and present the normal look of a sneaker. However, the sneaker **1** has, as illustrated, a zipper **5** which extends from the opening **7** down the side of the sneaker **1**, around the front, and a short distance along the other side, as previously described, so that the top flap **2**, which in this case includes the shoelaces **11** and shoe tongue **12**, can be moved away when the zipper **5** has been unzipped. Ample access is thus provided so that the heel of foot can be moved from the front of the shoe towards the rear thereof, or, alternatively, the shoe can be pushed under the foot so the foot slides into the shoe. In yet another possibility, such as for those with some or limited muscular control over their toes and feet, the opening of the top flap **2** provides sufficient access so that the foot can simply be generally dropped in position on the sole **4**, adjusted to ensure proper location, and the zipper **5** closed so as to capture the foot within the sneaker **1**.

In FIG. **4**, it is also shown that the zipper can be smaller in size when needed. As already mentioned, the starting point for the zipper **5** at the opening **7** can be at any convenient location at the opening **7** and need not be at the precise points or locations as illustrated in any of the drawings.

FIG. **5** of the drawings shows a high heel type shoe with a "princess" style zipper **5**. This shoe **1** includes a high heel **4***a*, and a generally larger opening **7**, as is conventional for a woman's high heel shoe. In the embodiment illustrated in FIG. **5**, the zipper **5** has its starting point about midway along the opening **7**, and extends downwardly along the side of the shoe, and around the front thereof, as described. In the shoe **1** illustrated in this figure, material may be provided which actually covers the zipper making it more difficult to perceive with a casual glance. The material covering the zipper may actually be configured as part of the style and fashion of the shoe so as to make it even less obvious that the shoe has any special structure which facilitates easier and better access. Further, the zipper tab **6** can be of a decorative nature in an effort to further detract from its more utilitarian function.

FIG. **6** of the drawings shows a biker style short boot shoe type 1. The boot **1** has a sole **4**, a top flap **2**, laces **11** and a tongue **12**. While the laces **11** may be decorative and nonfunctional, they may also be functional in another embodiment, so that they can be loosened or tightened by the wearer to accommodate a foot and ankle of different sizes. In the latter case, the user would tend to set the laces only occasionally, and set the size of the space.

In the embodiment illustrated in FIG. **6** of the drawings, a zipper **5** extends around the base of the top flap **2**, along the inside of the shoe, around the front thereof, and continuing a short distance around the other side of the shoe. Further, there is provided a Velcro fastening, comprising a female strip **14** and a male strip **14***a*, the Velcro fastening extending from the opening **7** down the side of the boot **1** to the point where the zipper **5** starts. In this embodiment, opening the shoe to provide access as described above requires grasping the zipper tab **6** so as to open the zipper **5** around the shoe, and then separating the Velcro fastening by pulling apart the female strip **14** and male strip **14***a*. Once these two operations have been executed, the top flap **2** can be easily moved over so as to provide the access opening to the shoe for easy and convenient insertion of the foot in a manner which ensures that the foot and ankle are in as natural a position as possible.

FIGS. **7**A, **7**B, **7**C and **7**D of the drawings show a cross-section through a conventional shoe, and illustrates some of the difficulties that may result when a person who may be disabled or paralyzed tries to push the foot into the shoe through the opening. FIG. **7**A shows a foot having a heel **20**, arch **22**, top **18**, ankle bone **21**, big toe **15** and toenail **17**. The big toe **15** has a top side of the first joint **16** and a bottom of the first joint **19**. The initial placement of the foot in the shoe through the opening continues normally until the opening of the shoe constrains the top of the foot **18** and the heel **20**, which is located over the back of the shoe. By further forcing the foot into the shoe, as illustrated in FIG. **7**B, the big toe **15** and other toes do not move easily, and the top of the foot **18** curves around. As seen in FIG. **7**C, further forcing of the foot into the shoe causes the big toe to become bent or curled into an unnatural position, and FIG. **7**D shows the foot inserted in the shoe with the toe hooked in an unnatural and uncomfortable position. Disabled or paralyzed persons would not have the ability to feel that the foot has been incorrectly placed in the shoe, but there may nevertheless be associated discomfort, swelling, as well as a reduction in circulation which may cause pain and even bruising.

FIG. **7** therefore illustrates the situation where a foot having no muscular control is being pushed into a normal shoe, and the subsequent effect on the toes, the arch, and the top of the foot. The foot becomes cramped and distorted within the shoe, and the toenail may be loosened or injured from rubbing the insole. The end of the toe can become calloused, and the big toe joints may rub up against the shoe due to the absence of space. The joint in the big toe as well as all of the other toes are bent, impeding proper blood flow which may cause the swelling as mentioned above, leading to deterioration of the toe and foot tissue.

FIGS. **8**A, **8**B, **8**C and **8**D of the drawings illustrates the situation where a foot having no muscular control may be more easily and comfortably inserted in a shoe constructed in accordance with the present invention. In FIG. **8**A, with the top flap **2** in the open or unzipped position, the heel **20** of the foot is placed on the interior bottom of the shoe **8** at the front end thereof, and to which there is easy access. The shoe can then be moved forward in the direction of the arrow on the shoe, and/or the foot moved rearwardly in the direction of the arrow illustrated on the foot. FIG. **8**B shows an intermediate position with the heel **20** of the foot moving rearwardly towards the back of the shoe, while FIG. **8**C

shows the foot in the near completed position and the toes in their natural state moving easily onto the interior bottom of the shoe. Finally, in FIG. **8**D, the shoe is comfortably positioned around the foot, with the ankle, arch and toes in a natural comfortable position, and the top flap **2** is closed by closing the zipper **5** to capture and hold the foot snugly within the shoe. With the shoe of the invention, being put on the foot in the manner sequentially illustrated in FIGS. **8**A, B, C and D of the drawings, there is little possibility of distortion, cramping or scrunching of the foot and toes. The health of the foot would therefore be preserved, and proper blood circulation can be achieved, while any swelling of the foot can be readily avoided or reduced.

FIG. **8** therefore clearly illustrates the effectiveness and operation of the reverse entry shoe, allowing the toes to maintain the straight joints that are important for robust circulation and tissue health. The space **23** is maintained, unlike the situation as illustrated with respect to a conventional type shoe. When the toes are rolled under the foot, such as shown in FIG. **7**D, the entire skeletal structure of the foot changes, the arch rises, and the top of the foot abuts against the top and tongue of the shoe causing an unnatural hump to the shape of the foot. This result can be readily and conveniently avoided entirely when a shoe constructed in accordance with the present invention is used.

Throughout this description, the embodiments and examples shown should be considered as exemplars, rather than limitations on the apparatus and procedures disclosed or claimed. Although many of the examples presented herein involve specific combinations of method acts or system elements, it should be understood that those acts and those elements may be combined in other ways to accomplish the same objectives. Acts, elements and features discussed only in connection with one embodiment are not intended to be excluded from a similar role in other embodiments.

As used herein, "plurality" means two or more. As used herein, a "set" of items may include one or more of such items. As used herein, whether in the written description or the claims, the terms "comprising", "including", "carrying", "having", "containing", "involving", and the like are to be understood to be open-ended, i.e., to mean including but not limited to. Only the transitional phrases "consisting of" and "consisting essentially of", respectively, are closed or semi-closed transitional phrases with respect to claims. Use of ordinal terms such as "first", "second", "third", etc., in the claims to modify a claim element does not by itself connote any priority, precedence, or order of one claim element over another or the temporal order in which acts of a method are performed, but are used merely as labels to distinguish one claim element having a certain name from another element having a same name (but for use of the ordinal term) to distinguish the claim elements. As used herein, "and/or" means that the listed items are alternatives, but the alternatives also include any combination of the listed items.

The invention claimed is:

**1**. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a medial side and a lateral side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a distal end and a proximal end and a lateral side and a medial side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member; and

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point at a midpoint between the distal end and the proximal end of the ankle opening on the lateral side of the ankle opening, traversing the lateral side of the top member at a descending angle directly towards the connection area where the lateral side of the top member becomes the distal front end portion

continuing across the distal front end portion of the shoe at the connection area, to where the distal front end portion becomes the medial side of the top member and then traversing the medial side of the connection area, the zipper fastener travelling in a direction towards the proximal heel end portion of the shoe to a zipper termination point located midway between the distal front end portion of the shoe and the distal end of the ankle opening on the medial side of the top member

such that the fold back portion of the top member is movable between a first position where the space is closed when the zipper fastener is closed to the ankle opening starting point and a second position where the space is open when the zipper fastener is unzipped to the zipper termination point thereby allowing the fold back portion of the top member to be folded back while the fixed portion of the top member is positioned to provide foot access to the space when the zipper fastener is open,

the zipper fastener permitting a single and continuous motion to move completely from the ankle opening starting point to the zipper termination point to effect opening of the space and providing foot access to the space, and from the zipper termination point to the ankle opening starting point to effect closing of the space, respectively.

**2**. A shoe as claimed in claim **1** wherein the shoe comprises a sneaker shoe including laces and a tongue on the top member.

**3**. A shoe as claimed in claim **2** wherein the laces are adjusted to vary the size of the space according to the size of the foot accommodated therein.

**4**. A shoe as claimed in claim **1** wherein the top member is positioned to provide foot access over the distal front end portion to the space when the zipper fastener is open.

**5**. A shoe as claimed in claim **1** wherein the fixed portion comprises a part of the top member from the connection area at the upper surface of the sole extending from where the distal front end of the top member meets the lateral side of the top member and up to the zipper fastener, traversing the lateral side of the top member towards the proximal heel end portion, and once beyond the zipper fastener at the lateral side of the ankle opening the fixed portion increases in height to a dorsal portion of the lateral side of the ankle opening, across the proximal heel mend portion from the connection area to a dorsal plane of the ankle opening and continuing on the medial side where the fixed portion of the medial side mirrors that on the lateral side of the top member in relation to the ankle opening before reducing in height forward of the medial side of the ankle opening, the fixed portion then following a descending fold line comprising the distance between the connection area and the fold line beginning at a highest point where the medial side of the

ankle opening and distal end of the ankle opening meet and traversing directly toward to the zipper termination point, the fixed portion offering lateral, medial, and proximal support to the foot once engaged in the shoe.

6. A shoe as claimed in claim 1 wherein the fold back portion comprises the top member across the entire distal portion of the ankle opening then following the zipper fastener on the lateral side from the ankle opening to where the lateral side becomes the distal front end portion, further comprising the width of the distal front end portion to where the distal front end portion meets the medial side and further to the zipper termination point and then following an ascending fold back line on the medial side from the zipper termination point to the distal medial corner of the ankle opening at a dorsal position, the fold back portion having four edges defined as the distal ankle opening edge moving towards the distal front end portion, the lateral side edge above the zipper fastener, the distal front end edge moving towards the ankle opening, and the medial side edge above the fold back line.

7. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a medial side and a lateral side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a distal end and a proximal end and a lateral side and a medial side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and of the lower connective edge of the top member; and

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point at a midpoint between the distal end and the proximal end of the ankle opening on the lateral side of the ankle opening, traversing the lateral side of the top member at a descending angle directly towards the connection area where the lateral side of the top member becomes the distal front end portion of the shoe, defining a first wall in the top member between the connection area and the zipper fastener, the first wall being at its highest point, and farthest from the sole of the shoe at the zipper fastener starting point at the ankle opening on its lateral side of the top member and descending at a direct angle towards its lowest point closest to the connection area where the lateral side of the top member becomes the distal front end portion, the zipper fastener thereafter continuing across the distal front end portion of the shoe at the connection area, to where the distal front end portion becomes the medial side of the top member and then traversing the medial side of the top member at the connection area, the zipper fastener travelling in a direction towards the proximal heel end portion of the shoe to a zipper termination point located midway between the distal front end portion of the shoe and the distal end of the ankle opening on the medial side of the top member

thus defining a second wall from directly behind the zipper termination point and traversing at an ascending angle directly towards a distal medial corner of the ankle opening at its dorsal position, such that the top member between the first and second walls is movable between a first position where the space is closed when the zipper fastener is closed at the ankle opening starting point and a second position where the top member between the first and second walls is folded back to provide foot access to the space when the zipper fastener is open to the zipper termination point, the first wall on the lateral side of the top member and the second wall on the medial side of the top member forming guide barriers on each side of the space behind the distal front end portion, the zipper fastener permitting a single and continuous motion to move completely between the first position and the second position to effect closing and opening for foot access to the space respectively.

8. A shoe as claimed in claim 1 whereby the front end portion of the shoe serves as the entry location for the foot allowing a heel of a wearer to enter the front end portion of the shoe and slide back toward a heel area of the shoe.

9. A shoe as claimed in claim 8 wherein the top member is positioned to provide foot access over the front end portion to the space when the zipper fastener is open.

10. A shoe as claimed in claim 8 wherein the fixed portion comprises a part of the top member from the connection area at the upper surface of the sole extending from where the front end of the top member meets the outer side of the top member and up to the zipper fastener, traversing the outer side of the top member towards the rear heel end portion and once beyond the zipper fastener at the ankle opening at the outer side of the ankle opening the fixed portion increases in height to reach the highest portion of the outer side of the ankle opening, across the rear heel end portion from the connection area to the highest plane of the ankle opening before continuing on the inner side where the fixed portion of the inner side mirrors that of the outer side in relation to the ankle opening before reducing in height once beyond the inner side of the ankle opening, the fixed portion comprising the distance between the connection area and a line beginning at a highest point where the inner side of the ankle opening and front end of the ankle opening meet and traversing directly toward to the zipper termination point, the fixed portion offering inner side, outer side, and rear heel end support to the foot once engaged in the shoe.

11. A shoe as claimed in claim 8 wherein the fold back portion comprises the top member across an entire front portion of the ankle opening then following the zipper fastener along the outer side to where the outer side becomes the front end portion, further comprising the width of the front end portion to where the front end portion meets the inner side and further to the zipper termination point and then following an ascending fold back line on the inner side from the zipper termination point to where the front edge of the ankle opening meets the inner side ankle opening at a highest position, the fold back portion having four edges defined as the front ankle opening edge moving towards the front end portion, the outer side edge above the zipper fastener, the front end edge moving towards the ankle opening, and the inner side edge above the fold back line.

12. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a medial side and a lateral side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a distal end and a proximal end and a lateral side and a

medial side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member; and

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point at a midpoint between the distal end and the proximal end on the lateral side of the ankle opening, traversing the lateral side of the top member at a descending angle directly towards the connection area where the lateral side becomes the distal front end portion

continuing across the distal front end portion of the shoe at the connection area, to where the distal front end portion becomes the medial side of the shoe and then traversing the medial side of the connection area, the zipper fastener travelling in a direction towards the proximal heel end portion of the shoe to a zipper termination point located midway between the distal front end portion of the shoe and the distal end of the ankle opening on the medial side of the top member;

the zipper fastener having an angle of descent that will vary according to the size of a shoe.

**13**. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a medial side and a lateral side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a distal end and a proximal end and a lateral side and a medial side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member;

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point at a midpoint between the distal end and the proximal end on the lateral side of the ankle opening, traversing the lateral side of the top member at a descending angle directly towards the connection area where the lateral side becomes the distal front end portion

the proximal heel end portion of the top member transitioning to the lateral side of the top member and forwardly to the zipper fastener starting point location, and transitioning to the medial side of the top member and forwardly to a fold over line that begins at the point the distal end of the ankle opening meets the medial side of the ankle opening at its dorsal position, both medial and lateral sides maintaining a consistent height from the connection area to the dorsal plane of the ankle opening that encompasses and supports the proximal heel end portion from the midpoint of the ankle opening between the distal end and proximal end of the ankle opening on both the lateral side and the medial side of the top member.

* * * * *

**EXHIBIT C**

US011172733B1

(12) **United States Patent**
**Baker**

(10) **Patent No.: US 11,172,733 B1**
(45) **Date of Patent: Nov. 16, 2021**

(54) **SHOE**

(71) Applicant: **Scott Bradley Baker**, Sherman Oaks, CA (US)

(72) Inventor: **Scott Bradley Baker**, Sherman Oaks, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 308 days.

(21) Appl. No.: **16/192,530**

(22) Filed: **Nov. 15, 2018**

**Related U.S. Application Data**

(63) Continuation of application No. 14/297,905, filed on Jun. 6, 2014, now Pat. No. 10,178,893.

(60) Provisional application No. 61/835,445, filed on Jun. 14, 2013.

(51) **Int. Cl.**

| | |
|---|---|
| ***A43B 23/02*** | (2006.01) |
| ***A43B 3/02*** | (2006.01) |
| ***A43C 11/12*** | (2006.01) |
| ***A43B 5/00*** | (2006.01) |
| ***A43B 3/24*** | (2006.01) |

(52) **U.S. Cl.**
CPC ............ ***A43B 23/0245*** (2013.01); ***A43B 3/02*** (2013.01); ***A43B 3/242*** (2013.01); ***A43C 11/12*** (2013.01); *A43B 5/●●* (2013.01)

(58) **Field of Classification Search**
CPC ............................ A43B 23/0245; A43B 3/242
USPC ............................................................ 36/109
See application file for complete search history.

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

IT P120104000030 12/2010

*Primary Examiner* — Alissa J Tompkins
*Assistant Examiner* — Catherine M Ferreira

(57) **ABSTRACT**

A shoe comprises a sole having an upper surface and a lower surface, and a top member having an outer surface and an inner surface and mounted on the sole. The top member and sole to together define a space for receiving a foot, and the top member further comprises an opening. A fastener is provided in the top member and extends from the opening and continues over the top member such that a portion of the top member is movable between a first position in which the space is substantially closed and a second position in which a portion of the top member is folded back from the sole to provide access to the space.

**17 Claims, 8 Drawing Sheets**



U.S. Patent Nov. 16, 2021 Sheet 1 of 8 US 11,172,733 B1

FIG. 1
1
6
8
3
5
4
7
2
24



FIG 2
3
7
5
8
4
9
5
6
2
10



FIG. 3

1
7
6
12
11
3
4
5
2

FIG. 4

U.S. Patent Nov. 16, 2021 Sheet 5 of 8 US 11,172,733 B1

1
4A
6
3
7
4
2
5

FIG. 5







FIG. 6



FIG. 7

U.S. Patent Nov. 16, 2021 Sheet 8 of 8 US 11,172,733 B1

A
B
C
D
2
7
8
9
15
16
17
18
19
20
21
22
23

FIG. 8

# SHOE

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 14/297,905 filed Jun. 6, 2014, which claims the benefit of U.S. Provisional Patent Application No. 61/835,445 filed on Jun. 14, 2013, the contents of which are Incorporated by reference herein in their entirety.

## FIELD AND BACKGROUND OF THE INVENTION

This invention relates to a shoe. More particularly, the invention relates to a shoe which is configured and constructed so that it may be placed on the foot of the wearer in a more convenient manner. While the shoe of the invention may be used in many applications, and certainly has a mainstream use for all or most people, its particular construction may be of special benefit to handicapped or disabled people. In this regard, the shoe of the invention offers a simpler and more natural way to place the foot within the shoe, and may be advantageous for people who have a reduced response to touch on the foot, or a loss of muscular control in the foot, are paralyzed at the foot, or have other medical issues with their feet.

A shoe is of course a common item worn by most people and comes in a plethora of different shapes, forms and sizes. Further, different types of shoe have been manufactured for different purposes. The shoes may be generally closed, partly closed, or substantially open. They may be specially developed for sporting activities, casual wear, dress wear, dancing, to name just a few examples. Additionally, a shoe may be constructed as a heavy duty protective item for the foot, typically used in rugged outdoor activities, or in a military or law enforcement environment.

A conventional closed or partially closed shoe comprises a base or sole and a top stitched or otherwise fastened to the sole. The top will typically have a chamber or housing area for the foot, and an opening through which the foot accesses the chamber. In many shoes, the opening may be of adjustable size so that it can be larger when inserting the foot, and reduced in size when the foot is inside the shoe. The opening is adjusted by the user by means of shoelaces, Velcro straps or elasticized portions around the opening, to name some examples.

The opening in the top of a conventional shoe is positioned such that the foot must be inserted into the chamber or housing area for the foot through the opening toe first, followed by the remainder of the foot. In many cases, this will work well and the average person is able to position and wiggle the toes and foot so that it is properly contained within the generally snug fitting chamber or housing. However, the wearer must have the capacity and ability to flex and move the foot and toes to put on the shoe. This may be a particular challenge for a person who may have muscular weakness of the foot or legs or is in fact paralyzed. The effect of a paralysis is that a person will not, of course, have any feeling in the foot or toes, which makes the putting on of a shoe much more of a challenge. Children may also find it difficult to put on a closed or partially closed shoe of conventional structure. While most people take for granted the ability to use the foot as necessary to put on a shoe, there are many who lack this ability due to foot paralysis or some other medical condition, or young age, and conventional shoes with the type of opening as described above will

therefore be difficult to put on. It is conceivable that a person with a paralyzed foot may be able to squeeze the foot into the shoe, but if the toes were cramped or bent as a result, the user may not even know this but would nevertheless have to deal with possible consequences including reduced circulation and swelling.

Therefore, individuals with disabilities that inhibit all or most of the movement and muscular control of their lower extremities often suffer circulatory problems caused by wearing shoes. The problem tends to occur when a person puts his foot into a shoe of any type without the muscular ability or strength to hold his toes out straight and then slide his foot into the chamber of the shoe. Without this muscular control, the toes may bend and curl and bind thus causing circulation to the foot or other parts to be limited causing swelling, potential pain, and a deterioration of extremity health. The longer the foot is in this position the worse the condition becomes. This invention allows for the entire front and top of the shoe to open up and out of the way thus allowing the wearer to slide the front of the shoe across the bottom of the foot starting at the wearer's heel and moving towards the toes. By moving the shoe in this direction, it automatically maintains the toes in the correct and flat and natural position, which is essential for proper circulation and continued health of the foot.

## SUMMARY OF THE INVENTION

According to one aspect of the invention, there is provided a shoe comprising: a sole having an upper surface and a lower surface; a top member having an outer surface and an inner surface and mounted on the sole, the top member and sole defining a space for receiving a foot, the top member further having an opening; and a fastener in the top member extending from the opening and continuing over the top member such that a portion of the top member is movable between a first position in which the space is substantially closed and a second position in which a portion of the top member is folded back from the sole to provide access to the space.

