HAWKINSON YANG LLP
David Yang (SBN 246132)
dyang@hycounsel.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 213-634-0341

SEED INTELLECTUAL PROPERTY
LAW GROUP LLP
Jeffrey E. Danley (SBN 238316)
jeff.danley@seedip.com
Emily Mae-Yen Ross (SBN 339495)
emily.ross@seedip.com
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: 206-622-4900

*Attorneys for Defendant*
*BILLDON LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT BAKER,<br><br>Plaintiff,<br><br>v.<br><br>BILLDON LLC (DBA BILLY FOOTWEAR)<br><br>Defendant. | Case No. 2:25-cv-10286-HDV-MBK<br><br>**DEFENDANT BILLDON LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: June 4, 2026<br>Time: 10:00 AM<br>Courtroom: 5B<br><br>The Honorable Hernan D. Vera<br><br>**JURY TRIAL DEMANDED** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**TAKE NOTICE** that on June 4, 2026 at 10:00 am, in Courtroom 5B of the above-titled Court located at First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Billdon LLC ("Defendant" or "Billdon") will and hereby does move to dismiss the First Amended Complaint filed by Scott Baker ("Plaintiff").

Billdon's motion is based on Rules 12(b)(3) of the Federal Rules of Civil Procedure; this notice; the accompanying memorandum of points and authorities and declaration of Darin Donaldson; the files and papers on record in this action; and such further argument and evidence as may be presented at the hearing on this motion.

Counsel for Billdon met and conferred with Plaintiff in accordance with Local Rule 7-3 on March 2, 2026. Counsel for Billdon explained the bases for its anticipated motion to dismiss. The parties did not reach agreement regarding dismissal of the case.

The grounds for the motion are that venue is not proper in the Central District of California because Billdon is not incorporated in California and does not have no regular and established place of business in this District.

DATED: March 9, 2026

*/s/ David Yang*
David Yang

HAWKINSON YANG LLP
David Yang (SBN 246132)
dyang@hycounsel.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 213-634-0341

SEED INTELLECTUAL PROPERTY
LAW GROUP LLP
Jeffrey E. Danley (SBN 238316)
jeff.danley@seedip.com
Emily Mae-Yen Ross (SBN 339495)
emily.ross@seedip.com
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: 206-622-4900

*Attorneys for Defendant*
*Billdon LLC*