In one embodiment, the opening in the top member is located at one end of the shoe and sized so as to permit the leg or ankle of the wearer to extend therethrough. The fastener may comprise a zipper, a Velcro fastener, a combination thereof, or some other structure such as a snap.

Preferably, the fastener commences in the top member at the opening thereof, extends from the opening in a downward taper towards the sole, and continues around the top member near the junction of the top member and sole and continues in the top member along the inner side of the shoe to and around the front end thereof and partially along the outer side of the shoe.

In one embodiment, the shoe has a heel end, a generally opposite front end, an inner side and an outer side, the opening being located near the heel end, the fastener commencing in the top member at the opening thereof, extends from the opening downwardly toward the sole, and continues in the top member along the inner side of the shoe to and around the front end thereof and partially along the outer side of the shoe. The outer side of the shoe is, therefore, on the opposite side of the shoe than that which the fastener traveled down.

The shoe may comprise a boot and the top portion includes a foot component and an upwardly extending tubular component with the opening at a free end thereof, the fastening means extending from the opening down the tubular component and over the foot component of the top

portion. In another form, the shoe may comprise a sneaker style shoe including laces and a tongue on the top portion, or a high heel style shoe with an enlarged opening.

In the latter case, the fastening means may be a zipper, the zipper may be concealed or hidden by a decorative strip, and the zipper includes a zipper tab which may have a decorative configuration.

In yet another form, the shoe comprises a biker style short boot, the top portion comprises a foot component and an upwardly extending tubular component with the opening at the free end thereof, and the fastener comprises a Velcro fastener extending from the opening to a lower point near the sole and a zipper extending from the lower point near the sole around the top portion. The zipper continues in the top member along the inner side of the shoe to and around the front end thereof and partially along the outer side of the shoe.

The shoes may have laces which are of a decorative nature, or the laces may be adjustable to vary the size of the space according to the nature of the foot that will be accommodated therein.

According to a further aspect of the invention, there is provided a method of making a shoe comprising the following steps: forming a sole or base having an upper surface and a lower surface; mounting a top portion having an opening over the upper surface of the sole such that the sole and top portion define a space for accommodating a foot; and inserting a fastener in the top portion extending from the opening and continuing around the top portion and around the front end thereof and partially along the outer/opposite side of the shoe, so that at least a part of the top portion can be selectively moved between a first closed position in which the fastener is closed and a second open position to provide access to the space from the front of the shoe.

In yet a further aspect of the invention, there is provided a method of putting on a shoe having a sole, a top portion mounted on the sole so as to define a space, and a fastener in the top portion so that a part thereof can be folded between an open and closed position, the method comprising: moving the part of the top portion into the open position to provide access to the space from the front of the shoe; placing the foot on the sole and positioning the foot thereon; and moving the part of the top portion into the closed position to capture the foot in the space defined between the sole and the top portion. Preferably, the heel is placed on the sole at or near the front end of the shoe, and the shoe and/or foot are moved relative to each other so that the foot slides over the sole until it reaches the back of the shoe.

This invention therefore relates to a shoe with a unique structure and configuration which enables it to be placed on the foot and removed therefrom in a more convenient and natural movement.

The invention provides for a shoe having a base or sole, a top mounted on the sole so that sole and top together define a space for receiving a foot, an opening on the top, and fastening means whereby at least a part of the top may be selectively separated from the sole to allow the foot to be inserted into or removed from the shoe, and fastened to the sole when the foot is in the space defined by the shoe so as to keep the foot securely within the space.

For the most part, when a person puts on shoes, he or she without even giving it much conscious thought is holding their toes out straight and sliding the foot into the shoe. Without muscular control, the toes are likely to bend under, fold and bind. When the toes are in a folded position, the entire skeletal structure of the foot must make adjustments. An inherent problem in this regard is the restricted circulation of blood that may occur, and with this restriction comes the swelling of tissue. These conditions may have a domino or compounding effect, in that the more the foot swells, the more restriction is likely, in turn producing yet more swelling. This of course leads to the diminished health of the foot, and the various tissues and components which form it.

When placing the heel of the foot at the front of an open shoe constructed in accordance with the present invention and sliding the shoe forward and/or the foot backward, this action directs the toes to lay out in a flat and normal position, thus maintaining unimpaired circulation and not resulting in any swelling, both of which can occur in conventional shoes with conventional entry procedures. In accordance with one embodiment of the invention, the top of the shoe is connected to the base or sole by means of a zipper extending from the opening toward the base and partly around the shoe. In one embodiment, the zipper when closed is designed to be on the inside of the foot and at the opening that encircles the ankle (using the low rise style of shoe as an example in this case), and the zipper tab is pulled towards the front of the shoe, around the front of the shoe, and toward and alongside the outside of the foot. This is of course just one embodiment, and the zipper and zipper tab can be conveniently located on any part of the shoe so as to give effect to the purpose of the present invention, namely, to move at least a part of the top of the shoe away from the base or sole to provide easy access to the space when inserting the foot into the shoe. As long as the front of the shoe is opened up for heel entry, as will be described further below, the precise positioning of the zipper or other mechanism to effect opening and closing may vary according to the design of the shoe, and the preference of wearers who may have different needs and requirements. Regardless of the shoe style, the opening mechanism may be pulled down and towards the front and then across the entire front of the shoe thus allowing the entire front and top of the shoe to open away much like a flap.

This configuration or platform can be utilized for any and all shoe styles, from sneakers to boots to heels to dress shoes. While most of the accompanying drawings show for the most part a zipper configuration, it is not the only configuration that is available or may be used. For example, and as will be described, FIG. **6** demonstrates a zipper to open the front and side of a boot, and Velcro fastening up the side of the boot to open that portion. Snaps, velcro, hooks, zippers, as well as other fastening materials as well as a combination of any can be utilized based on design requirements.

When a person has a disability, either from birth or by accident at some point in life, their needs tend to be viewed through a medical filter only. For example, a person who may have suddenly lost muscular control of his lower extremities would continue to desire normal and conventional comforts, as well as clothing and shoes which may be fashionable and stylish. These needs would not diminish, but often the emphasis is on treatment and rehabilitation while normal creature comforts and preferences may sometimes be overlooked. Those in wheelchairs with limited or no muscular control of their lower extremities still have a need for well-designed and comfortable shoes, and the present invention can be used in a wide range of shoe types and designs, providing practical comfort and access without sacrificing fashion and style, and without the shoe being clearly identifiable as some type of medical device. Therefore, a shoe constructed in accordance with the present invention allows

the world of fashion and style to once again be opened up to persons who are disabled or those who are born with such disabilities.

The present invention therefore provides for a shoe which is both a medical device as well as an item of fashion, all in the same product. With this marriage of form following function pre-emptive accommodations in sizing for swelling and incorrect extremity positioning may no longer be required.

In another arena completely, it appears that parents of small children can struggle significantly with putting shoes on little feet, specifically getting little toes to be pointed straight so the shoe can be put on correctly, and the foot and toes will be in a natural and unstressed position when inside the shoe. The utility of this shoe can also be used to accommodate this struggle by removing the need for co-operation with a 2 year old.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings:

FIG. **1** is a top perspective view of a shoe in the closed position in one embodiment of the invention;

FIG. **2** is a top perspective view of the shoe illustrated in FIG. **1** of the drawings, in the open position;

FIG. **3** is a side perspective view of a tall boot style shoe, in the closed position, in accordance with a further aspect of the invention;

FIG. **4** is a side perspective view of a sneaker style shoe, in the closed position, illustrating a tongue and laces to maintain a visually "normal" shoe, in accordance with a further aspect of the invention;

FIG. **5** is a side perspective view of a high heel style shoe, in the closed position, in accordance with a further aspect of the invention;

FIG. **6** is a side perspective view of a short boot style shoe, in the closed position, utilizing multiple fastener types for opening and closing the shoe in accordance with a further aspect of the invention;

FIGS. **7**A, **7**B, **7**C and **7**D are section views through a shoe of conventional style illustrating in series the insertion of a foot which may have limited or no muscular control into the shoe; and

FIGS. **8**A, **8**B, **8**C and **8**D are section views through a shoe constructed in accordance with the present invention illustrating in series the insertion of a foot which may have limited or no muscular control into the shoe.

## DETAILED DESCRIPTION OF THE INVENTION

Reference is now made to the accompanying drawings which illustrate a shoe in accordance with the present invention in various designs and styles. Note that the drawings herein show the potential range and application of a shoe of the present invention, and the invention is not to be considered in any way limited or restricted to the specific embodiments illustrated herein.

Reference is now made to FIG. **1** of the drawings which shows a shoe **1** in accordance with one aspect of the invention. The shoe **1** in this drawing is one of generally conventional style and size, but is adapted and configured to open and close in a unique way to facilitate easier insertion and removal of the foot from the shoe **1**. The shoe **1** comprises a top flap **2** which is mounted on a sole **4** which forms the base of the shoe **1** upon which the foot will rest when inserted in the shoe **1**. The top flap **2** comprises a side and bottom **3** which is fastened to the sole **4**. The shoe **1** further comprises an ankle opening **7** and an interior **8** or space for accommodating the foot.

A zipper **5** is formed within the top flap **2**, and extends from the rim which forms part of the ankle opening **7**. As seen in FIGS. **1** and **2** of the drawings, the zipper **5** extends from a starting point at the rim of the ankle opening **7**, continues gradually downwardly along the inside edge of the top flap **2**, and curves around the front **24** of the shoe **1**. As best seen in FIG. **2** of the drawings, the zipper **5** thereafter extends a short way around the outer side of the shoe **1**.

The opening and closing of the zipper **5** has the effect of opening the shoe **1** and providing access to the interior **8** of the shoe **1** in a manner which substantially facilitates putting on the shoe particularly, but also helps to remove the foot from the shoe more easily. In effect, and as is clearly illustrated in FIG. **2** of the drawings, the top flap **2** can be bent away from the sole **4** providing almost unfettered access to the upper part of the sole **4**. FIG. **1** shows the shoe **1** in the closed position in which the zipper **5** is closed, while FIG. **2** of the drawings shows the shoe **1** in the open or accessible position in which the zipper **5** has been completely unzipped to provide the simple and advantageous access as described, and enabling the foot to be placed within the shoe without having to the pushed through the ankle opening **7**. As will be described with reference to other figures herebelow, forcing the foot into the shoe through the ankle opening **7** may twist or scrunch the toes, especially for a person with disabilities or young children having less control over foot muscles, inhibiting circulation and causing possible swelling and discomfort.

FIG. **2** of the drawings shows that the top flap **2** can be opened or moved away from the upper part of the sole **4** by any desired amount, revealing and exposing the underside **9** of the top flap **2**. In this position, the shoe **1** is also in a much better position to facilitate airing and cleaning, as may be desired by the user.

The embodiment illustrated in FIGS. **1** and **2** show a shoe **1** which does not have laces or a tongue. In this embodiment, the opening **7** is provided for the ankle and the upper part of the sole **4** receives the foot. The zipper is exposed, and easily operated by a zipper tab **6** to open and close the shoe **1**. While the zipper **5** is exposed in this embodiment, it tends to run for the most part along the inside of the shoe, so that it is not as visible or obvious as it would be if it ran around the outside of the shoe. However, it is certainly within the scope of the present invention that the zipper **5** may be positioned in any convenient location on the shoe so as to give effect to the objective of the invention, namely, to provide a shoe where the top flap **2** can be moved relative to the sole **4** to provide the additional access, as described.

In the illustration shown in FIG. **2** of the drawings, a user would typically insert the foot in the shoe by first placing the heel of the foot near the open front end, and either sliding the foot backward over the upper surface of the sole **4**, or sliding the shoe itself under the foot so that the heel of the foot moves over the upper surface of the sole **4** until it reaches the back of the shoe. With the foot properly and easily located in this way, the zipper **5** can be closed to fasten the top flap **2** to the sole **4** as illustrated in FIG. **1**, with the foot comfortably and naturally positioned within the shoe without distorting the foot.

Reference is now made to FIG. **3** of the drawings which shows the invention configured on a tall style boot, whereby the shoe can be adjusted between a closed position with the look of a normal conventional boot and an open position in which the top flap can be moved away to provide a much

more substantial opening for improved access to the shoe. In FIG. **3**, the boot **1** has a sole **4** upon which is mounted a top flap **2** which includes the side and bottom portion **3**. The zipper **5** extends from the opening **7** all the way down the length of the boot, along the inside thereof and around the front of the boot **1**, and thereafter a short distance around the other side of the boot **1**, in a similar manner to that illustrated in FIG. **2** of the drawings.

The boot in FIG. **3** of the drawings is shown only in the closed position (as are the other embodiments and examples described below in FIGS. **4** to **6** of the drawings). However, the principle and mechanism for zipping and unzipping the zipper **5** to close and open the shoe respectively is the same as that illustrated above, to thereby provide ready access so that the foot can be inserted in the boot **1** in its natural an extended position, and held in the boot in that way once the zipper **5** has been closed.

FIG. **4** of the drawings shows a sneaker style of shoe **1** which retains its laces **11** and tongue **12**. However, in this embodiment, the laces **11** and tongue **12** are more for cosmetic and design purposes and would not have any function in terms of putting on and removing the shoe **1**. In this embodiment, the entire combination of laces **11** and shoe tongue **12** are permanently sewn into place, which allows the sneaker to maintain its aesthetic looks, and present the normal look of a sneaker. However, the sneaker **1** has, as illustrated, a zipper **5** which extends from the opening **7** down the side of the sneaker **1**, around the front, and a short distance along the other side, as previously described, so that the top flap **2**, which in this case includes the shoelaces **11** and shoe tongue **12**, can be moved away when the zipper **5** has been unzipped. Ample access is thus provided so that the heel of foot can be moved from the front of the shoe towards the rear thereof, or, alternatively, the shoe can be pushed under the foot so the foot slides into the shoe. In yet another possibility, such as for those with some or limited muscular control over their toes and feet, the opening of the top flap **2** provides sufficient access so that the foot can simply be generally dropped in position on the sole **4**, adjusted to ensure proper location, and the zipper **5** closed so as to capture the foot within the sneaker **1**.

In FIG. **4**, it is also shown that the zipper can be smaller in size when needed. As already mentioned, the starting point for the zipper **5** at the opening **7** can be at any convenient location at the opening **7** and need not be at the precise points or locations as illustrated in any of the drawings.

FIG. **5** of the drawings shows a high heel type shoe with a "princess" style zipper **5**. This shoe **1** includes a high heel **4***a*, and a generally larger opening **7**, as is conventional for a woman's high heel shoe. In the embodiment illustrated in FIG. **5**, the zipper **5** has its starting point about midway along the opening **7**, and extends downwardly along the side of the shoe, and around the front thereof, as described. In the shoe **1** illustrated in this figure, material may be provided which actually covers the zipper making it more difficult to perceive with a casual glance. The material covering the zipper may actually be configured as part of the style and fashion of the shoe so as to make it even less obvious that the shoe has any special structure which facilitates easier and better access. Further, the zipper tab **6** can be of a decorative nature in an effort to further detract from its more utilitarian function.

FIG. **6** of the drawings shows a biker style short boot shoe type **1**. The boot **1** has a sole **4**, a top flap **2**, laces **11** and a tongue **12**. While the laces **11** may be decorative and nonfunctional, they may also be functional in another embodiment, so that they can be loosened or tightened by the wearer to accommodate a foot and ankle of different sizes. In the latter case, the user would tend to set the laces only occasionally, and set the size of the space.

In the embodiment illustrated in FIG. **6** of the drawings, a zipper **5** extends around the base of the top flap **2**, along the inside of the shoe, around the front thereof, and continuing a short distance around the other side of the shoe. Further, there is provided a Velcro fastening, comprising a female strip **14** and a male strip **14***a*, the Velcro fastening extending from the opening **7** down the side of the boot **1** to the point where the zipper **5** starts. In this embodiment, opening the shoe to provide access as described above requires grasping the zipper tab **6** so as to open the zipper **5** around the shoe, and then separating the Velcro fastening by pulling apart the female strip **14** and male strip **14***a*. Once these two operations have been executed, the top flap **2** can be easily moved over so as to provide the access opening to the shoe for easy and convenient insertion of the foot in a manner which ensures that the foot and ankle are in as natural a position as possible.

FIGS. **7**A, **7**B, **7**C and **7**D of the drawings show a cross-section through a conventional shoe, and illustrates some of the difficulties that may result when a person who may be disabled or paralyzed tries to push the foot into the shoe through the opening. FIG. **7**A shows a foot having a heel **20**, arch **22**, top **18**, ankle bone **21**, big toe **15** and toenail **17**. The big toe **15** has a top side of the first joint **16** and a bottom of the first joint **19**. The initial placement of the foot in the shoe through the opening continues normally until the opening of the shoe constrains the top of the foot **18** and the heel **20**, which is located over the back of the shoe. By further forcing the foot into the shoe, as illustrated in FIG. **7**B, the big toe **15** and other toes do not move easily, and the top of the foot **18** curves around. As seen in FIG. **7**C, further forcing of the foot into the shoe causes the big toe to become bent or curled into an unnatural position, and FIG. **7**D shows the foot inserted in the shoe with the toe hooked in an unnatural and uncomfortable position. Disabled or paralyzed persons would not have the ability to feel that the foot has been incorrectly placed in the shoe, but there may nevertheless be associated discomfort, swelling, as well as a reduction in circulation which may cause pain and even bruising.

FIG. **7** therefore illustrates the situation where a foot having no muscular control is being pushed into a normal shoe, and the subsequent effect on the toes, the arch, and the top of the foot. The foot becomes cramped and distorted within the shoe, and the toenail may be loosened or injured from rubbing the insole. The end of the toe can become calloused, and the big toe joints may rub up against the shoe due to the absence of space. The joint in the big toe as well as all of the other toes are bent, impeding proper blood flow which may cause the swelling as mentioned above, leading to deterioration of the toe and foot tissue.

FIGS. **8**A, **8**B, **8**C and **8**D of the drawings illustrates the situation where a foot having no muscular control may be more easily and comfortably inserted in a shoe constructed in accordance with the present invention. In FIG. **8**A, with the top flap **2** in the open or unzipped position, the heel **20** of the foot is placed on the interior bottom of the shoe **8** at the front end thereof, and to which there is easy access. The shoe can then be moved forward in the direction of the arrow on the shoe, and/or the foot moved rearwardly in the direction of the arrow illustrated on the foot. FIG. **8**B shows an intermediate position with the heel **20** of the foot moving rearwardly towards the back of the shoe, while FIG. **8**C

shows the foot in the near completed position and the toes in their natural state moving easily onto the interior bottom of the shoe. Finally, in FIG. **8**D, the shoe is comfortably positioned around the foot, with the ankle, arch and toes in a natural comfortable position, and the top flap **2** is closed by closing the zipper **5** to capture and hold the foot snugly within the shoe. With the shoe of the invention, being put on the foot in the manner sequentially illustrated in FIGS. **8**A, B, C and D of the drawings, there is little possibility of distortion, cramping or scrunching of the foot and toes. The health of the foot would therefore be preserved, and proper blood circulation can be achieved, while any swelling of the foot can be readily avoided or reduced.

FIG. **8** therefore clearly illustrates the effectiveness and operation of the reverse entry shoe, allowing the toes to maintain the straight joints that are important for robust circulation and tissue health. The space **23** is maintained, unlike the situation as illustrated with respect to a conventional type shoe. When the toes are rolled under the foot, such as shown in FIG. **7**D, the entire skeletal structure of the foot changes, the arch rises, and the top of the foot abuts against the top and tongue of the shoe causing an unnatural hump to the shape of the foot. This result can be readily and conveniently avoided entirely when a shoe constructed in accordance with the present invention is used.

Throughout this description, the embodiments and examples shown should be considered as exemplars, rather than limitations on the apparatus and procedures disclosed or claimed. Although many of the examples presented herein involve specific combinations of method acts or system elements, it should be understood that those acts and those elements may be combined in other ways to accomplish the same objectives. Acts, elements and features discussed only in connection with one embodiment are not intended to be excluded from a similar role in other embodiments.

As used herein, "plurality" means two or more. As used herein, a "set" of items may include one or more of such items. As used herein, whether in the written description or the claims, the terms "comprising", "including", "carrying", "having", "containing", "involving", and the like are to be understood to be open-ended, i.e., to mean including but not limited to. Only the transitional phrases "consisting of" and "consisting essentially of", respectively, are closed or semi-closed transitional phrases with respect to claims. Use of ordinal terms such as "first", "second", "third", etc., in the claims to modify a claim element does not by itself connote any priority, precedence, or order of one claim element over another or the temporal order in which acts of a method are performed, but are used merely as labels to distinguish one claim element having a certain name from another element having a same name (but for use of the ordinal term) to distinguish the claim elements. As used herein, "and/or" means that the listed items are alternatives, but the alternatives also include any combination of the listed items.

The invention claimed is:

**1**. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a medial side and a lateral side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a distal end and a proximal end and a lateral side and a medial side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member; and

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point at a midpoint between the distal end and the proximal end of the ankle opening on the lateral side of the ankle opening, traversing the lateral side of the top member at a descending angle directly towards the connection area where the lateral side of the top member becomes the distal front end portion

continuing across the distal front end portion of the shoe at the connection area, to where the distal front end portion becomes the medial side of the top member and then traversing the medial side of the connection area, the zipper fastener travelling in a direction towards the proximal heel end portion of the shoe to a zipper termination point located midway between the distal front end portion of the shoe and the distal end of the ankle opening on the medial side of the top member

such that the fold back portion of the top member is movable between a first position where the space is closed when the zipper fastener is closed to the ankle opening starting point and a second position where the space is open when the zipper fastener is unzipped to the zipper termination point thereby allowing the fold back portion of the top member to be folded back while the fixed portion of the top member is positioned to provide foot access to the space when the zipper fastener is open,

the zipper fastener permitting a single and continuous motion to move completely from the ankle opening starting point to the zipper termination point to effect opening of the space and providing foot access to the space, and from the zipper termination point to the ankle opening starting point to effect closing of the space, respectively.

**2**. A shoe as claimed in claim **1** wherein the shoe comprises a sneaker shoe including laces and a tongue on the top member.

**3**. A shoe as claimed in claim **2** wherein the laces are adjusted to vary the size of the space according to the size of the foot accommodated therein.

**4**. A shoe as claimed in claim **1** wherein the top member is positioned to provide foot access over the distal front end portion to the space when the zipper fastener is open.

**5**. A shoe as claimed in claim **1** wherein the fixed portion comprises a part of the top member from the connection area at the upper surface of the sole extending from where the distal front end of the top member meets the lateral side of the top member and up to the zipper fastener, traversing the lateral side of the top member towards the proximal heel end portion, and once beyond the zipper fastener at the lateral side of the ankle opening the fixed portion increases in height to a dorsal portion of the lateral side of the ankle opening, across the proximal heel mend portion from the connection area to a dorsal plane of the ankle opening and continuing on the medial side where the fixed portion of the medial side mirrors that on the lateral side of the top member in relation to the ankle opening before reducing in height forward of the medial side of the ankle opening, the fixed portion then following a descending fold line comprising the distance between the connection area and the fold line beginning at a highest point where the medial side of the

ankle opening and distal end of the ankle opening meet and traversing directly toward to the zipper termination point, the fixed portion offering lateral, medial, and proximal support to the foot once engaged in the shoe.

6. A shoe as claimed in claim 1 wherein the fold back portion comprises the top member across the entire distal portion of the ankle opening then following the zipper fastener on the lateral side from the ankle opening to where the lateral side becomes the distal front end portion, further comprising the width of the distal front end portion to where the distal front end portion meets the medial side and further to the zipper termination point and then following an ascending fold back line on the medial side from the zipper termination point to the distal medial corner of the ankle opening at a dorsal position, the fold back portion having four edges defined as the distal ankle opening edge moving towards the distal front end portion, the lateral side edge above the zipper fastener, the distal front end edge moving towards the ankle opening, and the medial side edge above the fold back line.

7. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a medial side and a lateral side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a distal end and a proximal end and a lateral side and a medial side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and of the lower connective edge of the top member; and

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point at a midpoint between the distal end and the proximal end of the ankle opening on the lateral side of the ankle opening, traversing the lateral side of the top member at a descending angle directly towards the connection area where the lateral side of the top member becomes the distal front end portion of the shoe, defining a first wall in the top member between the connection area and the zipper fastener, the first wall being at its highest point, and farthest from the sole of the shoe at the zipper fastener starting point at the ankle opening on the lateral side of the top member and descending at a direct angle towards the connection area where the lateral side of the top member becomes the distal front end portion, the zipper fastener thereafter continuing across the distal front end portion of the shoe at the connection area, to where the distal front end portion becomes the medial side of the top member and then traversing the medial side of the top member at the connection area, the zipper fastener travelling in a direction towards the proximal heel end portion of the shoe to a zipper termination point located midway between the distal front end portion of the shoe and the distal end of the ankle opening on the medial side of the top member

thus defining a second wall from directly behind the zipper termination point and traversing at an ascending angle directly towards a distal medial corner of the ankle opening at a most dorsal position, such that the top member between the first and second walls is movable between a first position where the space is closed when the zipper fastener is closed at the ankle opening starting point and a second position where the top member between the first and second walls is folded back to provide foot access to the space when the zipper fastener is open to the zipper termination point, the first wall on the lateral side of the top member and the second wall on the medial side of the top member forming guide barriers on each side of the space behind the distal front end portion, the zipper fastener permitting a single and continuous motion to move completely between the first position and the second position to effect closing and opening for foot access to the space respectively.

8. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a front end portion, a rear heel end portion, an outer side and an inner side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a front end and a rear end and an outer side and an inner side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member; and

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point at a midpoint between the front end and the rear end of the ankle opening on the outer side of the ankle opening, traversing the outer side of the top member at a descending angle directly towards the connection area where the outer side becomes the front end portion

continuing across the front end portion of the shoe at the connection area, to where the front end portion becomes the inner side of the top member and then traversing the inner side of the connection area, the zipper fastener travelling in a direction towards the rear heel end portion of the shoe to a zipper termination point located midway between the front end portion of the shoe and the front end of the ankle opening on the inner side of the top member

such that the fold back portion of the top member is movable between a first position where the space is closed when the zipper fastener is closed to the ankle opening starting point and a second position where the space is open when the zipper fastener is unzipped to the zipper termination point, thereby allowing the fold back portion of the top member to be folded back while the fixed portion of the top member is positioned to provide foot access to the space when the zipper fastener is open,

the zipper fastener permitting a single and continuous motion to move completely from the ankle opening starting point to the zipper termination point to effect opening of the space and providing foot access to the space, and from the zipper termination point to the ankle opening starting point to effect closing of the space, respectively.

9. A shoe as claimed in claim 8 whereby the front end portion of the shoe serves as the entry location for the foot

allowing a heel of a wearer to enter the front end portion of the shoe and slide back toward a heel area of the shoe.

**10**. A shoe as claimed in claim **8** wherein the top member is positioned to provide foot access over the front end portion to the space when the zipper fastener is open.

**11**. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a front end portion, a rear heel end portion, an inner side and an outer side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a front end and a rear end and an outer side and an inner side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and of the lower connective edge of the top member; and

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point at a midpoint between the front end and the rear end of the ankle opening on the outer side of the ankle opening, traversing the outer side of the top member at a descending angle directly towards the connection area where the outer side becomes the front end portion of the shoe, defining a first wall in the top member between the connection area and the zipper fastener, the first wall having a highest point, and farthest from the sole of the shoe at the zipper fastener starting point at an outer side of the ankle opening and descending at a direct angle towards a lowest point closest to the connection area where the outer side becomes the front end portion, the zipper fastener thereafter continuing across the front end portion of the shoe at the connection area, to where the front end portion becomes the inner side of the top member and then traversing the inner side at the connection area, the zipper fastener travelling in a direction towards the rear heel end portion of the shoe to a zipper termination point located midway between the front end portion of the shoe and the front end of the ankle opening on the inner side of the top member

thus defining a second wall from directly behind the zipper termination point and traversing at an ascending angle directly towards a front inner side corner of the ankle opening, such that the top member between the first and second walls is movable between a first position where the space is closed when the zipper fastener is closed at the ankle opening and a second position where the top member between the first and second walls is folded back to provide foot access to the space when the zipper fastener is open to the zipper termination point, the first wall on the outer side of the top member and the second wall on the inner side of the top member forming guide barriers on each side of the space behind the front end portion, the zipper fastener permitting a single and continuous motion to move completely between the first position and the second position to effect closing and opening for foot access to the space respectively.

**12**. A shoe as claimed in claim **8** wherein the fixed portion comprises a part of the top member from the connection area at the upper surface of the sole extending from where the front end of the top member meets the outer side of the top member and up to the zipper fastener, traversing the outer side of the top member towards the rear heel end portion and once beyond the zipper fastener at the ankle opening at the outer side of the ankle opening the fixed portion increases in height to reach the highest portion of the outer side of the ankle opening, across the rear heel end portion from the connection area to the highest plane of the ankle opening before continuing on the inner side where the fixed portion of the inner side mirrors that of the outer side in relation to the ankle opening before reducing in height once beyond the inner side of the ankle opening, the fixed portion comprising the distance between the connection area and a line beginning at a highest point where the inner side of the ankle opening and front end of the ankle opening meet and traversing directly toward to the zipper termination point, the fixed portion offering inner side, outer side, and rear heel end support to the foot once engaged in the shoe.

**13**. A shoe as claimed in claim **8** wherein the fold back portion comprises the top member across an entire front portion of the ankle opening then following the zipper fastener along the outer side to where the outer side becomes the front end portion, further comprising the width of the front end portion to where the front end portion meets the inner side and further to the zipper termination point and then following an ascending fold back line on the inner side from the zipper termination point to where the front edge of the ankle opening meets the inner side ankle opening at a highest position, the fold back portion having four edges defined as the front ankle opening edge moving towards the front end portion, the outer side edge above the zipper fastener, the front end edge moving towards the ankle opening, and the inner side edge above the fold back line.

**14**. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a medial side and a lateral side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a distal end and a proximal end and a lateral side and a medial side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member; and

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point at a midpoint between the distal end and the proximal end on the lateral side of the ankle opening, traversing the lateral side of the top member at a descending angle directly towards the connection area where the lateral side becomes the distal front end portion

continuing across the distal front end portion of the shoe at the connection area, to where the distal front end portion becomes the medial side of the shoe and then traversing the medial side of the connection area, the zipper fastener travelling in a direction towards the proximal heel end portion of the shoe to a zipper termination point located midway between the distal front end portion of the shoe and the distal end of the ankle opening on the medial side of the top member;

the zipper fastener having an angle of descent that will vary according to the size of a shoe.

15. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a medial side and a lateral side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a distal end and a proximal end and a lateral side and a medial side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member;

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point at a midpoint between the distal end and the proximal end on the lateral side of the ankle opening, traversing the lateral side of the top member at a descending angle directly towards the connection area where the lateral side becomes the distal front end portion

the proximal heel end portion of the top member transitioning to the lateral side of the top member and forwardly to the zipper fastener starting point location, and transitioning to the medial side of the top member and forwardly to a fold over line that begins at the point the distal end of the ankle opening meets the medial side of the ankle opening at a most dorsal position, both medial and lateral sides maintaining a consistent height from the connection area to the dorsal plane of the ankle opening that encompasses and supports the proximal heel end portion from the midpoint of the ankle opening between the distal end and proximal end of the ankle opening on both the lateral side and the medial side of the top member.

16. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a medial side and a lateral side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a distal end and a proximal end and a lateral side and a medial side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member; and

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point on the lateral side of the ankle opening, traversing the lateral side of the top member at a descending angle directly towards the connection area where the lateral side of the top member becomes the distal front end portion,

continuing across the distal front end portion of the shoe at the connection area, to where the distal front end portion becomes the medial side of the top member and then traversing the medial side of the connection area, the zipper fastener travelling in a direction towards the proximal heel end portion of the shoe to a zipper termination point located midway between the distal front end portion of the shoe and the distal end of the ankle opening on the medial side of the top member

such that the fold back portion of the top member is movable between a first position where the space is closed when the zipper fastener is closed to the ankle opening starting point and a second position where the space is open when the zipper fastener is unzipped to the zipper termination point thereby allowing the fold back portion of the top member to be folded back while the fixed portion of the top member is positioned to provide foot access to the space when the zipper fastener is open,

the zipper fastener permitting a single and continuous motion to move completely from the ankle opening starting point to the zipper termination point to effect opening of the space and providing foot access to the space, and from the zipper termination point to the ankle opening starting point to effect closing of the space, respectively.

17. A shoe as claimed in claim 16 comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a medial side and a lateral side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member further having an ankle opening with a distal end and a proximal end and a lateral side and a medial side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member; and

a single fastening means in the form of one continuous zipper fastener in the top member,

the zipper fastener extending from a starting point on the medial side of the ankle opening, traversing the medial side of the top member at a descending angle directly towards the connection area where the medial side of the top member becomes the distal front end portion continuing across the distal front end portion of the shoe at the connection area, to where the distal front end portion becomes the lateral side of the top member and then traversing the lateral side of the connection area, the zipper fastener travelling in a direction towards the proximal heel end portion of the shoe to a zipper termination point located midway between the distal front end portion of the shoe and the distal end of the ankle opening on the lateral side of the top member

such that the fold back portion of the top member is movable between a first position where the space is closed when the zipper fastener is closed to the ankle opening starting point and a second position where the space is open when the zipper fastener is unzipped to the zipper termination point thereby allowing the fold back portion of the top member to be folded back while the fixed portion of the top member is positioned to provide foot access to the space when the zipper fastener is open,

the zipper fastener permitting a single and continuous motion to move completely from the ankle opening starting point to the zipper termination point to effect

opening of the space and providing foot access to the space, and from the zipper termination point to the ankle opening starting point to effect closing of the space, respectively.

* * * * *

EXHIBIT D

US011751630B1

# (12) United States Patent
Baker

(10) Patent No.: US 11,751,630 B1

(45) Date of Patent: *Sep. 12, 2023

(54) **SHOE**

(71) Applicant: **Scott Bradley Baker**, Sherman Oaks, CA (US)

(72) Inventor: **Scott Bradley Baker**, Sherman Oaks, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 258 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/205,677**

(22) Filed: **Nov. 30, 2018**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 16/192,530, filed on Nov. 15, 2018, now Pat. No. 11,172,733, which is a continuation of application No. 14/297,905, filed on Jun. 6, 2014, now Pat. No. 10,178,893.

(60) Provisional application No. 61/835,445, filed on Jun. 14, 2013.

(51) **Int. Cl.**

| | |
|---|---|
| *A43B 11/00* | (2006.01) |
| *A43B 23/02* | (2006.01) |
| *A43B 3/02* | (2006.01) |
| *A43C 11/12* | (2006.01) |
| *A43B 5/00* | (2022.01) |

(52) **U.S. Cl.**
CPC .............. *A43B 23/0245* (2013.01); *A43B 3/02* (2013.01); *A43B 5/00* (2013.01); *A43B 11/00* (2013.01); *A43C 11/12* (2013.01)

(58) **Field of Classification Search**
CPC ... A43B 3/02; A43B 5/00; A43C 11/12; A43B 23/0245; A43B 11/00
USPC .............................................................. 36/109
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,302,596 | A * | 11/1942 | Bigio | A43C 11/12 36/101 |
| 5,619,778 | A * | 4/1997 | Sloot | A43B 1/0036 24/712 |
| 7,127,837 | B2 * | 10/2006 | Ito | A43B 1/0027 36/101 |
| 7,134,225 | B2 | 11/2006 | Ashton | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| IT | P120104000030 | 12/2010 |

* cited by examiner

*Primary Examiner* — Marie D Bays

(57) **ABSTRACT**

A shoe comprises a sole having an upper surface and a lower surface, and a top member having an outer surface and an inner surface and mounted on the sole. The top member and sole to together define a space for receiving a foot, and the top member further comprises an opening. A fastener is provided in the top member and extends from the opening and continues over the top member such that a portion of the top member is movable between a first position in which the space is substantially closed and a second position in which a portion of the top member is folded back from the sole to provide access to the space.

**4 Claims, 17 Drawing Sheets**





FIG. 1



FIG. 2

U.S. Patent Sep. 12, 2023 Sheet 3 of 17 US 11,751,630 B1

7
6
5
1
2
3
4

FIG. 3



FIG. 4

U.S. Patent Sep. 12, 2023 Sheet 5 of 17 US 11,751,630 B1

1
7
2
5
4A
4

FIG. 5

U.S. Patent Sep. 12, 2023 Sheet 6 of 17 US 11,751,630 B1

11
12
2
5
1
4

FIG. 6

FIG. 7A
21
20
18
22
2
17
15
FIG. 7B
16
19
FIG. 7C
16
FIG. 7D
16
22
20

FIG. 8A

FIG. 8B

FIG. 8C

FIG. 8D



FIG. 9



FIG. 10

U.S. Patent Sep. 12, 2023 Sheet 11 of 17 US 11,751,630 B1

71
51
50
70
50A
61A
52
64
54
60

FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17

# SHOE

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation in part application of U.S. Pat. Application No. 16/192,530 filed Nov. 15, 2018, which is a continuation application of U.S. Pat. Application No. 14/297,905 filed Jun. 06, 2014, which claims the benefit of U.S. Provisional Pat. Application No. 61/835,445 filed Jun. 14, 2013, all of which are incorporated herein by reference in their entirety.

## FIELD AND BACKGROUND OF THE INVENTION

This invention relates to a shoe. More particularly, the invention relates to a shoe which is configured and constructed so that it may be placed on the foot of the wearer in a more convenient manner. While the shoe of the invention may be used in many applications, and certainly has a mainstream use for all or most people, its particular construction may be of special benefit to handicapped or disabled people. In this regard, the shoe of the invention offers a simpler and more natural way to place the foot within the shoe, and may be advantageous for people who have a reduced response to touch on the foot, or a loss of muscular control in the foot, are paralyzed at the foot, or have other medical issues with their feet.

A shoe is of course a common item worn by most people and comes in a plethora of different shapes, forms and sizes. Further, different types of shoe have been manufactured for different purposes. The shoes may be generally closed, partly closed, or substantially open. They may be specially developed for sporting activities, casual wear, dress wear, dancing, to name just a few examples. Additionally, a shoe may be constructed as a heavy duty protective item for the foot, typically used in rugged outdoor activities, or in a military or law enforcement environment.

A conventional closed or partially closed shoe comprises a base or sole and a top stitched or otherwise fastened to the sole. The top will typically have a chamber or housing area for the foot, and an opening through which the foot accesses the chamber. In many shoes, the opening may be of adjustable size so that it can be larger when inserting the foot, and reduced in size when the foot is inside the shoe. The opening is adjusted by the user by means of shoelaces, Velcro straps or elasticized portions around the opening, to name some examples.

The opening in the top of a conventional shoe is positioned such that the foot must be inserted into the chamber or housing area for the foot through the opening toe first, followed by the remainder of the foot. In many cases, this will work well and the average person is able to position and wiggle the toes and foot so that it is properly contained within the generally snug fitting chamber or housing. However, the wearer must have the capacity and ability to flex and move the foot and toes to put on the shoe. This may be a particular challenge for a person who may have muscular weakness of the foot or legs or is in fact paralyzed. The effect of a paralysis is that a person will not, of course, have any feeling in the foot or toes, which makes the putting on of a shoe much more of a challenge. Children may also find it difficult to put on a closed or partially closed shoe of conventional structure. While most people take for granted the ability to use the foot as necessary to put on a shoe, there are many who lack this ability due to foot paralysis or some other medical condition, or young age, and conventional

shoes with the type of opening as described above will therefore be difficult to put on. It is conceivable that a person with a paralyzed foot may be able to squeeze the foot into the shoe, but if the toes were cramped or bent as a result, the user may not even know this but would nevertheless have to deal with possible consequences including reduced circulation and swelling.

Therefore, individuals with disabilities that inhibit all or most of the movement and muscular control of their lower extremities often suffer circulatory problems caused by wearing shoes. The problem tends to occur when a person puts his foot into a shoe of any type without the muscular ability or strength to hold his toes out straight and then slide his foot into the chamber of the shoe. Without this muscular control, the toes may bend and curl and bind thus causing circulation to the foot or other parts to be limited causing swelling, potential pain, and a deterioration of extremity health. The longer the foot is in this position the worse the condition becomes. This invention allows for the entire front and top of the shoe to open up and out of the way thus allowing the wearer to slide the front of the shoe across the bottom of the foot starting at the wearer's heel and moving towards the toes. By moving the shoe in this direction, it automatically maintains the toes in the correct and flat and natural position, which is essential for proper circulation and continued health of the foot.

## SUMMARY OF THE INVENTION

According to one aspect of the invention, there is provided a shoe comprising: a sole having an upper surface and a lower surface; a top member having an outer surface and an inner surface and mounted on the sole, the top member and sole defining a space for receiving a foot, the top member further having an opening ; and a fastener in the top member extending from the opening and continuing over the top member such that a portion of the top member is movable between a first position in which the space is substantially closed and a second position in which a portion of the top member is folded back from the sole to provide access to the space.

In one embodiment, the opening in the top member is located at one end of the shoe and sized so as to permit the leg or ankle of the wearer to extend therethrough. The fastener may comprise a zipper, a Velcro fastener, a combination thereof, or some other structure such as a snap.

Preferably, the fastener commences in the top member at the opening thereof, extends from the opening in a downward taper towards the sole, and continues around the top member near the junction of the top member and sole and continues in the top member along the inner side of the shoe to and around the front end thereof and partially along the outer side of the shoe.

In one embodiment, the shoe has a heel end, a generally opposite front end, an inner side and an outer side, the opening being located near the heel end, the fastener commencing in the top member at the opening thereof, extends from the opening downwardly toward the sole, and continues in the top member along the inner side of the shoe to and around the front end thereof and partially along the outer side of the shoe. The outer side of the shoe is, therefore, on the opposite side of the shoe than that which the fastener traveled down.

The shoe may comprise a boot and the top portion includes a foot component and an upwardly extending tubular component with the opening at a free end thereof, the fastening means extending from the opening down the tub-

ular component and over the foot component of the top portion. In another form, the shoe may comprise a sneaker style shoe including laces and a tongue on the top portion, or a high heel style shoe with an enlarged opening.

In the latter case, the fastening means may be a zipper, the zipper may be concealed or hidden by a decorative strip, and the zipper includes a zipper tab which may have a decorative configuration.

In yet another form, the shoe comprises a biker style short boot, the top portion comprises a foot component and an upwardly extending tubular component with the opening at the free end thereof, and a zipper extending from the lower point near the sole around the top portion. The zipper continues in the top member along the inner side of the shoe to and around the front end thereof and partially along the outer side of the shoe.

The shoes may have laces which are of a decorative nature, or the laces may be adjustable to vary the size of the space according to the nature of the foot that will be accommodated therein.

According to a further aspect of the invention, there is provided a method of making a shoe comprising the following steps: forming a sole or base having an upper surface and a lower surface; mounting a top portion having an opening over the upper surface of the sole such that the sole and top portion define a space for accommodating a foot; and inserting a fastener in the top portion extending from the opening and continuing around the top portion and around the front end thereof and partially along the outer/opposite side of the shoe, so that at least a part of the top portion can be selectively moved between a first closed position in which the fastener is closed and a second open position to provide access to the space from the front of the shoe.

In yet a further aspect of the invention, there is provided a method of putting on a shoe having a sole, a top portion mounted on the sole so as to define a space, and a fastener in the top portion so that a part thereof can be folded between an open and closed position, the method comprising: moving the part of the top portion into the open position to provide access to the space from the front of the shoe; placing the foot on the sole and positioning the foot thereon; and moving the part of the top portion into the closed position to capture the foot in the space defined between the sole and the top portion. Preferably, the heel is placed on the sole at or near the front end of the shoe, and the shoe and/or foot are moved relative to each other so that the foot slides over the sole until it reaches the back of the shoe.

This invention therefore relates to a shoe with a unique structure and configuration which enables it to be placed on the foot and removed therefrom in a more convenient and natural movement.

The invention provides for a shoe having a base or sole, a top mounted on the sole so that sole and top together define a space for receiving a foot, an opening on the top, and fastening means whereby at least a part of the top may be selectively separated from the sole to allow the foot to be inserted into or removed from the shoe, and fastened to the sole when the foot is in the space defined by the shoe so as to keep the foot securely within the space.

For the most part, when a person puts on shoes, he or she without even giving it much conscious thought is holding their toes out straight and sliding the foot into the shoe. Without muscular control, the toes are likely to bend under, fold and bind. When the toes are in a folded position, the entire skeletal structure of the foot must make adjustments. An inherent problem in this regard is the restricted circulation of blood that may occur, and with this restriction comes the swelling of tissue. These conditions may have a domino or compounding effect, in that the more the foot swells, the more restriction is likely, in turn producing yet more swelling. This of course leads to the diminished health of the foot, and the various tissues and components which form it.

When placing the heel of the foot at the front of an open shoe constructed in accordance with the present invention and sliding the shoe forward and/or the foot backward, this action directs the toes to lay out in a flat and normal position, thus maintaining unimpaired circulation and not resulting in any swelling, both of which can occur in conventional shoes with conventional entry procedures. In accordance with one embodiment of the invention, the top of the shoe is connected to the base or sole by means of a zipper extending from the opening toward the base and partly around the shoe. In one embodiment, the zipper when closed is designed to be on the inside of the foot and at the opening that encircles the ankle (using the low rise style of shoe as an example in this case), and the zipper tab is pulled towards the front of the shoe, around the front of the shoe, and toward and alongside the outside of the foot. This is of course just one embodiment, and the zipper and zipper tab can be conveniently located on any part of the shoe so as to give effect to the purpose of the present invention, namely, to move at least a part of the top of the shoe away from the base or sole to provide easy access to the space when inserting the foot into the shoe. As long as the front of the shoe is opened up for heel entry, as will be described further below, the precise positioning of the zipper or other mechanism to effect opening and closing may vary according to the design of the shoe, and the preference of wearers who may have different needs and requirements. Regardless of the shoe style, the opening mechanism may be pulled down and towards the front and then across the entire front of the shoe thus allowing the entire front and top of the shoe to open away much like a flap.

This configuration or platform can be utilized for any and all shoe styles, from sneakers to boots to heels to dress shoes. While most of the accompanying drawings show for the most part a zipper configuration, it is not the only configuration that is available or may be used.

When a person has a disability, either from birth or by accident at some point in life, their needs tend to be viewed through a medical filter only. For example, a person who may have suddenly lost muscular control of his lower extremities would continue to desire normal and conventional comforts, as well as clothing and shoes which may be fashionable and stylish. These needs would not diminish, but often the emphasis is on treatment and rehabilitation while normal creature comforts and preferences may sometimes be overlooked. Those in wheelchairs with limited or no muscular control of their lower extremities still have a need for well-designed and comfortable shoes, and the present invention can be used in a wide range of shoe types and designs, providing practical comfort and access without sacrificing fashion and style, and without the shoe being clearly identifiable as some type of medical device. Therefore, a shoe constructed in accordance with the present invention allows the world of fashion and style to once again be opened up to persons who are disabled or those who are born with such disabilities.

The present invention therefore provides for a shoe which is both a medical device as well as an item of fashion, all in the same product. With this marriage of form following function pre-emptive accommodations in sizing for swelling

and incorrect extremity positioning may no longer be required.

In another arena completely, it appears that parents of small children can struggle significantly with putting shoes on little feet, specifically getting little toes to be pointed straight so the shoe can be put on correctly, and the foot and toes will be in a natural and unstressed position when inside the shoe. The utility of this shoe can also be used to accommodate this struggle by removing the need for co-operation with a 2 year old. Additionally the utility of this shoe technology will allow the structure of the shoe at and around the heel area from being broken down from normally muscularly functional wearers jamming their foot inside the shoe without sufficiently loosening the laces.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings:

FIG. **1** is a top perspective view of a shoe in the closed position in one embodiment of the invention;

FIG. **2** is a top perspective view of the shoe illustrated in FIG. **1** of the drawings, in the open position;

FIG. **3** is a side perspective view of a tall boot style shoe, in the closed position, in accordance with a further aspect of the invention;

FIG. **4** is a side perspective view of a sneaker style shoe, in the closed position, illustrating a tongue and laces to maintain a visually "normal" shoe, in accordance with a further aspect of the invention;

FIG. **5** is a side perspective view of a high heel style shoe, in the closed position, in accordance with a further aspect of the invention;

FIG. **6** is a side perspective view of a short boot style shoe, in the closed position, utilizing multiple fastener types for opening and closing the shoe in accordance with a further aspect of the invention;

FIGS. **7**A, **7**B, **7**C and **7**D are section views through a shoe of conventional style illustrating in series the insertion of a foot which may have limited or no muscular control into the shoe;

FIGS. **8**A, **8**B, **8**C and **8**D are section views through a shoe constructed in accordance with the present invention illustrating in series the insertion of a foot which may have limited or no muscular control into the shoe;

FIG. **9**, is a side perspective of the top member only detailing how the zipper fastener path drops below the top member and into the area that would be the sole of the shoe;

FIG. **10**, is a top side view of the shoe detailing the path of the top of the sole of the shoe and how the top member at the front of the shoe drops below the top of the sole, also shown is a self-concealing style zipper fastener;

FIG. **11**, is a side perspective of a shoe further detailing the zipper fastener path dropping below the top of the sole and into the actual sole;

FIG. **12**, is a top front perspective of a shoe in the open position showing the zipper fastener path and a barrier between the zipper and the front edge of the sole of the shoe, the barrier allows for the sock of a wearer to be protected from the zipper when the zipper is being engaged for closure;

FIG. **13**, is the front end of the sole of a shoe with no top member, showing the zipper embedded in the sole of the shoe, the zipper being below the top of the sole of the shoe is also detailed as well as a flexible barrier to keep any clothing material clear of the zipper when being closed;

FIG. **14**, is a cut away drawing of FIG. **13** showing the zipper fastener and barrier set down in the top of the sole at the front edge of the sole of the shoe;

FIG. **15**, is a top view of the front of the sole of the shoe without the top member with two barriers one being on either side of the zipper fastener, the inner barrier keeps clothing from the zipper teeth while the zipper is being closed while the outer barrier keeps the material of the top member itself from the zipper teeth while the zipper is being closed;

FIG. **16**, is a cut away drawing of FIG. **15** showing the zipper fastener and barriers on either side of the zipper set down in the top of the sole at the front edge of the sole of the shoe; and

FIG. **17**, is a cut away drawing of FIG. **16** showing the zipper fastener and barriers on either side of the zipper set down in the top of the sole at the front edge of the sole of the shoe along with the top member in place, the top member covering the zipper fastener with an extended flap of top member material.

## DETAILED DESCRIPTION OF THE INVENTION

Reference is now made to the accompanying drawings which illustrate a shoe in accordance with the present invention in various designs and styles. Note that the drawings herein show the potential range and application of a shoe of the present invention, and the invention is not to be considered in any way limited or restricted to the specific embodiments illustrated herein.

Reference is now made to FIG. **1** of the drawings which shows a shoe **1** in accordance with one aspect of the invention. The shoe **1** in this drawing is one of generally conventional style and size, but is adapted and configured to open and close in a unique way to facilitate easier insertion and removal of the foot from the shoe **1**. The shoe **1** comprises a top flap **2** which is mounted on a sole **4** which forms the base of the shoe **1** upon which the foot will rest when inserted in the shoe **1**. The top flap **2** comprises a side and bottom **3** which is fastened to the sole **4**. The shoe **1** further comprises foot entry opening **7** and an interior **8** or space for accommodating the foot.

A zipper **5** is formed within the top flap **2**, and extends from the rim which forms part of the ankle opening **7**. As seen in FIGS. **1** and **2** of the drawings, the zipper **5** extends from a starting point at the rim of the ankle opening **7**, continues gradually downwardly along the inside edge of the top flap **2**, and curves around the front **24** of the shoe **1**. As best seen in FIG. **2** of the drawings, the zipper **5** thereafter extends a short way around the outer side of the shoe **1**.

The opening and closing of the zipper **5** has the effect of opening the shoe **1** and providing access to the interior **8** of the shoe **1** in a manner which substantially facilitates putting on the shoe particularly, but also helps to remove the foot from the shoe more easily. In effect, and as is clearly illustrated in FIG. **2** of the drawings, the top flap **2** can be bent away from the sole **4** providing almost unfettered access to the upper part of the sole **4**. FIG. **1** shows the shoe **1** in the closed position in which the zipper **5** is closed, while FIG. **2** of the drawings shows the shoe **1** in the open or accessible position in which the zipper **5** has been completely unzipped to provide the simple and advantageous access as described, and enabling the foot to be placed within the shoe without having to the pushed through the ankle opening **7**. As will be described with reference to other figures herebelow, forcing the foot into the shoe through the ankle opening **7** may twist or scrunch the toes, especially for a person with disabilities or young children having less control over foot muscles, inhibiting circulation and causing possible swelling and discomfort.

FIG. **2** of the drawings shows that the top flap **2** can be opened or moved away from the upper part of the sole **4** by any desired amount, revealing and exposing the underside **9** of the top flap **2**. In this position, the shoe **1** is also in a much better position to facilitate airing and cleaning, as may be desired by the user.

The embodiment illustrated in FIGS. **1** and **2** show a shoe **1** which does not have laces or a tongue. In this embodiment, the opening **7** is provided for the ankle and the upper part of the sole **4** receives the foot. The zipper is exposed, and easily operated by a zipper tab **6** to open and close the shoe **1**. While the zipper **5** is exposed in this embodiment, it tends to run for the most part along the inside of the shoe, so that it is not as visible or obvious as it would be if it ran around the outside of the shoe. However, it is certainly within the scope of the present invention that the zipper **5** may be positioned in any convenient location on the shoe so as to give effect to the objective of the invention, namely, to provide a shoe where the top flap **2** can be moved relative to the sole **4** to provide the additional access, as described.

In FIG. **2** of the drawings, a user would typically insert the foot in the shoe by first placing the heel of the foot near the open front end, and either sliding the foot backward over the upper surface of the sole **4**, or sliding the shoe itself under the foot so that the heel of the foot moves over the upper surface of the sole **4** until it reaches the back of the shoe. With the foot properly and easily located in this way, the zipper **5** can be closed to fasten the top flap **2** to the sole **4** as illustrated in FIG. **1**, with the foot comfortably and naturally positioned within the shoe without distorting the foot.

Reference is now made to FIG. **3** of the drawings which shows the invention configured on a tall style boot, whereby the shoe can be adjusted between a closed position with the look of a normal conventional boot and an open position in which the top flap can be moved away to provide a much more substantial opening for improved access to the shoe. In FIG. **3**, the boot **1** has a sole **4** upon which is mounted a top flap **2** which includes the side and bottom portion **3**. The zipper **5** extends from the opening **7** all the way down the length of the boot, along the inside thereof and around the front of the boot **1**, and thereafter a short distance around the other side of the boot **1**, in a similar manner to that illustrated in FIG. **2** of the drawings.

The boot in FIG. **3** of the drawings is shown only in the closed position (as are the other embodiments and examples described below in FIGS. **4** to **6** of the drawings) . However, the principle and mechanism for zipping and unzipping the zipper **5** to close and open the shoe respectively is the same as that illustrated above, to thereby provide ready access so that the foot can be inserted in the boot **1** remaining in its natural an healthy extended position, and held in the boot in that way once the zipper **5** has been closed.

FIG. **4** of the drawings shows a sneaker style of shoe **1** which retains its laces **11** and tongue **12**. However, in this embodiment, the laces **11** and tongue **12** are more for cosmetic and design purposes and would not have any function in terms of putting on and removing the shoe **1**. In this embodiment, the entire combination of laces **11** and shoe tongue **12** are permanently sewn into place, which allows the sneaker to maintain its aesthetic looks, and present the normal look of a sneaker. However, the sneaker **1** has, as illustrated, a zipper **5** which extends from the opening **7** down the side of the sneaker **1**, around the front, and a short distance along the other side, as previously described, so that the top flap **2**, which in this case includes the shoelaces **11** and shoe tongue **12**, can be moved away when the zipper **5** has been unzipped. Ample access is thus provided so that the heel of foot can be moved from the front of the shoe towards the rear thereof, or, alternatively, the shoe can be pushed under the foot so the foot slides into the shoe. In yet another possibility, such as for those with some or limited muscular control over their toes and feet, the opening of the top flap **2** provides sufficient access so that the foot can simply be generally slipped in position on the sole **4**, adjusted to ensure proper location, and the zipper **5** closed so as to capture the foot within the sneaker **1**.

In FIG. **4**, it is also shown that the zipper can be smaller in size when needed. As already mentioned, the starting point for the zipper **5** at the opening **7** can be at any convenient location at the opening **7** and need not be at the precise points or locations as illustrated in any of the drawings.

FIG. **5** of the drawings shows a high heel type shoe with a "princess" style zipper **5**. This shoe **1** includes a high heel ***4a***, and a generally larger opening **7**, as is conventional for a woman's high heel shoe. In the embodiment illustrated in FIG. **5**, the zipper **5** has its starting point about midway along the opening **7**, and extends downwardly along the side of the shoe, and around the front thereof, as described. In the shoe **1** illustrated in this figure, material may be provided which actually covers the zipper making it more difficult to perceive with a casual glance. The material covering the zipper may actually be configured as part of the style and fashion of the shoe so as to make it even less obvious that the shoe has any special structure which facilitates easier and better access. Further, the zipper tab **6** can be of a decorative nature in an effort to further detract from its more utilitarian function.

FIG. **6** of the drawings shows a short boot shoe style **1**. The boot **1** has a sole **4**, a top flap **2**, laces **11** and a tongue **12**. While the laces **11** may be decorative and nonfunctional, they may also be functional in another embodiment, so that they can be loosened or tightened by the wearer to accommodate a foot and ankle of different sizes. In the latter case, the user would tend to set the laces once to configure the space specific to the size of their foot, if at all.

FIGS. **7A**, **7B**, **7C** and **7D** of the drawings show a cross-section through a conventional shoe, and illustrates some of the difficulties that may result when a person who may be disabled or paralyzed tries to push the foot into the shoe through the opening. FIG. **7A** shows a foot having a heel **20**, arch **22**, top **18**, ankle bone **21**, big toe **15** and toenail **17**. The big toe **15** has a top side of the first joint **16** and a bottom of the first joint **19**. The initial placement of the foot in the shoe through the opening continues normally until the opening of the shoe constrains the top of the foot **18** and the heel **20**, which is located over the back of the shoe. By further forcing the foot into the shoe, as illustrated in FIG. **7B**, the big toe **15** and other toes do not move easily, and the top of the foot **18** curves around. As seen in FIG. **7C**, further forcing of the foot into the shoe causes the big toe to become bent or curled into an unnatural position, and FIG. **7D** shows the foot inserted in the shoe with the toe hooked in an unnatural and uncomfortable position. Disabled or paralyzed persons would not have the ability to feel that the foot has been incorrectly placed in the shoe, but there may nevertheless be associated discomfort, swelling, as well as a reduction in circulation which may cause pain and even bruising.

FIG. **7** therefore illustrates the situation where a foot having no muscular control is being pushed into a normal shoe, and the subsequent effect on the toes, the arch, and the top of the foot. The foot becomes cramped and distorted within the shoe, and the toenail may be loosened or injured from rubbing the insole. The end of the toe can become calloused,

and the big toe joints may rub up against the shoe due to the absence of space. The joint in the big toe as well as all of the other toes are bent, impeding proper blood flow which may cause the swelling as mentioned above, leading to deterioration of the toe and foot tissue.

FIGS. **8**A, **8**B, **8**C and **8**D of the drawings illustrates the situation where a foot having no muscular control may be more easily and comfortably inserted in a shoe constructed in accordance with the present invention. In FIG. **8**A, with the top flap **2** in the open or unzipped position, the heel **20** of the foot is placed on the interior bottom of the shoe **8** at the front end thereof, and to which there is easy access. The shoe can then be moved forward in the direction of the arrow on the shoe, and/or the foot moved rearwardly in the direction of the arrow illustrated on the foot. FIG. **8**B shows an intermediate position with the heel **20** of the foot moving rearwardly towards the back of the shoe, while FIG. **8**C shows the foot in the near completed position and the toes in their natural state moving easily onto the interior bottom of the shoe. Finally, in FIG. **8**D, the shoe is comfortably positioned around the foot, with the ankle, arch and toes in a natural comfortable position, and the top flap **2** is closed by closing the zipper **5** to capture and hold the foot snugly within the shoe. With the shoe of the invention, being put on the foot in the manner sequentially illustrated in FIGS. **8**A, B, C and D of the drawings, there is little possibility of distortion, cramping or scrunching of the foot and toes. The health of the foot would therefore be preserved, and proper blood circulation can be achieved, while any swelling of the foot can be readily avoided or reduced.

FIG. **8** therefore clearly illustrates the effectiveness and operation of the reverse entry shoe, allowing the toes to maintain the straight joints that are important for robust circulation and tissue health. When the toes are rolled under the foot, such as shown in FIG. **7**D, the entire skeletal structure of the foot changes, the arch rises, and the top of the foot abuts against the top and tongue of the shoe causing an unnatural hump to the shape of the foot. This result can be readily and conveniently avoided entirely when a shoe constructed in accordance with the present invention is used.

FIG. **9** shows the top member of a shoe **50**, the moveable top member flap area **50**A, the foot entry opening **51**, the connection area **52**, as well as a zipper fastener path **53** and the area that the zipper fastener drops below the top member **54** itself and into the sole of the shoe **60**. The zipper fastener being embedded in the sole allows for the wearer's socks to not engage the zipper teeth when the foot slides into the shoe.

FIG. **10** shows the top member of a shoe **50**, the moveable top member flap area **50**A, the foot entry opening **51**, the connection area **52**, as well as a self-concealing zipper fastener **64**A, the area that the zipper fastener drops below the top member **54** itself and into the sole of the shoe **60**, and the top of the sole interior demarcation line **61**A. The zipper path allowing for a completely unimpeded path for the wearer from placing the heel of the foot on the open toe area of the top of the sole and continuing through the entire foot movement back or shoe movement forward until the heel of the wearer rests in the heel area of the shoe.

FIG. **11** illustrates a sneaker style shoe with an exposed zipper fastener **64** in the top member **50**, dropping into the sole **60** below the top of the sole demarcation line **61**A, the amount of drop indicated by the space **54**, this drop in feature removes all mental attention from ones socks getting snagged on the zipper teeth.

The moveable top member portion **50**A having laces **70** and a tongue **71** as a conventional shoe which can be utilized to further adjust the fit of the shoe if needed.

FIG. **12** Shows a shoe in the top member moveable portion in the open position exposing the zipper fastener **64**, the surface the zipper fastener is embedded into in the top of the sole **61**, a flexible barrier **63** positioned between the teeth of the zipper fastener **64** and the front edge of the sole of the shoe **61**. The barrier thickness **63** allows for flexibility along with a level of rigidity which allows the barrier to regain its original form once a foot has passed over it. The barrier **63** keeps the front most portion of the wearer's sock from becoming engaged in the zipper when the removable top member of the shoe is moved to the closed position.

FIG. **13** illustrates the front toe portion of the sole of the shoe **60** clear of the top member to further detail the zipper fastener embedment ledge **62**, the zipper fastener teeth **64**A embedded in the sole **60**, and the barrier **63**. Clearly detailed in the difference in height between the top of the sole of the shoe **61** and the top of the zipper teeth **64**A as well as the difference in height between the top of the barrier **63** and the top of the sole **61**. The relationships of these three components converge to assist in keeping material out of the zipper teeth **64**A as they engage for closure.

FIG. **14** shows in cut away view the front end portion of the sole of the shoe. This cut away allows for viewing of the zipper fastener engagement groove **66**, and the barrier engagement groove **65**.

FIG. **15** details the front top of sole of the shoe showing the top of the sole **61**, the top of the zipper fastener teeth **64**B, an inner flexible barrier **63**, and an outer flexible barrier **67**. The inner flexible barrier **63** works much as described in FIG. **14**, while the outer flexible barrier **67** provides clearance protection from the top member material engaging the zipper fastener while closing the moveable portion of the top member.

FIG. **16** illustrates in cut away view the inner barrier **63** embedment groove **68** in the sole **60** of the shoe, and the outer barrier **67** embedment groove **69** in the sole **60** of the shoe.

FIG. **17** details in cut away view how the moveable portion of the top member **50**A is kept clear of the zipper fastener teeth **64**A by the outer flexible barrier **67**. This configuration allows the wearer to have no concerns about socks or the moveable portion engaging the zipper fastener while closing the shoe.

Throughout this description, the embodiments and examples shown should be considered as exemplars, rather than limitations on the apparatus and procedures disclosed or claimed. Although many of the examples presented herein involve specific combinations of method acts or system elements, it should be understood that those acts and those elements may be combined in other ways to accomplish the same objectives. Acts, elements and features discussed only in connection with one embodiment are not intended to be excluded from a similar role in other embodiments.

As used herein, "plurality" means two or more. As used herein, a "set" of items may include one or more of such items. As used herein, whether in the written description or the claims, the terms "comprising", "including", "carrying", "having", "containing", "involving", and the like are to be understood to be open-ended, i.e., to mean including but not limited to. Only the transitional phrases "consisting of" and "consisting essentially of", respectively, are closed or semi-closed transitional phrases with respect to claims. Use of ordinal terms such as "first", "second", "third", etc., in the claims to modify a claim element does not by itself

connote any priority, precedence, or order of one claim element over another or the temporal order in which acts of a method are performed, but are used merely as labels to distinguish one claim element having a certain name from another element having a same name (but for use of the ordinal term) to distinguish the claim elements. As used herein, "and/or" means that the listed items are alternatives, but the alternatives also include any combination of the listed items.

The invention claimed is:

1. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a lateral side and a medial side and mounted on the sole, the top member and the sole defining a space therebetween configured to receive a foot, the top member further having a foot opening with a distal end and a proximal end and a medial side and a lateral side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member; and

a single fastening means in a form of one continuous zipper fastener located in the top member with zipper teeth positioned vertically,

the zipper fastener extending from a starting point on the medial side of a foot opening, traversing the medial side of the top member at a descending angle towards the connection area before the medial side of the top member becomes the distal front end portion and dropping below the connection area embedding in the sole, a top of the zipper teeth being below a top of the sole, a flexible barrier embedded into the sole next to the zipper fastener between the zipper fastener teeth and a front most edge of the an inner compartment space that receive a foot, extending above the zipper teeth keeping non shoe related material out of the zipper teeth,

the zipper fastener continuing across the distal front end portion of the shoe below the connection area, to where the distal front end portion becomes the lateral side of the top member and then traversing the lateral side of the top member below the connection area, the zipper fastener traveling in a direction towards the proximal heel end portion of the shoe to a zipper termination point located before a distal end of the foot opening on the lateral side of the top member,

such that the fold back portion of the top member is movable between a first position where the space is closed when the zipper fastener is closed to the foot opening starting point and a second position where the space is open when the zipper fastener is unzipped to the zipper termination point thereby allowing the fold back portion of the top member to be folded back while the fixed portion of the top member is positioned to provide foot access to the space when the zipper fastener is open,

the zipper fastener permitting a single and continuous motion to move completely from the foot opening starting point to the zipper termination point to allow opening of the space and providing foot access to the space, and from the zipper termination point to the foot opening starting point to allow closing of the space, respectively.

2. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a lateral side and a medial side and mounted on the sole, the top member and the sole defining a space therebetween configured to receive a foot, the top member further having a foot opening with a distal end and a proximal end and a medial side and a lateral side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member; and

a single fastening means in a form of one continuous zipper fastener located in the top member with zipper teeth positioned vertically,

the zipper fastener extending from a starting point on the lateral side of the foot opening, traversing the lateral side of the top member at a descending angle directly towards the connection area before the lateral side of the top member becomes the distal front end portion and dropping below the connection area embedding in the sole, a top of the zipper teeth being below the top of the sole, a flexible barrier

embedded into the sole next to the zipper fastener between the zipper fastener teeth and a front most edge of an inner compartment space that receive a foot, extending above the zipper teeth keeping non shoe related material out of the zipper teeth,

the zipper fastener continuing across the distal front end portion of the shoe below the connection area, to where the distal front end portion becomes the medial side of the top member and then traversing the medial side of the top member below the connection area, the zipper fastener traveling in a direction towards the proximal heel end portion of the shoe to a zipper termination point located midway between the distal front end portion of the shoe and a distal end of the foot opening on the medial side of the top member,

such that the fold back portion of the top member is movable between a first position where the space is closed when the zipper fastener is closed to the foot opening starting point and a second position where the space is open when the zipper fastener is unzipped to the zipper termination point thereby allowing the fold back portion of the top member to be folded back while the fixed portion of the top member is positioned to provide foot access to the space when the zipper fastener is open,

the zipper fastener permitting a single and continuous motion to move completely from the foot opening starting point to the zipper termination point to allow opening of the space and providing foot access to the space, and from the zipper termination point to the foot opening starting point to allow closing of the space, respectively.

3. A shoe comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a lateral side and a medial side and mounted on the sole, the top member and the sole defining a space therebetween configured to receive a foot, the top member further having a foot opening with a distal end and a proximal end and a medial side and a lateral side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of

the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member; and

a single fastening means in a form of one continuous zipper fastener located in the top member with zipper teeth positioned vertically,

a zipper fastener extending from a starting point on the medial side of a foot opening, traversing the medial side of the top member at a descending angle towards the connection area before the medial side of the top member becomes the distal front end portion and dropping below the connection area embedding in the sole, a top of the zipper teeth being below the top of the sole, two flexible barriersembedded in the sole one on either side of the zipper fastener, a first barrier positioned between the zipper fastener and a distal edge of a front most edge of an inner compartment space that receive a foot running in parallel with the zipper and a second barrier positioned on an opposite side of the zipper fastener from the first barrier also running in parallel with the zipper fastener, the first and second barriers extending above the zipper teeth keeping non shoe related material out of the zipper teeth,

the zipper fastener continuing across the distal front end portion of the shoe below the connection area, to where the distal front end portion becomes the lateral side of the top member and then traversing the lateral side of the top member below the connection area, the zipper fastener traveling in a direction towards the proximal heel end portion of the shoe to a zipper termination point located between the distal front end portion of the shoe and a distal end of the foot opening on the lateral side of the top member,

such that the fold back portion of the top member is movable between a first position where the space is closed when the zipper fastener is closed to the foot opening starting point and a second position where the space is open when the zipper fastener is unzipped to the zipper termination point thereby allowing the fold back portion of the top member to be folded back while the fixed portion of the top member is positioned to provide foot access to the space when the zipper fastener is open,

the zipper fastener permitting a single and continuous motion to move completely from the foot opening starting point to the zipper termination point to allow opening of the space and providing foot access to the space, and from the zipper termination point to the foot opening starting point to allow closing of the space, respectively.

4. A shoe as comprising:

a sole having an upper surface with an outer edge and a lower surface;

a top member having a distal front end portion, a proximal heel end portion, a lateral side and a medial side and mounted on the sole, the top member and the sole defining a space therebetween configured to receive a foot, the top member further having a foot opening with a distal end and a proximal end and a medial side and a lateral side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member; and

a single fastening means in a form of one continuous zipper fastener located in the top member with the zipper teeth positioned vertically,

the zipper fastener extending from a starting point on the lateral side of the foot opening, traversing the lateral side of the top member at a descending angle towards the connection area before the lateral side of the top member becomes the distal front end portion and dropping below the connection area embedding in the sole, a top of the zipper teeth being below a top of the sole, two flexible barriers embedded in the top of the sole one on either side of the zipper fastener, a first barrier positioned between the zipper fastener and a distal edge of a front most edge of an inner compartment space that receive a foot running in parallel with the zipper fastener, and a second barrier positioned on the an opposite side of the zipper fastener from the first also running in parallel with the zipper fastener, the first and second barriers extending above the zipper teeth, keeping non shoe related material out of the zipper teeth,

the zipper fastener continuing across the distal front end portion of the shoe below the connection area, to where the distal front end portion becomes the medial side of the top member and then traversing the medial side of the top member below the connection area, the zipper fastener traveling in a direction towards the proximal heel end portion of the shoe to a zipper termination point located between the distal front end portion of the shoe and a distal end of the foot opening on the medial side of the top member,

such that the fold back portion of the top member is movable between a first position where the space is closed when the zipper fastener is closed to the foot opening starting point and a second position where the space is open when the zipper fastener is unzipped to the zipper termination point thereby allowing the fold back portion of the top member to be folded back while the fixed portion of the top member is positioned to provide foot access to the space when the zipper fastener is open,

the zipper fastener permitting a single and continuous motion to move completely from the foot opening starting point to the zipper termination point to allow opening of the space and providing foot access to the space, and from the zipper termination point to the foot opening starting point to allow closing of the space, respectively.

* * * * *

**EXHIBIT E**

US011849806B1

(12) **United States Patent**
**Baker**

(10) **Patent No.: US 11,849,806 B1**
(45) **Date of Patent: Dec. 26, 2023**

(54) **SHOE**

(71) Applicant: **Scott Baker**, Sherman Oaks, CA (US)

(72) Inventor: **Scott Baker**, Sherman Oaks, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/115,613**

(22) Filed: **Feb. 28, 2023**

**Related U.S. Application Data**

(62) Division of application No. 16/267,130, filed on Feb. 4, 2019, now abandoned.

(51) **Int. Cl.**

| | |
|---|---|
| ***A43B 3/26*** | (2006.01) |
| ***A43B 23/02*** | (2006.01) |
| ***A43B 3/24*** | (2006.01) |
| ***A43B 3/02*** | (2006.01) |
| ***A43C 11/12*** | (2006.01) |
| ***A43B 23/04*** | (2006.01) |
| *A43B 5/00* | (2022.01) |

(52) **U.S. Cl.**
CPC ............ ***A43B 23/0245*** (2013.01); ***A43B 3/02*** (2013.01); ***A43B 3/242*** (2013.01); ***A43B 3/26*** (2013.01); ***A43B 23/047*** (2013.01); ***A43C 11/12*** (2013.01); *A43B 5/00* (2013.01)

(58) **Field of Classification Search**
CPC .......... A43B 23/047; A43B 3/242; A43B 3/26
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,211,127 A * | 1/1917 | Fox | A43B 23/047 36/51 |
| 3,040,454 A * | 6/1962 | Topper | A43B 23/047 69/21 |
| 3,389,481 A * | 6/1968 | England | A43B 3/26 36/97 |
| 3,765,409 A * | 10/1973 | Merkle | A43B 3/02 36/89 |
| RE34,661 E * | 7/1994 | Grim | A43B 7/20 128/DIG. 20 |
| 9,516,920 B1 * | 12/2016 | DeRose | A43B 3/26 |
| 10,178,893 B1 * | 1/2019 | Baker | A43B 23/0245 |
| 10,779,607 B1 * | 9/2020 | Chandel | A43B 13/141 |
| 2004/0107604 A1 * | 6/2004 | Ha | A43B 3/26 36/97 |
| 2005/0126044 A1 * | 6/2005 | Langley | A43B 19/00 36/89 |
| 2010/0199522 A1 * | 8/2010 | Hwang | A43B 23/047 36/102 |
| 2012/0180338 A1 * | 7/2012 | Lin | A43B 9/02 36/56 |
| 2015/0173449 A1 * | 6/2015 | Weitzman | A43B 3/04 36/102 |
| 2018/0235312 A1 * | 8/2018 | Hanft | A43B 13/16 |
| 2020/0268106 A1 * | 8/2020 | Blanche | A43B 11/00 |

* cited by examiner

*Primary Examiner* — Marie D Bays

(57) **ABSTRACT**

A shoe comprises a sole having an upper surface and a lower surface, and a top member having an outer surface and an inner surface and mounted on the sole. The top member and sole to together define a space for receiving a foot, and the top member further comprises an opening. A fastener is provided in the top member and extends from the opening and continues over the top member such that a portion of the top member is movable between a first position in which the space is substantially closed and a second position in which a portion of the top member is folded back from the sole to provide access to the space, and further comprising areas with controllable expansion to accommodate an ankle or foot brace.

**2 Claims, 26 Drawing Sheets**





FIG. 1



FIG. 2

U.S. Patent          Dec. 26, 2023          Sheet 3 of 26          US 11,849,806 B1



11

FIG. 3



FIG. 4



13

FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11

FIG. 12



FIG. 11A

FIG. 12A



FIG. 13



FIG. 14



FIG. 15A
43
40
41
42
2
45
44
FIG. 15B
46
47
FIG. 15C
48
FIG. 15D
48
49



FIG. 16A

FIG. 16B

FIG. 16C

FIG. 16D



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25

FIG. 26



FIG. 27



FIG. 28

# SHOE

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a Divisional of U.S. patent application Ser. No. 16/267,130 filed Feb. 4, 2019, the contents of which are incorporated by reference herein in their entirety.

## FIELD AND BACKGROUND OF THE INVENTION

This invention relates to a shoe. More particularly, the invention relates to a shoe which is configured and constructed so that it may be placed on the foot of the wearer in a more convenient manner. While the invention may be used in many applications, and certainly has a mainstream use for all or most people, its particular construction may be of special benefit to handicapped or disabled people. In this regard, the invention offers a simpler and more natural way to place the foot within the shoe, and may be advantageous for people who have a reduced response to touch on the foot, or a loss of muscular control in the foot, are paralyzed at the foot, or have other medical issues with their feet that require them to wear a foot, ankle, or lower leg brace.

A conventional closed shoe comprises a sole and a top member stitched or otherwise fastened to the sole. The top member will typically create a chamber or housing area for the foot, and have an opening through which the foot accesses the chamber. In many shoes, the opening may be of adjustable size so that it can be larger when inserting the foot, and reduced in size when the foot is inside the shoe. The opening is adjusted by the user by means of shoelaces, hook and loop straps or elasticized portions around the opening, to name some examples.

The opening in the top member of a conventional shoe is positioned such that the foot must be inserted into the chamber or housing area for the foot through the opening toes first, followed by the remainder of the foot and then the heel is pushed down into the shoe until it contacts the sole. In many cases, this will work well and the average person is able to position and wiggle the toes and foot so that it is properly contained within the generally snug fitting chamber or housing. However, the wearer must have the capacity and ability to flex and move the foot and toes to put on the conventional shoe. This may be a particular challenge for a person who may have muscular weakness of the foot or legs or is in fact paralyzed with no feeling or functional movement in their feet or toes, or those with conditions that require a medical brace for toe, foot, or ankle stability, the aforementioned braces require additional accommodating space in certain areas of the shoe for entry. While a conventional shoe can be large enough to allow a brace to enter the shoe the size required to accommodate a brace would be too large in all the other areas of the shoe. While most people take for granted the ability to use the foot as necessary to put on a shoe, there are many who lack this ability due to foot paralysis or some other medical condition, or young age, and conventional shoes with the type of opening as described above will therefore be difficult to navigate. It is conceivable that a person with a paralyzed foot may be able to squeeze the foot into the shoe, however without the ability to control and straighten their toes when pushing a foot into a shoe would end up with toes being bent over or twisted, the user not even knowing this would nevertheless have to deal with possible consequences including reduced circulation and swelling, swelling which leads to a further reduction in

circulation, potential pain, and a deterioration of extremity health. The longer the foot is in an unnatural position the worse the condition becomes.

This invention allows for the entire front and top of the shoe to open up and out of the way thus allowing the wearer to slide the front of the shoe across the bottom of the foot starting at the wearer's heel and moving towards the toes. By moving the shoe in this direction, it automatically maintains the toes in the correct and flat and natural position, which is essential for proper circulation and continued health of the foot, additionally the invention has several areas that are self-expanding and several areas that are wearer adjustable allowing the correct size shoe for the wearer's foot to also expand only in the areas needed for where a brace would be positioned inside the shoe once the shoe is closed.

## SUMMARY OF THE INVENTION

According to one aspect of the invention, there is provided a shoe comprising: a sole having an upper surface and a lower surface; a top member having an outer surface and an inner surface and mounted on the sole, the top member and sole defining a space for receiving a foot, the top member further having a foot entry opening; a fastener in the top member extending from the foot entry opening and continuing over the top member such that a portion of the top member is movable between a first position in which the space is substantially closed and a second position in which a portion of the top member is folded back from the sole to provide complete access to the space; and self-expanding areas in different locations of the top member to accommodate different toe, foot, and ankle braces.

In one embodiment, the foot entry opening in the top member is located at one end of the shoe and sized so as to permit the leg or ankle of the wearer to extend therethrough. The fastener may comprise a zipper, a hook and loop fastener, a combination thereof, or some other structure such as a snap.

Preferably, the fastener commences in the top member at the opening thereof, extends from the opening towards the sole near the front of the shoe, continues around the front of the top member near the junction of the top member and sole and continues in the top member partially along the opposite side of the shoe.

In one embodiment the top member of the shoe can also incorporate several self-expanding areas on the top member from the toe area towards the foot opening area, these expanding areas allow for braces that cover the top of the wearer's toes and only expand around where the brace needs additional room thus not requiring a completely larger size shoe that the wearer requires.

In another embodiment the top member of the shoe can also incorporate a self-expanding vertical strip in the center of the heel portion of the top member allowing for accommodating an ankle brace, additionally incorporating a lacing around the foot opening to control the heel expansion once the brace is in place inside the shoe.

In yet another embodiment the top member of the shoe can also incorporate an additional vertical lacing on the opposite side of the foot opening from the zipper fastener opening position allowing for a more specialized type of brace to be utilized inside the shoe.

In another embodiment the top member has vertical expandable areas on either one or both sides of the foot opening area as well as a securement cover flap for each expandable area which enhances structural stability into the upper edge of the foot opening.

In still another embodiment, the shoe has a heel end, a generally opposite front end, an inner side and an outer side, the opening being located near the heel end, the fastener commencing in the top member at the opening thereof, extends from the opening toward the sole near the front end of the shoe, and continues in the top member around the front end thereof and partially along the opposite side of the shoe.

In still another embodiment the shoe being a tall boot style and facilitating the entire top section of the foot area and up the tall portion of the front and side of the boot opening up and moving off to one side like a flap there is also on one or both sides an expandable area from the sole to above the ankle position area that allows for the wearer to have their brace accommodated for, each expandable area having a cover flap that enhances support to the expanded area once the boot style shoe is in the fastened and closed position and on the wearers foot.

The shoe may comprise many different styles, from boot styles to sneakers styles, and from high heels to casual dress, all of which can utilize one of many fastener options from a zipper to a hook and loop material, the fastening means can be exposed or hidden and the pull tab can be strictly utilitarian or expressingly decorative, furthermore many of these aforementioned styles of shoes can also incorporate laces for further adjusting the fit or for additional fashion.

This invention therefore relates to a shoe with a unique structure and configuration which enables it to be placed on the foot and removed therefrom in a more convenient manner which also facilitates healthy and natural foot and toe placement while also accommodating several types of foot, ankle, and toe support braces.

The invention provides for a shoe having a base or sole, a top mounted on the sole so that sole and top together define a space for receiving a foot, an opening on the top, and fastening means whereby at least a part of the top may be selectively separated from the sole to allow the foot to be inserted into or removed from the shoe, and fastened to the sole when the foot is in the space defined by the shoe so as to keep the foot securely within the space.

For the most part, when a person puts on shoes, he or she without even giving it much conscious thought is holding their toes out straight and sliding the foot into the shoe. Without muscular control, the toes are likely to bend under, fold and bind. When the toes are in a folded position, the entire skeletal structure of the foot must make adjustments. An inherent problem in this regard is the restricted circulation of blood that may occur, and with this restriction comes the swelling of tissue. These conditions may have a domino or compounding effect, in that the more the foot swells, the more restriction is likely, in turn producing yet more swelling. This of course leads to the diminished health of the foot, and the various tissues and components which form it.

When placing the heel of the foot on the sole of a shoe at the front of an open shoe constructed in accordance with the present invention and sliding the shoe forward and/or the foot backward, this action directs the toes to lay out in a flat and normal healthy position, thus maintaining unimpaired circulation and not resulting in any swelling, both of which can occur in conventional shoes with conventional entry procedures. In one embodiment, the zipper when closed is designed to be on one side of the shoe at the opening that encircles the ankle (using the low rise style of shoe as an example in this case), and the zipper tab is pulled at an angle towards the front of the shoe where the top member connects to the sole, around the front of the shoe, and toward and along the other side of the shoe. The zipper and zipper tab can be conveniently located on any part of the shoe so as to give effect to the purpose of the present invention, namely, to move at least a part of the top of the shoe away from the base or sole to provide easy access to the space when inserting the foot into the shoe. As long as the front of the shoe is opened up for heel entry, as will be described further below, the precise positioning of the zipper or other mechanism to effect opening and closing may vary according to the design of the shoe, and the preference of wearers who may have different needs and requirements. Regardless of the shoe style, the opening mechanism may be pulled at an angle towards connection area at the front and then across the entire front of the shoe thus allowing the entire front and top of the shoe to open away much like a flap.

This configuration or platform can be utilized for any and all shoe styles, from sneakers to boots to heels to dress shoes. While most of the accompanying drawings show for the most part a zipper configuration, it is not the only configuration that is available or may be used.

When a person has a disability, either from birth or by accident at some point in life, their needs tend to be viewed through a medical filter only. For example, a person who may have suddenly lost muscular control of his lower extremities would continue to desire normal and conventional comforts, as well as clothing and shoes which may be fashionable and stylish. These needs would not diminish, but often the emphasis is on treatment and rehabilitation while normal creature comforts and preferences may sometimes be overlooked. Those in wheelchairs with limited or no muscular control of their lower extremities still have a need for well-designed and comfortable shoes, and the present invention can be used in a wide range of shoe types and designs, providing practical comfort and access without sacrificing fashion and style, and without the shoe being clearly identifiable as some type of medical device. Those that require a foot, toe, or ankle brace for structural support have an additional layer of complications with a convention shoe being a conventional shoe would need to be several sizes larger than the wearer's foot to accommodate the brace, leaving too much space in the shoe around the foot while also looking abnormally large for the persons physical size and probably drawing unwanted attention.

Therefore, a shoe constructed in accordance with the present invention allows the world of fashion and style to once again be opened up to persons who are disabled or those who are born with such disabilities.

The present invention therefore provides for a shoe which is both a medical device as well as an item of fashion, all in the same product. With this marriage of form following function pre-emptive accommodations in sizing for swelling and incorrect extremity positioning may no longer be required.

In another arena completely, it appears that parents of small children can struggle significantly with putting shoes on little feet, specifically getting little toes to be pointed straight so the shoe can be put on correctly, with the foot and toes in a natural and healthy position when inside the shoe, even more complicated if the youngster has specific health concerns that require a type of foot brace. The utility of this shoe can also be used to accommodate this struggle by removing the need for co-operation with a 2 year old.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings:

FIG. 1 is a top perspective view of a shoe in the closed position in one embodiment of the invention;

FIG. 2 is a top perspective view of the shoe illustrated in FIG. 1 of the drawings, in the open position;

FIG. 3 is a top perspective view of the shoe, in the closed position, with several self-expanding vent area in the top member incorporated in a front to back position, those vent areas being in a tight unstretched state, in accordance with a further aspect of the invention;

FIG. 4 is a top perspective view of the shoe, in the closed position, with several self-expanding vent area in the top member incorporated in a front to back position, those vent areas being in an expanded state, in accordance with a further aspect of the invention;

FIG. 5 is a top perspective view of the shoe, in the closed position, with a single self-expanding vent area positioned along the zipper fastener path, above the zipper fastener, and running around the entire front toe end position of the top member of the shoe, the vent area being in a tight unstretched state, in accordance with a further aspect of the invention;

FIG. 6 is a top perspective view of the shoe, in the closed position, with a single self-expanding vent area positioned along the zipper fastener path, above the zipper fastener, and running around the entire front toe end position of the top member of the shoe, the vent area being in an expanded state, in accordance with a further aspect of the invention;

FIG. 7 is a top perspective view of the shoe, in the closed position viewed from the opposite side of the foot opening that incorporates the zipper fastener starting position, with a vertical limited expansion self-expanding vent and a horizontal limited expansion self-expanding vent, both vents in a unstretched state, in accordance with a further aspect of the invention;

FIG. 8 is a top perspective view of the shoe, in the closed position viewed from the opposite side of the foot opening that incorporates the zipper fastener starting position, with a vertical limited expansion self-expanding vent and a horizontal limited expansion self-expanding vent, both vents in an expanded state, in accordance with a further aspect of the invention;

FIG. 9 is a top perspective view of the shoe, in the closed position viewed from the opposite side of the foot opening that incorporates the zipper fastener starting position, with a vertical self-expanding vent in an unstretched state, and lace holes for threading a lace to limit the amount of expansion when used, in accordance with a further aspect of the invention;

FIG. 10 is a top perspective view of the shoe, in the closed position viewed from the opposite side of the foot opening that incorporates the zipper fastener starting position, with a vertical self-expanding vent in an expanded state, with a lace used to adjust the amount of expansion of the vent, in accordance with a further aspect of the invention;

FIG. 11 is a rear perspective of the shoe, in the closed position, with a vertical self-expanding vent positioned in the center of the rear of the shoe in an unstretched state, in accordance with a further aspect of the invention;

FIG. 12 is a rear perspective of the shoe, in the closed position, with a vertical self-expanding vent positioned in the center of the rear of the shoe in an expanded state, in accordance with a further aspect of the invention;

FIG. 13 is a side view of a foot brace structurally supporting the ankle;

FIG. 14 is a side view of a foot brace structurally supporting an ankle and protecting toes;

FIGS. 15A, 15B, 15C and 15D are section views through a shoe of conventional style illustrating in series the insertion of a foot which may have limited or no muscular control into the shoe; and

FIGS. 16A, 16B, 16C and 16D are section views through a shoe constructed in accordance with the present invention illustrating in series the insertion of a foot which may have limited or no muscular control into the shoe.

FIG. 17 is a side view detailing the vertical self-expanding stretch band down the side of the ankle opening on the opposite side of the fastening means, also shown is the zipper termination point.

FIG. 18 details a side view of a cover flap which secures the self-expanding area once that area has adjusted to suit the wearers brace spatial needs inside the shoe.

FIG. 19 shown in side view details the cover flap in the open position exposing the fastening means and the self-expanding material.

FIG. 20 shown in side view describes the self-expanding vertical band on the same side of the ankle opening as the starting position of the zipper fastening means, as well as the cover flap which also covers a portion of the zipper itself.

FIG. 21 shown in top view shows the zipper fastener on one side of the ankle opening and the self-expanding material on the other side. The self-expanding material in the non-expanded position with the ankle opening's shape taking a normal shape.

FIG. 22 shown in top view shows the zipper fastener on one side of the ankle opening and the self-expanding material on the other side. The self-expanding material in the expanded position with the ankle opening's shape taking a shape that is increased in size to a normal ankle opening shape.

FIG. 23 shown in side view is a tall boot style details a side view of a cover flap which secures the self-expanding area once that area has adjusted to suit the wearers brace spatial needs inside the shoe.

FIG. 24 shown in side view is a tall boot style shown in side view details the cover flap in the open position exposing the fastening means and the self-expanding material.

FIG. 25 shown in top view a sneaker type shoe having a self-expanding vertical band and securement cover flaps installed on both sides of the top member.

FIG. 26 shown in top view a sneaker type shoe having a self-expanding vertical band and securement cover flaps installed on both sides of the top member.

FIG. 27 details a side view of a cover flap which secures the self-expanding area once that area has adjusted to suit the wearers brace spatial needs inside the shoe.

FIG. 28 shown in side view details the cover flap in the open position exposing the fastening means and the self-expanding material.

## DETAILED DESCRIPTION OF THE INVENTION

Reference is now made to the accompanying drawings which illustrate a shoe in accordance with the present invention. Note that the drawings herein show the present invention's ability to accommodate a wearer with limited foot, toe, or lower leg muscular control or feeling, as well as the wearer that additionally requires a type of foot brace for structural stability, both of these main functions of the current invention shown in the drawings can be utilized on every style of closed or partially closed shoe design, and the invention is not to be considered in any way limited or restricted to the specific embodiments illustrated herein.

Reference is now made to FIG. **1** of the drawings which shows a shoe **1** in accordance with one aspect of the invention. The shoe **1** in this drawing is one of generally conventional style and size, but is adapted and configured to open and close in a unique way to facilitate easier insertion and removal of the foot from the shoe **1**. The shoe **1** comprises a top flap **2** which is mounted on a sole **4** which forms the base of the shoe **1** upon which the foot will rest when inserted in the shoe **1**. The top flap **2** comprises a side and bottom **3** which is fastened to the sole **4**. The shoe **1** further comprises a foot entry opening **7** and an interior **8** or space for accommodating the foot.

A zipper **5** is formed within the top flap **2**, and extends from the rim which forms part of the foot entry opening **7**. As seen in FIGS. **1** and **2** of the drawings, the zipper **5** extends from a starting point at the rim of the foot entry opening **7**, continues gradually downwardly along the side edge of the top flap **2**, and curves around the front of the shoe **1**. As best seen in FIG. **2** of the drawings, the zipper **5** thereafter extends a short way around the other side of the shoe **1**.

The opening and closing of the zipper **5** has the effect of opening the shoe **1** and providing access to the interior **8** of the shoe **1** in a manner which substantially facilitates ease of putting on the shoe, but also helps to remove the foot from the shoe more easily. In effect, and as is clearly illustrated in FIG. **2** of the drawings, the top flap **2** can be bent away from the sole **4** providing almost unfettered access to the upper part of the sole **4**. FIG. **1** shows the shoe **1** in the closed position in which the zipper **5** is closed, while FIG. **2** of the drawings shows the shoe **1** in the open or accessible position in which the zipper **5** has been completely unzipped to provide the simple and advantageous access as described, and enabling the foot to be placed within the shoe without having to the pushed through the foot entry opening **7**. As will be described with reference to other figures herebelow, forcing the foot into the shoe through the foot entry opening **7** may twist or bend the toes, especially for a person with disabilities or young children having less control over foot muscles, inhibiting circulation and causing possible swelling and discomfort.

FIG. **2** of the drawings shows that the top flap **2** can be opened or moved away from the upper part of the sole **4** by any desired amount, revealing and exposing the underside **10** of the top flap **2**. In this position, the shoe **1** is also in a much better position to facilitate airing and cleaning, as may be desired by the user.

The embodiment illustrated in FIGS. **1** and **2** show a shoe **1** which does not have laces or a tongue. In this embodiment, the opening **7** is provided for the foot to enter and the upper part of the sole **4** receives the foot. The zipper is exposed, and easily operated by a zipper tab **6** to open and close the shoe **1**. While the zipper **5** is exposed in this embodiment, the zipper may be such a style that hides itself within its own design. Additionally, it is certainly within the scope of the present invention that the zipper **5** may be positioned in any convenient location on the shoe so as to give effect to the objective of the invention, namely, to provide a shoe where the top flap **2** can be moved relative to the sole **4** to provide the additional access, as described.

In the illustration shown in FIG. **2** of the drawings, a user would typically insert the foot in the shoe by first placing the heel of the foot near the open front end, and either sliding the foot backward over the upper surface of the sole **4**, or sliding the shoe itself under the foot so that the heel of the foot moves over the upper surface of the sole **4** until it reaches the back of the shoe. With the foot properly and easily located in this way, the zipper **5** can be closed to fasten the top flap **2** to the sole **4** as illustrated in FIG. **1**, with the foot comfortably and naturally positioned within the shoe without distorting the foot.

Reference is now made to FIG. **3** of the drawings which shows the current invention from FIG. **1** configured with several additional self-expanding vent areas **11** running front to back along the top flap and are shown in an unstretched position, these vents allow for a wearer with any type of foot brace to utilize a shoe that is sized for their foot while the self-expanding vent areas **11** will conform as needed to accommodate any additional space a brace may require.

Reference is now made to FIG. **4** of the drawings which shows the current invention from FIG. **3** configured with several additional self-expanding vent areas **12** running front to back along the top flap and are shown in an expanded position creating additional interior space for a specific type of brace while allowing the wearer the correct size shoe for the foot instead of having to utilize a larger size to accommodate a brace.

Reference is now made to FIG. **5** of the drawings which shows the current invention from FIG. **1** configured with a self-expanding vent area **13** positioned just above the zipper fastener in an unstretched state, starting forward of the foot entry opening and traversing towards and around the front of the shoe and partially along the other side of the shoe ending before the zipper termination point, allowing for additionally space to be available internally for a specific type of foot brace without requiring a larger size shoe than the wearer requires.

Reference is now made to FIG. **6** of the drawings which shows the current invention from FIG. **5** configured with a self-expanding vent area **14** positioned just above the zipper fastener in an expanded state, starting forward of the foot entry opening and traversing towards and around the front of the shoe and partially along the other side of the shoe ending at or before the zipper termination point, allowing for additionally space to be available internally for a specific type of foot brace without requiring a larger size shoe than the wearer requires.

Reference is now made to FIG. **7** of the drawings which shows the current invention from FIG. **1** configured with a vertical self-expanding vent area **15** and a horizontal self-expanding vent area **16** positioned on the opposite side of the foot entry opening that incorporates the zipper fastener starting point, the horizontal vent **16** located just above the connection area and the vertical vent **15** located in the midline of the horizontal vent. Both vents are in an unstretched state and positioned within the top member to accommodate a specific type of brace that requires a smaller amount of additional space only in a certain area allowing the wearer of a foot brace to utilize the correct size shoe for their foot instead of buying an oversized shoe to accommodate their brace.

Reference is now made to FIG. **8** of the drawings which shows the current invention from FIG. **7** configured with a vertical self-expanding vent area **15**A and a horizontal self-expanding vent area **16**A positioned on the opposite side of the foot entry opening that incorporates the zipper fastener starting point, the horizontal vent **16**A located just above the connection area and the vertical vent **15**A located in the midline of the horizontal vent. Both vents are in an expanded state and positioned within the top member to accommodate a specific type of brace that requires additional space only in a certain area allowing the wearer of a

foot brace to utilize the correct size shoe for their foot instead of buying an oversized shoe to accommodate their brace.

Reference is now made to FIG. **9** of the drawings which shows the current invention from FIG. **1** configured with a vertical self-expanding vent area **15** with lacing holes **17** located on either side of the vertical vent area **15**, the vent positioned on the opposite side of the foot entry opening that incorporates the zipper fastener starting point. The vent is in an unstretched state and positioned within the top member to accommodate a specific type of brace that requires a larger amount of additional space only in a certain area allowing the wearer of a foot brace to utilize the correct size shoe for their foot instead of buying an oversized shoe to accommodate their brace.

Reference is now made to FIG. **10** of the drawings which shows the current invention from FIG. **9** configured with a vertical self-expanding vent area **15**A with lacing holes **17** located on either side of the vertical vent area **15**A and a standard type shoe lace **18** controlling the amount of expansion the vent area allows while offering structural stability to the foot entry opening, the vent positioned on the opposite side of the foot entry opening that incorporates the zipper fastener starting point. The vent **15**A is in an expand state and controlled by the shoe lace **18** tying the vent area snug to any accommodated larger size foot brace, and allowing the wearer of a foot brace to utilize the correct size shoe for their foot instead of buying an oversized shoe to accommodate their brace.

Reference is now made to FIG. **11** of the drawings which shows the current invention from FIG. **1** from a rear view configured with a vertical self-expanding vent area **19** in the center of the heel portion **22** of the shoe in an unstretched state, the vent allows for additional space in a specific area of the shoe to accommodate a specific type of foot brace allowing the wearer to buy the correct size show for their foot size and not a larger shoe to accommodate a foot brace.

Reference is now made to FIG. **11**A of the drawings which shows the current invention from FIG. **11** from a rear view configured with a vertical self-expanding vent area **19** in the center of the heel portion **22** of the shoe in an unstretched state, the vent allows for additional space in a specific area of the shoe to accommodate a specific type of foot brace allowing the wearer to buy the correct size show for their foot size and not a larger shoe to accommodate a foot brace, additionally there are lacing holes **32** to accept a shoe lace to further adjust the foot entry opening fitment.

Reference is now made to FIG. **12** of the drawings which shows the current invention from FIG. **11** from a rear view configured with a vertical self-expanding vent area **20** in the center of the heel portion **22** of the shoe in an expanded state, the vent allows for additional space in a specific area of the shoe to accommodate a specific type of foot brace allowing the wearer to buy the correct size show for their foot size and not a larger shoe to accommodate a foot brace, additionally there are lacing holes **32** to accept a shoe lace **33** to further adjust the foot entry opening fitment.

Reference is now made to FIG. **12**A of the drawings which shows the current invention from FIG. **11**A from a rear view configured with a vertical self-expanding vent area **20** in the center of the heel portion **22** of the shoe in an expanded state, the vent allows for additional space in a specific area of the shoe to accommodate a specific type of foot brace allowing the wearer to buy the correct size show for their foot size and not a larger shoe to accommodate a foot brace.

Reference is now made to FIG. **13** of the drawings which shows a foot/ankle brace **24** worn prior to being placed in a shoe, the brace having material covering the bottom of the wearer's foot **27** and covering the heel area **26** as well as a strap **25** and pad **25**B across the front of the wearer's ankle joint area. This additional material causes a wearer to buy a larger size shoe than their foot requires so specific areas inside the shoe have enough room to accommodate the brace, unfortunately the entirety of the shoe in all areas is too large for the wearer in this situation. The current invention allows for ease of entry into the shoe with a brace attached to the wearer's foot as well as additional adjustment options, such as those in FIGS. **7-12**, that allow the shoe to mold around the brace while the remaining areas of the shoe stay a correct sizing and fit to the wearer's foot, this also allows for a stylish shoe to remain a stylish shoe and not attract attention as a medical device looking shoe.

Reference is now made to FIG. **14** of the drawings which shows a foot/ankle brace **24** being worn prior to being placed in a shoe, the brace having material covering the bottom of the wearer's foot **27** and covering the heel area **26** as well as a strap **25** and pad **25**B across the front of the wearer's ankle joint area, additionally the brace has a toe protection cap **28** utilized after treatments and surgery. This additional material causes a wearer to buy a larger size shoe than their foot requires so specific areas inside the shoe have enough room to accommodate the brace, unfortunately the entirety of the shoe in all areas is too large for the wearer in this situation. The current invention allows for ease of entry into the shoe with a brace attached to the wearer's foot as well as additional adjustment options, such as those in FIGS. **7-12** for the general type of ankle brace **26** shown in FIG. **13** and additional adjustment options for the toe cap protection brace **28** in FIGS. **3-6**, that allow the shoe to mold around the brace while the remaining areas of the shoe stay a correct sizing and fit to the wearer's foot, this also allows for a stylish shoe to remain a stylish shoe and not attract attention as a medical device looking shoe. FIGS. **3-6** adjustment option vents are designed with injury treatment rehabilitation ease in mind.

FIGS. **15**A, **15**B, **15**C and **15**D of the drawings show a cross-section through a conventional shoe, and illustrates some of the difficulties that may result when a person who may be disabled or paralyzed tries to push the foot into the shoe through the opening. FIG. **15**A shows a foot having a heel **40**, arch **42**, top **41**, ankle bone **43**, big toe **44** and toenail **45**. The big toe **44** has a top side of the first joint **46** and a bottom of the first joint **47**. The initial placement of the foot in the shoe through the opening continues normally until the opening of the shoe constrains the top of the foot **41** and the heel **40**, which is located over the back of the shoe. By further forcing the foot into the shoe, as illustrated in FIG. **15**B, the big toe **44** and other toes do not move easily, and the top of the foot **41** curves around. As seen in FIG. **15**C, further forcing of the foot into the shoe causes the big toe to become bent or curled into an unnatural position, and FIG. **15**D shows the foot inserted in the shoe with the toe hooked in an unnatural and uncomfortable position. Disabled or paralyzed persons would not have the ability to feel that the foot has been incorrectly placed in the shoe, but there may nevertheless be associated discomfort, swelling, as well as a reduction in circulation which may cause pain and even bruising.

FIG. **15** therefore illustrates the situation where a foot having no muscular control is being pushed into a normal shoe, and the subsequent effect on the toes, the arch, and the top of the foot. The foot becomes cramped and distorted

within the shoe, and the toenail may be loosened or injured from rubbing the insole. The end of the toe can become calloused, and the big toe joints may rub up against the shoe **48** due to the absence of space, while the arch of the foot is also bent in such a way that the bottom of the foot does not make proper contact with the top of the sole of the shoe creating a space **49** that allows for internal movement and irritation. The joint in the big toe as well as all of the other toes are bent, impeding proper blood flow which may cause the swelling as mentioned above, leading to deterioration of the toe and foot tissue.

FIGS. **16**A, **16**B, **16**C and **16**D of the drawings illustrates the situation where a foot having no muscular control may be more easily and comfortably inserted in a shoe constructed in accordance with the present invention. In FIG. **16**A, with the top flap **2** in the open or unzipped position, the heel **40** of the foot is placed on the interior bottom of the shoe **8** at the front end thereof, and to which there is easy access. The shoe can then be moved forward in the direction of the arrow **100**B, and/or the foot moved rearwardly in the direction of the arrow **100**A. FIG. **16**B shows an intermediate position with the heel **40** of the foot moving rearwardly towards the back of the shoe **101**, while FIG. **16**C shows the foot in the near completed position and the toes in their natural relaxed and flat position moving easily onto the interior bottom of the shoe **8**. Finally, in FIG. **16**D, the shoe is comfortably positioned around the foot, with the ankle **43**, arch **42**, heel **40**, and toes/big toe **46** in a natural relaxed and flat position, and the top flap **2** is closed by closing the zipper **5** to capture and hold the foot snugly within the shoe. With the shoe of the invention, being put on the foot in the manner sequentially illustrated in FIGS. **16**A, **16**B, **16**C and **16**D of the drawings, there is little possibility of distortion, cramping or scrunching of the foot and toes. The health of the foot would therefore be preserved, and proper blood circulation can be achieved, while any swelling of the foot can be readily avoided or reduced.

FIG. **16** therefore clearly illustrates the effectiveness and operation of the reverse entry shoe, allowing the toes to maintain the straight joints that are important for robust circulation and tissue health. When the toes are rolled under the foot, such as shown in FIG. **15**D, the entire skeletal structure of the foot changes, the arch **42** rises **49**, and the top of the foot abuts against the top and tongue of the shoe causing an unnatural hump to the shape of the foot. This result can be readily and conveniently avoided entirely when a shoe constructed in accordance with the present invention is used.

FIG. **17** illustrates the outer side of the shoe **60** with a self-expanding vertical band **61** which starts at the top of the ankle/foot opening **61** and ends and the connection area **63** to the sole **64**, the zipper fastener **5** and the zipper termination point **5**A is also shown. The vertical band **61** is shown without the securement cover flap which controls the structure of the ankle/foot opening once accommodating a foot brace.

FIG. **18** shows the securement cover flap **65** attached at the rear of the flap **66** and covering the majority of the self-expanding vertical band **61** and designed to blend with the artistic flow of the shoe. The upper portion of the expandable band **61** where it reaches the top edge of the ankle opening **62** and the lower portion of the expandable band **61** where it reaches the sole **63** is exposed. The zipper fastener **5** and zipper termination point **5**A are also detailed.

FIG. **19** details the securement cover flap **65** in the open position and exposing the inner side of the securement cover flap **65**A, the cover flap **65** attached at the rear end **66**, showing the female side **67** of the hook and loop attachment means, also shown is the male side **68** of the hook and loop attachment means secured to the side of the top member and forward of the self-expanding vertical band **61**. The securement flap **65** when engaged crosses over the self-expanding band **61** and pulled tight to secure the ankle opening when the female side **67** of the hook and loop attachment means attaches to the male side **68** of the hook and loop attachment means. The size of the hook and loop patches allows for a multitude of adjustments to accommodate a multitude of brace sizes inside the ankle/foot opening **62**.

FIG. **20** showing the self-expanding vertical band **61** on the same side as the zipper fastener **5** opening point. The securement cover flap **65** in closed position securing the structural support of the ankle/foot opening **62** by way of the male and female hook and loop attachment means engaging between the cover flap **65** and the side of the top member **60**.

FIG. **21** shown from the top without the securement cover flap details the self-expanding vertical band **61** on the outer side of the shoe and the zipper fastener **5** beginning on the inner side of the shoe and traversing the front toe portion to the zipper termination point **5**A on the outer side of the shoe. The ankle/foot opening width **69** revealed in the normal shape with the expanded band **61** in a relaxed state. The zipper pull tab **6** is also detailed.

FIG. **22** shown from the top without the securement cover flap details the self-expanding vertical band **61** on the outer side of the shoe and the zipper fastener **5** beginning on the inner side of the shoe and traversing the front toe portion to the zipper termination point **5**A on the outer side of the shoe. The ankle/foot opening width **69** revealed in an enlarged shape **69**A as when accommodating a foot brace, with the expanded band **61** in an expanded state **61**A.

FIG. **23** Shown from a side angle is a tall boot style shows the securement cover flap **74** attached at the rear of the flap **75** and covering the majority of the self-expanding vertical band **76** and designed to blend with the artistic flow of the shoe. The upper portion of the expandable band **76** where it reaches near the top of the ankle placement area **76**A and the lower portion of the expandable band **76**B where it reaches the sole **79** is also exposed. The top edge of the extended length zipper fastener **72** and zipper termination point **72**A are also detailed.

FIG. **24** Shown from a side angle is a tall boot style and shows the securement cover flap **74** in the open position and exposing the inner side of the securement cover flap **74**A, the cover flap **74** attached at the rear end **75**, showing the female side **77** of the hook and loop attachment means, also shown is the male side **78** of the hook and loop attachment means secured to the side of the top member **70** and forward of the self-expanding vertical band **76**. The securement flap **74** when engaged crosses over the self-expanding band **76** and pulled tight to secure the ankle area when the female side **77** of the hook and loop attachment means attaches to the male side **78** of the hook and loop attachment means. The size of the hook and loop patches allows for a multitude of adjustments to accommodate a multitude of brace sizes inside the ankle area of the top member **70**.

FIG. **25** shown from the top detailing the self-expanding vertical bands **80**, **81** and securement cover flaps **82**, **83** securing the self-expanding vertical bands **80**, **81**. The securement cover flaps permanently attached **84**, **85** to the top member at the proximal heel portion of the top member.

FIG. **26** shown from the top detailing the self-expanding vertical **80**, **81** bands unsecured by the securement cover flaps **82**, **83** and further showing the inner sides of the securement cover flaps **82**A, **83**A each with the male side of

a hook and loop material **86**, **87** at the distal end of the flap and a permanent attachment at the proximal end of the flap **84**, **85**. Also shown is the female side of the hook and loop material **88**, **89** mounted on each side of the top member and on the distal side of the self-expanding vertical bands **82**, **83**.

FIG. **27** shows the securement cover flap **65** attached at the rear of the flap **66** on the proximal side of the self-expanding band **61** and covering the majority of the self-expanding vertical band **61** and designed to blend with the artistic flow of the shoe. The upper portion of the expandable band **61** where it reaches the top edge of the ankle opening **62** and the lower portion of the expandable band **61** where it reaches the sole **63** is exposed.

FIG. **28** details the securement cover flap **65** in the open position and exposing the inner side of the securement cover flap **65**A, the cover flap **65** attached at the rear end **66**, showing the female side **67** of the hook and loop attachment means, also shown is the male side **68** of the hook and loop attachment means secured to the side of the top member on the dorsal side of the self-expanding vertical band **61**. The securement cover flap **65** when engaged crosses over the self-expanding band **61** and pulled tight to secure the ankle opening when the female side **67** of the hook and loop attachment means attaches to the male side **68** of the hook and loop attachment means. The size of the hook and loop patches allows for a multitude of adjustments to accommodate a multitude of brace sizes inside the ankle/foot opening **62**.

Throughout this description, the embodiments and examples shown should be considered as exemplars, rather than limitations on the apparatus and procedures disclosed or claimed. Although many of the examples presented herein involve specific combinations of method acts or system elements, it should be understood that those acts and those elements may be combined in other ways to accomplish the same objectives. Acts, elements and features discussed only in connection with one embodiment are not intended to be excluded from a similar role in other embodiments.

The invention claimed is:

**1**. A method for a shoe to accommodate an ankle brace consisting of:

an expandable vertical band in the lateral side of a top member, the expandable vertical band inserted from a top member to a sole connection area to a dorsal edge of an ankle opening,

the expandable vertical band allows the ankle opening to increase in size to accommodate the ankle brace, the increased ankle opening size is adjustably controlled by a securement cover flap,

the securement cover flap with one end permanently attached to the lateral side of the top member on a proximal side of the expandable vertical band, the other end of the securement cover flap with a patch of a hook and loop material permanently attached,

the end of the securement cover flap with the hook and loop material is securably and releasably attached to a hook and loop patch permanently attached to the lateral side of the top member on a distal side of the expandable vertical band, when the securement cover flap hook and loop patch is released from the hook and loop patch on the lateral side of the top member the expandable vertical band can expand allowing the size of the ankle opening to increase to accommodate the ankle brace,

when the hook and loop patch on the securement cover flap is secured to the hook and loop patch on the lateral side of the top member further expansion of the expandable vertical band is restricted and the ankle opening structural support is increased.

**2**. A method for a shoe to accommodate an ankle brace consisting of:

a single fastening means in the form of a single continuous zipper fastener in a top member of the shoe, the zipper tab of the zipper fastener requiring one movement to access entry into the shoe,

the zipper fastener extending from a zipper fastener starting point on a medial side of the top member at a dorsal edge of the ankle opening, traversing the medial side of the top member at a descending angle directly towards a top member to sole connection area where the medial side becomes a distal front end portion of the top member and continuing across the distal front end portion of the top member at the top member to sole connection area to where the distal front end portion becomes a lateral side of the top member and then traversing the lateral side of the top member along the top member to sole connection area towards a proximal heel end portion of the shoe to a zipper fastener termination point located on the lateral side of the top member at the top member to sole connection area between the distal front end portion of the top member and a distal end of the ankle opening,

the zipper tab of the zipper fastener moved from the zipper fastener starting point to the zipper fastener termination point wherein the top flap of the top member can be movably opened configuring the top member to allow entry into the shoe,

entry into the shoe by placing a heel of a user's foot on a toe portion of a top surface of an exposed sole of the shoe and sliding the foot along the top of the sole of the shoe until the heel of the foot contacts the proximal heel portion of the shoe,

additionally in the top member, independent of the zipper fastener, and located in a different portion of the top member than the zipper fastener is an expandable vertical band in the lateral side of the top member, the expandable vertical band inserted from the top member to sole connection area to the dorsal edge of the ankle opening,

the expandable vertical band allows the ankle opening to increase in size to accommodate the ankle brace, the increased ankle opening size is adjustably controlled by a securement cover flap,

the securement cover flap with one end permanently attached to the lateral side of the top member on a proximal side of the expandable vertical band, the other end of the securement cover flap with a patch of a hook and loop material permanently attached,

the hook and loop end of the securement cover flap is securably and releasably attached to a hook and loop patch permanently attached to the lateral side of the top member on a distal side of the expandable vertical band, when the securement cover flap hook and loop patch is released from the hook and loop patch on the lateral side of the top member the expandable vertical band can expand allowing the size of the ankle opening to increase to accommodate the ankle brace,

the zipper tab moved from the zipper fastener termination point to the zipper fastener starting point closes and secures the top flap of the top member,

the securement cover flap hook and loop end being secured to the hook and loop patch on the lateral side

of the top member limits further expansion of the expandable vertical band and supports the ankle opening.

* * * * *

**EXHIBIT F**

US011992089B1

(12) **United States Patent**
**Baker**

(10) **Patent No.: US 11,992,089 B1**
(45) **Date of Patent: May 28, 2024**

(54) **SHOE WITH EXPANDABLE TOP**

(71) Applicant: **Scott Bradley Baker**, Sherman Oaks, CA (US)

(72) Inventor: **Scott Bradley Baker**, Sherman Oaks, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/267,130**

(22) Filed: **Feb. 4, 2019**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 16/205,704, filed on Nov. 30, 2018, now abandoned, which is a continuation-in-part of application No. 16/192,530, filed on Nov. 15, 2018, now Pat. No. 11,172,733, which is a continuation of application No. 14/297,905, filed on Jun. 6, 2014, now Pat. No. 10,178,893.

(60) Provisional application No. 61/835,445, filed on Jun. 14, 2013.

(51) **Int. Cl.**

| | |
|---|---|
| ***A43B 3/02*** | (2006.01) |
| ***A43B 3/24*** | (2006.01) |
| ***A43B 23/02*** | (2006.01) |
| ***A43C 11/12*** | (2006.01) |
| *A43B 5/00* | (2022.01) |

(52) **U.S. Cl.**
CPC ............ ***A43B 23/0245*** (2013.01); ***A43B 3/02*** (2013.01); ***A43B 3/242*** (2013.01); ***A43C 11/12*** (2013.01); *A43B 5/00* (2013.01)

(58) **Field of Classification Search**
CPC ........ A43B 3/242; A43B 3/02; A43B 23/0245
USPC ............................................................ 36/109
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,302,596 A * | 11/1942 | Bigio | A43C 11/12 36/101 |
| 4,265,032 A * | 5/1981 | Levine | A43B 3/107 36/11.5 |
| 4,628,622 A * | 12/1986 | McBarron | A43B 11/00 36/112 |
| 7,127,837 B2 * | 10/2006 | Ito | A43B 1/0027 36/101 |
| 7,134,225 B2 | 11/2006 | Ashton | |
| 7,614,165 B2 * | 11/2009 | Curry | A43B 1/0081 36/101 |
| 2005/0076536 A1 * | 4/2005 | Hatfield | A43B 7/06 36/3 B |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| IT | 0000274252 | 12/2010 |

* cited by examiner

*Primary Examiner* — Marie D Bays

(57) **ABSTRACT**

A shoe comprises a sole having an upper surface with an outer edge and a lower surface. There is a top member having a distal front end portion, a proximal heel end portion, a lateral side and a medial side, the top member and sole defining a space therebetween to receive a foot. The top member further has a foot opening, a lower connective edge, a fold back portion, and a fixed portion. A single fastening means is provided in the form of one continuous zipper fastener in the top member. The top member has multiple expandable vent areas formed from a stretchable material in the top member allowing the top member to adjust in size to accommodate foot braces of many sizes and shapes.

**13 Claims, 26 Drawing Sheets**





FIG. 1



FIG. 2



11

FIG. 3



12

FIG. 4



13

FIG. 5



FIG. 6



FIG. 7

U.S. Patent May 28, 2024 Sheet 8 of 26 US 11,992,089 B1

15A
16A
5

FIG. 8



FIG. 9

U.S. Patent May 28, 2024 Sheet 10 of 26 US 11,992,089 B1

15A
18
17
15A

FIG. 10



FIG. 11

FIG. 12



FIG. 11A

FIG. 12A



FIG. 13



FIG. 14

FIG. 15A
43
40
41
42
2
45
44
FIG. 15B
46
47
FIG. 15C
48
FIG. 15D
48
49

FIG. 16A

FIG. 16B

FIG. 16C

FIG. 16D



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25

FIG. 26



FIG. 27



FIG. 28

## SHOE WITH EXPANDABLE TOP

### FIELD AND BACKGROUND OF THE INVENTION

This invention relates to a shoe. More particularly, the invention relates to a shoe which is configured and constructed so that it may be placed on the foot of the wearer in a more convenient manner. While the invention may be used in many applications, and certainly has a mainstream use for all or most people, its particular construction may be of special benefit to handicapped or disabled people. In this regard, the invention offers a simpler and more natural way to place the foot within the shoe, and may be advantageous for people who have a reduced response to touch on the foot, or a loss of muscular control in the foot, are paralyzed at the foot, or have other medical issues with their feet that require them to wear a foot, ankle, or lower leg brace.

A conventional closed shoe comprises a sole and a top member stitched or otherwise fastened to the sole. The top member will typically create a chamber or housing area for the foot, and have an opening through which the foot accesses the chamber. In many shoes, the opening may be of adjustable size so that it can be larger when inserting the foot, and reduced in size when the foot is inside the shoe. The opening is adjusted by the user by means of shoelaces, Velcro straps or elasticized portions around the opening, to name some examples.

The opening in the top member of a conventional shoe is positioned such that the foot must be inserted into the chamber or housing area for the foot through the opening toes first, followed by the remainder of the foot and then the heel is pushed down into the shoe until it contacts the sole. In many cases, this will work well and the average person is able to position and wiggle the toes and foot so that it is properly contained within the generally snug fitting chamber or housing. However, the wearer must have the capacity and ability to flex and move the foot and toes to put on the conventional shoe. This may be a particular challenge for a person who may have muscular weakness of the foot or legs or is in fact paralyzed with no feeling or functional movement in their feet or toes, or those with conditions that require a medical brace for toe, foot, or ankle stability, the aforementioned braces require additional accommodating space in certain areas of the shoe for entry. While a conventional shoe can be large enough to allow a brace to enter the shoe the size required to accommodate a brace would be too large in all the other areas of the shoe. While most people take for granted the ability to use the foot as necessary to put on a shoe, there are many who lack this ability due to foot paralysis or some other medical condition, or young age, and conventional shoes with the type of opening as described above will therefore be difficult to navigate. It is conceivable that a person with a paralyzed foot may be able to squeeze the foot into the shoe, however without the ability to control and straighten their toes when pushing a foot into a shoe would end up with toes being bent over or twisted, the user not even knowing this would nevertheless have to deal with possible consequences including reduced circulation and swelling, swelling which leads to a further reduction in circulation, potential pain, and a deterioration of extremity health. The longer the foot is in an unnatural position the worse the condition becomes.

This invention allows for the entire front and top of the shoe to open up and out of the way thus allowing the wearer to slide the front of the shoe across the bottom of the foot starting at the wearer's heel and moving towards the toes. By

moving the shoe in this direction, it automatically maintains the toes in the correct and flat and natural position, which is essential for proper circulation and continued health of the foot, additionally the invention has several areas that are self-expanding and several areas that are wearer adjustable allowing the correct size shoe for the wearer's foot to also expand only in the areas needed for where a brace would be positioned inside the shoe once the shoe is closed.

### SUMMARY OF THE INVENTION

According to one aspect of the invention, there is provided a shoe comprising: a sole having an upper surface and a lower surface; a top member having an outer surface and an inner surface and mounted on the sole, the top member and sole defining a space for receiving a foot, the top member further having a foot entry opening; a fastener in the top member extending from the foot entry opening and continuing over the top member such that a portion of the top member is movable between a first position in which the space is substantially closed and a second position in which a portion of the top member is folded back from the sole to provide complete access to the space; and self-expanding areas in different locations of the top member to accommodate different toe, foot, and ankle braces.

In one embodiment, the foot entry opening in the top member is located at one end of the shoe and sized so as to permit the leg or ankle of the wearer to extend therethrough. The fastener may comprise a zipper, a Velcro fastener, a combination thereof, or some other structure such as a snap.

Preferably, the fastener commences in the top member at the opening thereof, extends from the opening towards the sole near the front of the shoe, continues around the front of the top member near the junction of the top member and sole and continues in the top member partially along the opposite side of the shoe.

In one embodiment the top member of the shoe can also incorporate several self-expanding areas on the top member from the toe area towards the foot opening area, these expanding areas allow for braces that cover the top of the wearer's toes and only expand around where the brace needs additional room thus not requiring a completely larger size shoe that the wearer requires.

In another embodiment the top member of the shoe can also incorporate a self-expanding vertical strip in the center of the heel portion of the top member allowing for accommodating an ankle brace, additionally incorporating a lacing around the foot opening to control the heel expansion once the brace is in place inside the shoe.

In another embodiment the top member of the shoe can also incorporate a self-expanding vertical strip in the center of the heel portion of the top member allowing for accommodating an ankle brace, additionally incorporating a securement cover flap secured on one side of the expanding vertical strip and detachably secured on the other side of the expanding vertical strip that enhances support to the expanded area once the brace is in place inside the shoe.

In yet another embodiment the top member of the shoe can also incorporate an additional vertical lacing on the opposite side of the foot opening from the zipper fastener opening position allowing for a more specialized type of brace to be utilized inside the shoe.

In another embodiment the top member has vertical expandable areas on either one or both sides of the foot opening area as well as a securement cover flap for each expandable area which enhances structural stability into the upper edge of the foot opening.

In still another embodiment, the shoe has a heel end, a generally opposite front end, an inner side and an outer side, the opening being located near the heel end, the fastener commencing in the top member at the opening thereof, extends from the opening toward the sole near the front end of the shoe, and continues in the top member around the front end thereof and partially along the opposite side of the shoe.

In still another embodiment the shoe being a tall boot style and facilitating the entire top section of the foot area and up the tall portion of the front and side of the boot opening up and moving off to one side like a flap there is also on one or both sides an expandable area from the sole to above the ankle position area that allows for the wearer to have their brace accommodated for, each expandable area having a cover flap that enhances support to the expanded area once the boot style shoe is in the fastened and closed position and on the wearers foot.

The shoe may comprise many different styles, from boot styles to sneakers styles, and from high heels to casual dress, all of which can utilize one of many fastener options from a zipper to a Velcro type material, the fastening means can be exposed or hidden and the pull tab can be strictly utilitarian or expressingly decorative, furthermore many of these aforementioned styles of shoes can also incorporate laces for further adjusting the fit or for additional fashion.

This invention therefore relates to a shoe with a unique structure and configuration which enables it to be placed on the foot and removed therefrom in a more convenient manner which also facilitates healthy and natural foot and toe placement while also accommodating several types of foot, ankle, and toe support braces.

The invention provides for a shoe having a base or sole, a top mounted on the sole so that sole and top together define a space for receiving a foot, an opening on the top, and fastening means whereby at least a part of the top may be selectively separated from the sole to allow the foot to be inserted into or removed from the shoe, and fastened to the sole when the foot is in the space defined by the shoe so as to keep the foot securely within the space.

For the most part, when a person puts on shoes, he or she without even giving it much conscious thought is holding their toes out straight and sliding the foot into the shoe. Without muscular control, the toes are likely to bend under, fold and bind. When the toes are in a folded position, the entire skeletal structure of the foot must make adjustments. An inherent problem in this regard is the restricted circulation of blood that may occur, and with this restriction comes the swelling of tissue. These conditions may have a domino or compounding effect, in that the more the foot swells, the more restriction is likely, in turn producing yet more swelling. This of course leads to the diminished health of the foot, and the various tissues and components which form it.

When placing the heel of the foot on the sole of a shoe at the front of an open shoe constructed in accordance with the present invention and sliding the shoe forward and/or the foot backward, this action directs the toes to lay out in a flat and normal healthy position, thus maintaining unimpaired circulation and not resulting in any swelling, both of which can occur in conventional shoes with conventional entry procedures. In one embodiment, the zipper when closed is designed to be on one side of the shoe at the opening that encircles the ankle (using the low rise style of shoe as an example in this case), and the zipper tab is pulled at an angle towards the front of the shoe where the top member connects to the sole, around the front of the shoe, and toward and along the other side of the shoe. The zipper and zipper tab can be conveniently located on any part of the shoe so as to give effect to the purpose of the present invention, namely, to move at least a part of the top of the shoe away from the base or sole to provide easy access to the space when inserting the foot into the shoe. As long as the front of the shoe is opened up for heel entry, as will be described further below, the precise positioning of the zipper or other mechanism to effect opening and closing may vary according to the design of the shoe, and the preference of wearers who may have different needs and requirements. Regardless of the shoe style, the opening mechanism may be pulled at an angle towards connection area at the front and then across the entire front of the shoe thus allowing the entire front and top of the shoe to open away much like a flap.

This configuration or platform can be utilized for any and all shoe styles, from sneakers to boots to heels to dress shoes. While most of the accompanying drawings show for the most part a zipper configuration, it is not the only configuration that is available or may be used.

When a person has a disability, either from birth or by accident at some point in life, their needs tend to be viewed through a medical filter only. For example, a person who may have suddenly lost muscular control of his lower extremities would continue to desire normal and conventional comforts, as well as clothing and shoes which may be fashionable and stylish. These needs would not diminish, but often the emphasis is on treatment and rehabilitation while normal creature comforts and preferences may sometimes be overlooked. Those in wheelchairs with limited or no muscular control of their lower extremities still have a need for well-designed and comfortable shoes, and the present invention can be used in a wide range of shoe types and designs, providing practical comfort and access without sacrificing fashion and style, and without the shoe being clearly identifiable as some type of medical device. Those that require a foot, toe, or ankle brace for structural support have an additional layer of complications with a convention shoe being a conventional shoe would need to be several sizes larger than the wearer's foot to accommodate the brace, leaving too much space in the shoe around the foot while also looking abnormally large for the persons physical size and probably drawing unwanted attention.

Therefore, a shoe constructed in accordance with the present invention allows the world of fashion and style to once again be opened up to persons who are disabled or those who are born with such disabilities.

The present invention therefore provides for a shoe which is both a medical device as well as an item of fashion, all in the same product. With this marriage of form following function pre-emptive accommodations in sizing for swelling and incorrect extremity positioning may no longer be required.

In another arena completely, it appears that parents of small children can struggle significantly with putting shoes on little feet, specifically getting little toes to be pointed straight so the shoe can be put on correctly, with the foot and toes in a natural and healthy position when inside the shoe, even more complicated if the youngster has specific health concerns that require a type of foot brace. The utility of this shoe can also be used to accommodate this struggle by removing the need for co-operation with a 2 year old.

The invention claimed is:

1. A shoe comprising:

a sole with an upper surface with an outer edge and a lower surface;

a top member having with a distal front end portion, a proximal heel end portion, a lateral side and a medial

side and mounted on the sole, the top member and sole defining a space therebetween configured to receive a foot, the top member with a foot entry opening with a distal end and a proximal end and a medial side and a lateral side, a lower connective edge, a fold back portion, and a fixed portion;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member; and

a single fastening means in the form of one continuous zipper fastener located in the top member;

a vertical expandable vent band inserted into the top member material and a horizontal expandable vent band inserted into the top member material, the vertical expandable vent bands and the horizontal expandable vent band located on an opposite side of a zipper fastener starting location, the horizontal expandable vent band inserted above the top member to a sole connection area, the vertical expandable vent band extends from the horizontal expandable vent band at a midpoint of the horizontal expandable vent band to the foot entry opening, the the vertical expandable vent band and the horizontal expandable vent band allowing for the foot entry opening to accommodate and mold around an ankle brace.

**2**. A shoe as claimed in claim **1**, with multiple expandable vent bands inserted into the top member material positioned in several locations across a top of a foot toe area of the top member between the foot toe area towards the foot entry opening and spaced from a medial side to a lateral side of a top member surface at the top of the foot toe area.

**3**. A shoe as claimed in claim **1**, wherein the shoe has a single expandable vent band inserted into the top member material located above the zipper fastener,

and transitioning from a starting point in front of the foot entry opening then travelling towards and around the front of the shoe ending on the opposite side of the shoe in a location mirrored to that of a starting location of the single expandable vent band, the single expandable vent band allows the shoe to accommodate a foot brace.

**4**. A shoe as claimed in claim **1**, further comprising

a top member opening feature configured to accommodate a foot entry into the shoe, further includes the vertical expandable vent band is inserted into the top member above the connection area of the top member to a sole and vertically to an ankle opening, a horizontal expandable vent band is inserted into the top member positioned above the sole to top member connection point and intersecting the vertical expandable vent band at the midpoint of the horizontal expandable vent band, the vertical expandable vent band and horizontal expandable vent band configuration placed on at least one side of the top member at the ankle opening for accommodating an ankle brace, additionally with lacing eyelets on either side of the inserted vertical expandable vent band in the top member allowing for greater control of the amount of band expansion with the use of a shoe lace tied through the lacing eyelets, the shoe lace also adding additional support to the ankle opening.

**5**. A shoe as claimed in claim **1**, wherein the vertical expandable vent band inserted in a center of the proximal heel end portion of the top member allowing for added internal space for an ankle brace.

**6**. A shoe as claimed in claim **5** wherein the vertical expandable vent band inserted in the center of the proximal heel end portion of the top member from the sole to the top member connection area vertically to the ankle opening upper edge to provide added internal space for a heel brace, and allowing for expanding where needed, lacing eyelets on either side of the vertical expandable vent band allows the foot entry opening to expand, that expansion is controllable by pulling tight and tying a lace.

**7**. A shoe as claimed in claim **1** with a foot entry opening in the top member, a forward edge, a rear edge, an inner side edge, and an outer side edge, and further comprises a band of expandable material inserted in a specific area of the top member material, the expandable band configured to expand to accommodate a foot brace and securing with an external securement cover flap, one end of the securement cover flap permanently attached to the top member on one side of the expandable band, hook and loop material permanently attached to the other end of the securement strap allowing for adjustability and releasability of the securement cover strap to a patch of hook and loop material attached to the top member material on the other side of the expandable band.

**8**. A shoe as claimed in claim **7** with an external securement cover flap securing a front side edge of the top member and a rear side edge of the top member to each other at the foot opening across the expandable vertical band inserted into the top member material.

**9**. A shoe as claimed in claim **8** wherein the external securement cover flap is attached at a rear end portion of the side of the top member, the top member incorporating the expandable vertical band inserted into the top member material to accommodate a foot brace, adjusted and secured with the external securement cover flap across the expandable vertical band.

**10**. A shoe as claimed in claim **9** wherein the expandable vertical band inserted into the top member and the external securement cover flap is incorporated on at least one side of the top member from the opening edge of the foot opening vertically down to where the top member connects to the sole.

**11**. A shoe as claimed in claim **10** wherein the expandable vertical band and the securement cover flap are incorporated on the lateral side of the top member or the medial side of the top member at the foot opening area from the edge of the foot opening vertically to the top member to sole connection point.

**12**. A shoe as claimed in claim **11** wherein the shoe is a tall boot, the lateral side of the top member or the medial side of the top member are allowed to expand near and around an ankle position area, the securement cover flap positioned at an ankle height area enhancing ankle area structural stability.

**13**. A shoe comprising;

a sole with an upper surface with an outer edge and a lower surface, a top member with a distal front end portion, a proximal heel end portion, a lateral side and a medial side and mounted on the sole, the top member and the sole defining a space therebetween configured for receiving a foot, the top member with an ankle opening with a distal end and a proximal end and a medial side and a lateral side, a lower connective edge, an open area with a flap or tongue within the open area, an edge of the material on a lateral side and a medial side of the open area including eyelets for laces, the laces passing through the eyelets crossing the open area over the flap or tongue tightening the shoe when the laces are pulled;

a connection area for connecting the upper surface of the sole at the outer edge thereof and the lower connective edge of the top member, the connection area extending along the outer edge of the upper surface of the sole and the lower connective edge of the top member; and

an additional single fastening means in the form of one continuous zipper fastener in the top member, the zipper fastener extending from a starting point at the ankle opening on the medial side of the ankle opening, traversing the medial side of the top member at a descending angle directly towards the connection area where the medial side becomes the distal front end portion of the top member continuing across the distal front end portion of the top member at the connection area, to where the distal front end portion becomes the lateral side of the top member and then traversing the lateral side of the top member along the connection area, the zipper fastener travelling in a direction towards the proximal heel end portion of the shoe to a zipper termination point located at the ankle opening on the lateral side of the top member such that the top flap of the top member is movable between a first position in which the space is closed when the zipper fastener is closed to the ankle opening starting point and a second position in which the space is open when the zipper fastener is unzipped to the zipper termination point thereby allowing a top flap of the top member to be folded open to one side to provide foot access to the space when the zipper fastener is open while allowing the laces to remain tied at the preferred tightness of the wearer,

a vertical split in the top member at one location of the ankle opening, the vertical split traversing from the top of the ankle opening to the connection area of the top member to the sole, a band of an expandable material inserted into the vertical split of the top member and allowing the size of the ankle opening from the top of the foot opening to the top member to the sole connection point to adjust to accommodate an ankle brace, the ankle opening is further supported with a horizontal securement cover flap with one end permanently attached to the top member on one side of the vertical split, hook and loop material permanently attached to the other end of the securement cover flap allowing for adjustability and releasability of the securement cover flap to a patch of hook and loop material attached to the top member material on the other side of the expandable band.

* * * * *

FINNEGAN | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

DAVID K. MROZ
202.408.4022
david.mroz@finnegan.com

EXHIBIT G

January 25, 2019

Mr. Darin Donaldson
Registered Agent
Billdon, LLC
22703 SE 18th St.
Sammamish, WA 98075

**Via FedEx**

Mr. Darin Donaldson
Registered Agent
Billdon, LLC
24024 SE 42nd St.
Issaquah, WA 98029

Re: Unauthorized Use of Invention in U.S. Patent No. 10,178,893

Dear Mr. Donaldson:

We are patent litigation counsel for Scott Baker, to whom the U.S. Patent & Trademark Office recently issued U.S. Patent No. 10,178,893 (the '893 patent), which is attached. We send this letter because Billdon, LLC's BILLY Footwear website shows multiple pictures of shoes, and it is apparent from those pictures that Billdon, LLC's BILLY Footwear zippered shoe products, including the Canvas Zip, Metallic Zip, and Legacy Zip shoes, are covered by the '893 patent. Thus, by making, using, offering for sale, selling and/or importing the BILLY Footwear shoes described above (including the Canvas Zip, Metallic Zip, and Legacy Zip shoe products), Billdon, LLC infringes the '893 patent.

In view of the above, Mr. Baker demands that Billdon, LLC do the following regarding its infringing BILLY Footwear zippered shoe products (including the Canvas Zip, Metallic Zip, and Legacy Zip shoe products):

- Immediately cease and permanently desist making, using, offering for sale, selling and/or importing the infringing shoes in the United States;
- Take any necessary steps to remove all infringing shoes from retail stores;

**EXHIBIT G**

- Withdraw all advertisements involving the infringing shoes;
- Remove all images of the infringing shoes from Billdon, LLC's websites, including the BILLY Footwear website (https://billyfootwear.com/);
- Agree in writing that Billdon, LLC will not display or promote the infringing shoes at trade shows.
- Provide documentation showing the full inventory of infringing shoes currently housed in Billdon, LLC stores and/or warehouses, as well as documentation showing the full inventory of shoes currently housed in retailer stores and/or warehouses.

We ask that you provide a written response addressing the issues raised in this letter and confirming that you will comply with Mr. Baker's demands on or before **February 13, 2019.** Absent receipt of such confirmation, Mr. Baker reserves the right to take whatever action he deems appropriate to protect his rights without further notice. To that end, Mr. Baker reserves any and all available claims, arguments, rights, and remedies.

In addition, please be advised that Billdon, LLC has the legal obligation to preserve, and may not discard, destroy, alter, or otherwise cause spoliation of any evidence in any way related to this matter.

Sincerely,

David K. Mroz



FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

DAVID K. MROZ
202.408.4022
david.mroz@finnegan.com

**EXHIBIT H**

October 16, 2020

Mr. Thomas A. Shewmake
Seed IP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104

**Via FedEx**

Mr. Darin Donaldson
Registered Agent
Billdon, LLC
22703 SE 18th St.
Sammamish, WA 98075

Mr. Darin Donaldson
Registered Agent
Billdon, LLC
24024 SE 42nd St.
Issaquah, WA 98029

Mr. Darin Donaldson
Registered Agent
Billdon, LLC
22727 72nd Ave S
Kent, WA 98032

Re: Unauthorized Use of Invention in U.S. Patent No. 10,791,796

Dear Mr. Shewmake and Mr. Donaldson:

We are patent litigation counsel for Scott Baker, to whom the U.S. Patent & Trademark Office recently issued U.S. Patent No. 10,791,796 (the '796 patent) on October 6, 2020. We send this letter because Billdon, LLC's BILLY Footwear website shows multiple pictures of shoes, and it is apparent from those pictures that Billdon, LLC's BILLY Footwear zippered shoe products, including the Classic Lace Highs, Classic Lace Lows, Mid Tops, Sneaker Lows, Comfort Lows, Low Sneakers, Comfort Classic Lows, Work Comfort Lows, Chukkas, Cozy Boots, Boots, Joggers, and Mid Top Luxes, are covered by the '796 patent. Thus, by making,

using, offering for sale, selling and/or importing the BILLY Footwear shoes described above, Billdon, LLC infringes the '796 patent.

In view of the above, Mr. Baker demands that Billdon, LLC do the following regarding its infringing BILLY Footwear zippered shoe products (including the Classic Lace Highs, Classic Lace Lows, Mid Tops, Sneaker Lows, Comfort Lows, Low Sneakers, Comfort Classic Lows, Work Comfort Lows, Chukkas, Cozy Boots, Boots, Joggers, and Mid Top Luxes shoe products):

- Immediately cease and permanently desist making, using, offering for sale, selling and/or importing the infringing shoes in the United States;
- Take any necessary steps to remove all infringing shoes from retail stores;
- Withdraw all advertisements involving the infringing shoes;
- Remove all images of the infringing shoes from Billdon, LLC's websites, including the BILLY Footwear website (https://billyfootwear.com/);
- Agree in writing that Billdon, LLC will not display or promote the infringing shoes at trade shows.
- Provide documentation showing the full inventory of infringing shoes currently housed in Billdon, LLC stores and/or warehouses, as well as documentation showing the full inventory of shoes currently housed in retailer stores and/or warehouses.

We ask that you provide a written response addressing the issues raised in this letter and confirming that you will comply with Mr. Baker's demands on or before **November 6, 2020.** Absent receipt of such confirmation, Mr. Baker reserves the right to take whatever action he deems appropriate to protect his rights without further notice. To that end, Mr. Baker reserves any and all available claims, arguments, rights, and remedies.

In addition, please be advised that Billdon, LLC has the legal obligation to preserve, and may not discard, destroy, alter, or otherwise cause spoliation of any evidence in any way related to this matter.

Sincerely,

David K. Mroz

EXHIBIT M
BILLY FOOTWEAR WEBSITE SHOWING LOCATIONS IN THE CENTRAL DISTRICT OF CALIFORNIA
BILLY
los angeles
Filter
SEARCH
NAPA Center Los Angeles
11840 South La Cienega Boulevard, Hawthorne, CA, USA
Website
Call ahead to confirm availability
View On Map
Nordstrom - Topanga
21725 Victory Boulevard, Canoga Park, California, 91303, United States
Website
Los Angeles
Anaheim
Long Beach

Chat with us
BILLY FOOTWEAR REWARDS
Type here to search

EXHIBIT N
DSW WEBSITE SHOWING LOCATIONS TO PURCHASE BILLY FOOTWEAR IN THE CENTRAL DISTRICT OF CALIFORNIA
DSW
Billy Footwear
Find a store
19 Stores found near "91411"
PLAZA DI NORTHRIDGE
19500 Plummer Street
Northridge, CA 91324
818-727-1470
WOODLAND HILLS
6510 Canoga Avenue
Canoga Park, CA 91303
Sun 11am-7pm, Mon-Sat 10am-8pm
818-264-4235
7.8 miles
Get directions
NOW OPEN - LINCOLN AND ROSE SHOPPING CENTER
201 Lincoln Blvd
Venice, CA 90291
310-823-0800
BILLY Footwear CS High-Top Sneaker - Kids'
BILLY Footwear CS High-Top Sneaker - Men's

Find the best gifts for everyone you love—all right here. Holiday Gifts
NORDSTROM
You searched for "billy footwear"
EXHIBIT O
NORDSTROM WEBSITE SHOWING LOCATIONS TO PURCHASE BILLY FOOTWEAR IN THE CENTRAL DISTRICT OF CALIFORNIA
Nordstrom The Grove
189 The Grove Drive, Los Angeles, CA 90036
323.930.2230
The Grove
Change your store to view pickup options at locations near you.
Change Your Store
189 The Grove Drive
View details & services
Filter
Sort
Shipping & Pickup
Size
Price
Color

EXHIBIT P
TARGET WEBSITE SHOWING STORE LOCATIONS BILLY FOOTWEAR CAN BE SHIPPED TO FOR CUSTOMER PICKUP IN THE CENTRAL DISTRICT OF CALIFORNIA
North Hollywood
Categories
Deals
New & featured
Pickup & delivery
billy footwear
Filter (1)
Sort
Brand (1)
Deals
Size
Size Grouping
Sold by
Color
Type
Price
1 result for "billy footwear"
Get it tomorrow
Pickup
Shop in store
Same-day Delivery
Shipping
$55.00
Costumes for the whole crew
Dream big this year with tons of themes, styles & sizes to explore.
Add to cart

FINNEGAN | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

DAVID K. MROZ
202.408.4022
david.mroz@finnegan.com

**EXHIBIT J**

September 18, 2023

Mr. Thomas A. Shewmake
Bracewell IP
701 Fifth Avenue, Suite 3420
Seattle, WA 98104

**Via Email**

Ms. Jennifer Ruppert
Seed IP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104

Re: Unauthorized Use of Invention in U.S. Patent No. 11,751,630

Dear Mr. Shewmake:

I saw you are no longer with Seed IP. Please let me know if you are still representing Billdon, or if I should direct my correspondence elsewhere.

I write in response to your letter dated March 17, 2022 and again in response to your letter dated February 26, 2022. As Mr. Baker has explained, Billdon makes and sells Billy Footwear products that infringe US Patent 10,178,893; US Patent 10,791,796; and US Patent 11,172,733. An explanation of why Billdon infringes these patents has been provided in past correspondence. Mr. Baker maintains that his infringement allegations become even stronger when all three patents are viewed together, because the arguments Billdon makes to distinguish one patent place its designs squarely under other Mr. Baker patents.

Moreover, Mr. Baker recently had yet another patent issue that is infringed by Billdon—US Patent No. 11,751,630 ("the '630 patent"). Notably, in prior correspondence, Billdon has argued that the Billy Footwear products cannot practice patent claims where the zipper starts on the medial side of the foot. The '630 patent claims designs where the zipper starts on the lateral side of the foot.

I also note that the prior-art reference Billdon relied on so heavily in its February 16, 2022 letter—US Patent No. 7,134,225—was considered by the Patent Examiner during prosecution of the '630 patent. Moreover, the prior-art reference Billdon relied on in its December 21, 2021 letter—PI2010U000030—was also considered by the Patent Examiner

**EHIBIT J**

during prosecution of the '630 patent. In other words, all claims in the '630 patent were allowed over US Patent No. 7,134,225 and PI2010U000030.

Now that Mr. Baker's infringement and validity cases are even stronger than they were before, he restates his demands raised in the prior Cease and Desist letters and anticipates that Billdon will take his allegations more seriously.

To the extent Billdon remains interested in licensing/settlement discussions, Mr. Baker would expect the discussions to cover at least the following:

1. Past damages
    a. a) detailed accounting of all sales from the date the first cease and desist letter was received;
    b. a payment covering past damages

2. Future revenue
    a. license agreement on Baker patents
        i. determination of market segment
        ii. determination of exclusive or non-exclusive
        iii. royalty structure
        iv. length of agreement and possible renewability clause

We ask that you provide a written response addressing the issues raised in this letter on or before **September 29, 2023**.

Sincerely,

David K. Mroz

FINNEGAN | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

DAVID K. MROZ
202.408.4022
david.mroz@finnegan.com

**EXHIBIT K**

August 27, 2024

Mr. Kevin S. Costanza
Seed IP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104

**Via Email**

Re: Unauthorized Use of Invention in U.S. Patent No. 11,849,806

Dear Mr. Costanza:

I write in response to your letter dated July 24, 2024, and in response to letters sent by Seed IP dated November 15, 2023, March 17, 2022, and February 26, 2022.

As Mr. Baker has explained, Billdon makes and sells Billy Footwear products that infringe U.S. Patent No. 11,992,089; US Patent 11,751,630; US Patent 10,178,893; US Patent 10,791,796; and US Patent 11,172,733. An explanation of why Billdon infringes these patents has been provided in past correspondence. Mr. Baker maintains that his infringement allegations become even stronger when these five patents are viewed together, because the arguments Billdon makes to distinguish one patent place its designs squarely under other Mr. Baker patents.

Moreover, Mr. Baker recently had yet another patent issue that is infringed by Billdon—US Patent 11,849,806 ("the '806 patent"). We send this letter because Billdon, LLC's BILLY Footwear website shows multiple pictures of shoes, and it is apparent from those pictures that Billdon, LLC's BILLY Footwear zippered shoe products, including Billy Classic, Billy CS high tops, Billy Classic high top, Billy Short wrap low, Billy Short wrap high top, Billy Lugs, Billy AFO Friendly, Billy Sport Inclusion, Billy Sport Inclusion Too Athletic sneaker, Billy Classic Lace High top, Billy Classic Lace low, Billy Street High Top, Billy Street high tops, Billy Cozy boots, Billy Low tops, Billy Winter boots, Billy Cozy slippers, Billy Sneaker low tops, Billy Sneaker high tops, Billy Joggers, Billy Leather Classic, Billy Sport Court Athletic sneakers, Billy Work Comfort lows, Billy Comfort Jogger, Billy Comfort Cuffs, Billy Mid tops, Billy comfort mocs, and Billy Comfort Chukkas are covered by at least claim 2 of the '806 patent. Thus, by making, using, offering for sale, selling and/or importing the BILLY Footwear shoes described above, Billdon, LLC infringes at least claim 2 of the '806 patent.

In view of the above, Mr. Baker demands that Billdon, LLC do the following regarding its infringing BILLY Footwear zippered shoe products (including Billy Classic, Billy CS high

**EHIBIT K**

tops, Billy Classic high top, Billy Short wrap low, Billy Short wrap high top, Billy Lugs, Billy AFO Friendly, Billy Sport Inclusion, Billy Sport Inclusion Too Athletic sneaker, Billy Classic Lace High top, Billy Classic Lace low, Billy Street High Top, Billy Street high tops, Billy Cozy boots, Billy Low tops, Billy Winter boots, Billy Cozy slippers, Billy Sneaker low tops, Billy Sneaker high tops, Billy Joggers, Billy Leather Classic, Billy Sport Court Athletic sneakers, Billy Work Comfort lows, Billy Comfort Jogger, Billy Comfort Cuffs, Billy Mid tops, Billy comfort mocs, and Billy Comfort Chukkas):

1. Past damages
    a. provide a detailed accounting of all sales from the date the first cease and desist letter was received;
    b. provide payment covering past damages

2. Future revenue
    a. enter into license agreement on Baker patents
        i. determination of market segment
        ii. determination of exclusive or non-exclusive
        iii. royalty structure
        iv. length of agreement and possible renewability clause

We ask that you provide a written response addressing the issues raised in this letter on or before **September 10, 2024**.

Sincerely,

David K. Mroz

FINNEGAN | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

DAVID K. MROZ
202.408.4022
david.mroz@finnegan.com

**EXHIBIT L**

July 15, 2024

Mr. Kevin S. Costanza
Seed IP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104

**Via Email**

Re: Unauthorized Use of Invention in U.S. Patent No. 11,992,089

Dear Mr. Costanza:

I write in response to your letter dated November 15, 2023, and in response to letters sent by Seed IP dated March 17, 2022, and February 26, 2022.

As Mr. Baker has explained, Billdon makes and sells Billy Footwear products that infringe US Patent 11,751,630; US Patent 10,178,893; US Patent 10,791,796; and US Patent 11,172,733. An explanation of why Billdon infringes these patents has been provided in past correspondence. Mr. Baker maintains that his infringement allegations become even stronger when these four patents are viewed together, because the arguments Billdon makes to distinguish one patent place its designs squarely under other Mr. Baker patents.

Moreover, Mr. Baker recently had yet another patent issue that is infringed by Billdon—US Patent 11,992,089 ("the '089 patent"). We send this letter because Billdon, LLC's BILLY Footwear website shows multiple pictures of shoes, and it is apparent from those pictures that Billdon, LLC's BILLY Footwear zippered shoe products, including Billy Classic, Billy CS high tops, Billy Classic high top, Billy Short wrap low, Billy Short wrap high top, Billy Lugs, Billy AFO Friendly, Billy Sport Inclusion, Billy Sport Inclusion Too Athletic sneaker, Billy Classic Lace High top, Billy Classic Lace low, Billy Street High Top, Billy Street high tops, Billy Cozy boots, Billy Low tops, Billy Winter boots, Billy Cozy slippers, Billy Sneaker low tops, Billy Sneaker high tops, Billy Joggers, Billy Leather Classic, Billy Sport Court Athletic sneakers, Billy Work Comfort lows, Billy Comfort Jogger, Billy Comfort Cuffs, Billy Mid tops, Billy comfort mocs, and Billy Comfort Chukkas are covered by at least claims 1 and 13 of the '089 patent. Thus, by making, using, offering for sale, selling and/or importing the BILLY Footwear shoes described above, Billdon, LLC infringes at least claims 1 and 13 of the '089 patent.

In view of the above, Mr. Baker demands that Billdon, LLC do the following regarding its infringing BILLY Footwear zippered shoe products (including the Billy Classic, Billy CS

high tops, Billy Classic high top, Billy Short wrap low, Billy Short wrap high top, Billy Lugs, Billy AFO Friendly, Billy Sport Inclusion, Billy Sport Inclusion Too Athletic sneaker, Billy Classic Lace High top, Billy Classic Lace low, Billy Street High Top, Billy Street high tops, Billy Cozy boots, Billy Low tops, Billy Winter boots, Billy Cozy slippers, Billy Sneaker low tops, Billy Sneaker high tops, Billy Joggers, Billy Leather Classic, Billy Sport Court Athletic sneakers, Billy Work Comfort lows, Billy Comfort Jogger, Billy Comfort Cuffs, Billy Mid tops, Billy comfort mocs, and Billy Comfort Chukkas):

1. Past damages
    a. provide a detailed accounting of all sales from the date the first cease and desist letter was received;
    b. provided payment covering past damages

2. Future revenue
    a. enter into license agreement on Baker patents
        i. determination of market segment
        ii. determination of exclusive or non-exclusive
        iii. royalty structure
        iv. length of agreement and possible renewability clause

We ask that you provide a written response addressing the issues raised in this letter on or before **July 29, 2024**.

Sincerely,

David K. Mroz